LAW OFFICES
**MICHAEL PERLE, L.L.C.**
1265 PATERSON PLANK ROAD
SECAUCUS, NEW JERSEY 07094
(201) 377-5957 (NJ)
(646) 688-4904 (NY)
Fax (212) 864-0423
m.perle@earthlink.net

MICHAEL R. PERLE
ADMITTED TO PRACTICE IN
NEW JERSEY AND NEW YORK

OF COUNSEL TO
RAPHAEL MOMJIAN
405 PARK AVE. SUITE 802
NEW YORK, NY 10022

RECEIVED
APR 0 9 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

April 4, 2012

Clerk, United States District Court
Clarkson S. Fisher Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: <u>Boyer v. Stein, et Al.</u>, 3:12-cv-0893-FLW-TJB; formerly Superior Court of N.J. -Chan. Div. Hunterdon County Dkt. C-14007/12

Dear sir/madam:

The above captioned case, originally filed in the Superior Court of New Jersey- Chanery Division, Hunterdon County Dkt. as <u>Boyer v. Stein, et Al.</u>, C-14007/12, was removed to this Court on March 27, 2012. I am counsel for plaintiff Boyer.

In the process of removal of the case, my address was mis-stated, and as a result I have not been able to access the matter, or receive notices through ECF.

My correct address and e-mail address are as follows:

MICHAEL PERLE, L.L.C.
1265 PATERSON PLANK ROAD
SECAUCUS, NEW JERSEY 07094
(201) 377-5957 (NJ)
(646) 688-4904 (NY)
Fax (212) 864-0423

E-mail: m.perle@earthlink.net

Please correct the docket information and provide me with information to access the matter through ECF.

Very truly yours,

Michael R. Perle

MRP:ei