

Envelope scan: Case header "893-MAS-...JB Document 14 Filed 04/20/12 Page 1 of..."

First-Class Mail, $00.45, neopost 04/02/2012, ZIP 08608, 041L11211275

RECEIVED APR 20 2012 AT 8:30 WILLIAM T. WALSH, CLERK

CLERK, U.S. DISTRICT COURT
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608
OFFICIAL BUSINESS

Handwritten: "return to sender / not at this address"

MIXIE 731 DE 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 08608150020   *0251-09232-02-43*

## Utility Events

3:12-cv-01893-FLW-TJB VANDUZER LANG BOYER v. STEIN et al
RULE16

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 4/2/2012 at 2:46 PM EDT and filed on 4/2/2012
**Case Name:**        VANDUZER LANG BOYER v. STEIN et al
**Case Number:**      3:12-cv-01893-FLW-TJB
**Filer:**            STEIN & ZEITZ LLC
**Document Number:** No document attached

**Docket Text:**
**Clerk's Text Order - The document [4] Application for Clerk's Order to Ext Answer/Proposed Order submitted by STEIN & ZEITZ LLC has been GRANTED. The answer due date has been set for 4/23/2012. (gxh)**


**3:12-cv-01893-FLW-TJB Notice has been electronically mailed to:**

ROBERT ALAN WHITE     rwhite@morganlewis.com, bfee@morganlewis.com, cconnolly@morganlewis.com, cfenimore@morganlewis.com, ciannicelli@morganlewis.com, jconn@morganlewis.com, ldietsch@morganlewis.com, sstempel@morganlewis.com, steven.reed@morganlewis.com

ROBIN LONDON-ZEITZ     rzeitz@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com

**3:12-cv-01893-FLW-TJB Notice will not be electronically mailed to::**

MICHAEL R PERLE
SILBER & SLATER
710 E. HIGH STREET
CHARLOTTESVILLE, VA 22902