Case 3:12-cv-01893-FLW-TJB  Document 13-1  Filed 04/17/12  Page 1 of 3 PageID: 187

**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600

*Attorneys for Defendants*
Crusader Servicing Corp.,
Royal Tax Lien Services, LLC and
Royal Bancshares of Pennsylvania, Inc.



RECEIVED APR 24 2012 AT 8:30 WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANNE VAN DUZER LANG BOYER, individually and on behalf of all other similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT W. STEIN, CRUSADER SERVICING CORP., ROYAL TAX LIEN SERVICES, LLC, ROYAL BANCSHARES OF PENNSYLVANIA, INC., DAVID M. FARBER, DAVID BUTLER, CCTS LLC, CCTS TAX LIENS I LLC, CCTS TAX LIENS II LLC, DSBD LLC, JOHN DOES 1-10, CORPORATIONS 1-10, UNINCORPORATED COMPANIES 1-19, STEIN & ZEITZ LLC, ISADORE MAY, WILLIAM COLLINS, RICHARD PISCOTTA JR., INVESTORS 1-100, THE TOWNSHIP OF LEBANON, NEW JERSEY MUNICIPALITIES 1-100, MARY HYLAND, NEW JERSEY PUBLIC OFFICIALS 1-100.<br><br>       Defendants. | Civil Action No. 3:12-cv-01893 (FLW) (TJB)<br><br>**CONSENT ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF COLM F. CONNOLLY, STEVEN A. REED AND SCOTT A. STEMPEL** |

      THIS MATTER having been opened to the Court by Morgan, Lewis & Bockius LLP, attorneys for Defendants Crusader Servicing Corp., Royal Tax Lien Services, LLC and Royal Bancshares of Pennsylvania, Inc. ("Defendants"), for an order permitting Colm F. Connolly,

DB1/ 69477957.1

Steven A. Reed, and Scott A. Stempel, ("Counsel") to appear on behalf of Defendants *pro hac vice* in this matter, and consent having been given by counsel for Plaintiff, and the Court having considered the papers submitted, and good cause being shown;

IT IS on this 24th day of April 2012,

ORDERED that Defendants' request for an order permitting Counsel to appear *pro hac vice* in this matter is hereby granted; and it is further

ORDERED that Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

ORDERED that Counsel is deemed to consent to the appointment of the clerk of the Court as the agent upon whom services of process may be made for all actions against Counsel that may arise from their participation in this matter; and it is further

ORDERED that Robert A. White shall (a) be attorney of record in this case in accordance with L.Civ.R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Counsel; (c) sign (or arrange for a member or associate of Morgan, Lewis & Bockius LLP admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear (or arrange for a member or associate of Morgan, Lewis & Bockius LLP admitted to practice in New Jersey to appear) at all proceedings; and (e) be responsible for the conduct of the cause and Counsel in this matter; and it is further

ORDERED that Counsel shall each make payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which they represent Defendants in this matter; and it is further

DB1/ 69477957.1

ORDERED that Counsel shall each pay $150.00 to the clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and it is further

ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of Counsel or because of their inability to be in attendance at proceedings.

_____
Honorable Tonianne Bongiovanni, U.S.M.J.

DB1/ 69477957.1