William J. Hughes, Jr.
Fredric L. Shenkman
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 344-0939
whughes@cooperlevenson.com
Attorney for M.D. SASS Defendants

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-cv-01893-FLW-TJB2644 |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 205, the Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                          COOPER LEVESON COOPER LEVENSON
                          APRIL NIEDELMAN & WAGENHEIM, P.A.


                          s/Fredric L. Shenkman
                          Fredric L. Shenkman, Esq.
                          Attorney for Defendants MD Sass

PRO HAC VICE ATTORNEY INFORMATION:

NAME:     Jennifer L. Rochon, Esq.

- 2 -

```
ADDRESS:   KRAMER LEVIN NAFTALIS & FRANKEL, LLP
           1177 Avenue of the Americas
           New York, NY  10036

E-Mail:    jrochon@kramerlevin.com
```