UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| VAN DUZER LANG BOYER,<br>　　　　　　　　　Plaintiff,<br>v.<br>STEIN, et al.,<br>　　　　　　　　　Defendants. | Civ. No. 3:12-CV-01893-FLW-TJB<br><br>**REQUEST BY LOCAL COUNSEL FOR**<br>***PRO HAC VICE* ATTORNEY TO RECEIVE**<br>**ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark R. Cuker_____
　　　　　　　　　　　　　　　　　　　　　　　　Mark R. Cuker

***PRO HAC VICE* ATTORNEY INFORMATION:**

　　Name:　　　Michael D. Hausfeld
　　Address:　　Hausfeld LLP
　　　　　　　　1700 K Street, NW
　　　　　　　　Suite 650
　　　　　　　　Washington, DC 20006

　　E-Mail:　　　mhausfeld@hausfeldllp.com