## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VAN DUZER LANG BOYER,<br>       Plaintiff,<br>v.<br>STEIN, et al.,<br>       Defendants. | Civ. No. 3:12-CV-01893-FLW-TJB<br><br>**REQUEST BY LOCAL COUNSEL FOR** ***PRO HAC VICE*** **ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                    /s/ Mark R. Cuker_____
                    Mark R. Cuker

***PRO HAC VICE* ATTORNEY INFORMATION:**

 Name:  James J. Pizzirusso
 Address: Hausfeld LLP
       1700 K Street, NW
       Suite 650
       Washington, DC 20006

 E-Mail:  jpizzirusso@hausfeldllp.com