## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VAN DUZER LANG BOYER,<br>                    Plaintiff,<br>v.<br>STEIN, et al.,<br>                    Defendants. | Civ. No. 3:12-CV-01893-FLW-TJB<br><br>**REQUEST BY LOCAL COUNSEL FOR** ***PRO HAC VICE*** **ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                            /s/ Mark R. Cuker_____
                                                             Mark R. Cuker

***PRO HAC VICE ATTORNEY INFORMATION:***

   Name:      Seth R. Gassman
   Address:   Hausfeld LLP
              1700 K Street, NW
              Suite 650
              Washington, DC 20006

   E-Mail:    sgassman@hausfeldllp.com