

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com

**FREDRIC L. SHENKMAN**
Also Admitted to PA Bar

LLM in Taxation
EMAIL: fshenkman@cooperlevenson.com

Direct Phone (609) 572-7330
Direct Fax (609) 572-7331

FILE NO. 57180/00001

July 2, 2012

Via ECF and regular mail
Hon. Freda L. Wolfson
United States District Court
Clarkson S. Fisher Federal
Building & U.S. Courthouse
402 E. State Street, Room 5050
Trenton, NJ  08608

    Re:  In Re New Jersey Tax Sales Certificates Anti-Trust Litigation
           Master Docket No:  3:12-cv-01893 - FLW/TJB

Dear Judge Wolfson:

    In case this matter does not reach your desk, please be advised that another law suit has been filed in this matter.  Same is captioned "Senatore Builders LLC v. Robert E. Rothman, et al".  Same has been filed by John Poulos, Esquire of the Poulos and Lopiccolo firm.

    I have written to Mr. Poulos and advised him of the Order of Consolidation.

    I trust you will find this in order.

                          Respectfully yours,

                          Fredric L. Shenkman

FLS/mts

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Hon. Freda L. Wolfson
July 2, 2012
Page 2

cc: All counsel via ECF
   Natalie Finkelman Bennett, Esq. (via E-mail nfinkelman@sfmslaw.com)
   James C. Shah, Esquire (via E-mail jshah@sfmslaw.com)
   James E. Miller, Esquire (via E-mail jmiller@sfmslaw.com)
   Laurie Rubinow, Esquire (via E-mail lrubinow@sfmlslaw.com)
   Karen M. Leser-Grenon, Esquire (via E-mail kleser@sfmslaw.com)
   John N. Poulos, Esquire (via E-mail poulos@pllawfirm.com

CLAC 1850788.1