John N. Poulos
**POULOS LOPICCOLO PC**
John N. Poulos
1305 South Roller Rd.
Ocean, New Jersey 07712
732-757-0165
poulos@pllawfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re New Jersey Tax Sale Certificates Antitrust Litig. | Master Docket No. 3:12-CV-01893-FLW-TJB <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Senatore Builders, LLC states that it is a New Jersey limited liability company and that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

**POULOS LOPICCOLO PC**

Dated:  July 5, 2012

By: /s/ John N. Poulos
John N. Poulos
1305 South Roller Rd.
Ocean, New Jersey 07712
732-757-0165
poulos@pllawfirm.com
*Attorneys for Senatore Builders, LLC*