CONNELL FOLEY LLP
Stephen V. Falanga, Esq. (SF-6414)
85 Livingston Avenue
Roseland, New Jersey 07068
T: (973) 535-0500
F: (973) 535-9217
*Attorneys for Non-Party*
*The National Tax Lien Association*

RECEIVED

JUL 10 2012

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893(FLW)(TJB) |
| This Document Relates to: <br><br> ALL ACTIONS | |

### ORDER

**THIS MATTER** having come before the Court on the motion of Connell Foley, LLP,

counsel for the National Tax Lien Association ("NTLA"), upon notice to all counsel, and the

Court having considered the motions papers, and the Court having found that Donald R. Dinan,

Esq. is a member in good standing before the Bars of the Commonwealth of Massachusetts, the

State of New York and the District of Columbia, and for good cause shown,

**IT IS** on this _____ 10th _____ day of _____ July _____, 2012;

**ORDERED** that Donald R. Dinan, Esq. is hereby admitted *pro hac vice* pursuant L. Civ.

R. 101.1 of the New Jersey Federal Practice Rules, and to appear and participate in the above-

referenced civil actions on behalf of the NTLA; and it is further

**ORDERED** that Donald R. Dinan, Esq. shall abide by the New Jersey Rules of Court,

including all disciplinary rules; and it is further

2736211-01

**ORDERED** that Donald R. Dinan, Esq. shall, for the duration of the time he serves as counsel pro hac vice in these matters, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:29-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Donald R. Dinan, Esq. shall notify the Court immediately of any matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Donald R. Dinan, Esq. shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Stephen V. Falanga, Esq. or his partners or associates as the attorneys of record in this matter pursuant to L. Civ. R. 101.1(c)(3); and it further

**ORDERED** that Donald R. Dinan, Esq. may serve as counsel *pro hac vice* in these matters.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

IT IS FURTHER ORDERED that Donald R Dinan shall, within 20 days of the date of this order, provide the year of admission for each bar in which he is a member, pursuant to L. Civ. Rule 101.1 (c) (1);

IT IS FURTHER ORDERED that the Clerk of the Court shall terminate the aforementioned motion [Docket Entry No. 74]

2