CONNELL FOLEY LLP
Stephen V. Falanga, Esq. (SF-6414)
85 Livingston Avenue
Roseland, New Jersey 07068
T: (973) 535-0500
F: (973) 535-9217
*Attorneys for Non-Party*
*The National Tax Lien Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893(FLW)(TJB) |
| This Document Relates to: ALL ACTIONS | |

## SUPPLEMENTAL CERTIFICATION OF DONALD R. DINAN, ESQUIRE IN SUPPORT OF NATIONAL TAX LIEN ASSOCIATION'S MOTION FOR HIS *PRO HAC VICE* ADMISSION

I, Donald R. Dinan, Esquire, of full age, hereby certify:

1.      I am a partner with the law firm of Roetzel & Andress, in the firm's office located at 600 14th Street, N.W., Suite 400, Washington, D.C. 20005 and I make this certification upon personal knowledge and in accordance with the instructions of this Court's Order of July 10, 2012 [Dkt. No 76].

2.      I was admitted to the bars of the following jurisdictions on the dates set forth herein: 1) Commonwealth of Massachusetts in 1975; State of New York in 1986; and the District of Columbia in 1976.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 2 6, 2012

2736182-02