CONNELL FOLEY LLP
Stephen V. Falanga, Esq. (SF-6414)
85 Livingston Avenue
Roseland, New Jersey 07068
T: (973) 535-0500
F: (973) 535-9217
*Attorneys for Non-Party*
*The National Tax Lien Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893(FLW)(TJB) |
| This Document Relates to:<br><br>ALL ACTIONS | *Filed Electronically* |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
### ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Donald R. Dinan, to receive electronic notification in the within matter, and it is represented that:

1.     An Order of the Court granting a motion for Donald R. Dinan, to appear *pro hac vice* in the within matter was entered on July 10, 2012; and

2.     The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

CONNELL FOLEY LLP

Dated: August 2, 2012                 By:*/s/ Stephan V. Falanga*
                                          Stephan V. Falanga (SF-6414)

**PRO HAC VICE ATTORNEY INFORMATION**
Donald R. Dinan, Esq.
Roetzel & Andress
600 14th Street, N.W., Suite 400
Washington, D.C. 20005
Tel.:   202-625-0600
Fax:   202-338-6340
Email: DDinan@ralaw.com