UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RECEIVED
SEP 07 2012
AT 8:30
WILLIAM T. WALSH — M
CLERK

| | |
|---|---|
| JEANNE VAN DUZER LANG BOYER, et al. | Civil No. 12-1893 |
| vs. | Order of Reassignment |
| ROBERT W. STEIN, et al. | |

It is on this 5th day of September, 2012

O R D E R E D  that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON  TO JUDGE MICHAEL A. SHIPP.

S/Jerome B. Simandle
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT