

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

September 14, 2012

**VIA ECF & TELECOPY**
Honorable Michael A. Shipp
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    RE:    In re: New Jersey Tax Sales Certificates Antitrust Litig.
                 Master Docket No. 3:12-CV-01893

Dear Judge Shipp:

    I represent Plaintiff Ronald English and am writing to request an adjournment and rescheduling of the Case Management Conference recently set by Your Honor for September 25, 2012 at 11:00 a.m.. I am the moderator of the Brown Bag Lunch Series being held in the Federal District Court, Camden Vicinage at noon that day. Additionally, Yom Kippur starts at sundown on the 25th making it difficult for some counsel to attend.

    Thank you for your attention to this matter.

                              Respectfully yours,
                              *s/ Lisa J. Rodriguez*
                              Lisa J. Rodriguez

cc:    All Counsel