**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

Two Gateway Center, Suite 1201
Newark, NJ 07102

Tel: 973.623.3000
Fax: 973.623.0858
www.litedepalma.com

September 20, 2012

*__ELECTRONICALLY FILED__*

Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building &
 Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *In re New Jersey Tax Sales Certificates Antitrust Litigation*
     <u>**Master Docket No. 3:12-CV-01893-MAS-TJB**</u>

Dear Judge Shipp:

  Together with our co-counsel, this office represents the plaintiff in MSC, LLC v. Collins, Civil Action No. 12-cv-2395, one of the consolidated cases in this matter. I am also the Proposed Liaison Counsel for plaintiffs in the pending motion for appointment of interim class counsel that was filed by the Lite DePalma Greenberg Group [Docket Entry No. 52].

  I write to request, respectfully, that the Court reschedule the initial status conference, which is now set for October 2, 2012. That date is the second day of Sukkot, a Jewish holiday, on which I will be unavailable. I would be most appreciative if the Court would reschedule the conference for any later date other than October 9, which is the final day of the Sukkot holiday.

  Thank you very much for your consideration.

            Respectfully,

            */s/ Bruce D. Greenberg*
            Bruce D. Greenberg

BDG:al
cc: All counsel via *ECF*