

## Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(215) 575-7168

David M. Laigaie
dlaigaie@dilworthlaw.com

September 21, 2012

**ELECTRICALLY FILED**

The Honorable Michael A. Shipp
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:   *In re New Jersey Tax Sales Certificates Antitrust Litigation*
            Master Docket No.:  3:12-CV-01893-MAS-TJB

Dear Judge Shipp:

      This firm represents CCTS Capital, LLC and Crestar Capital, LLC in the above-captioned matter.

      We write to advise Your Honor that although the Joint Status Report filed by Plaintiffs' counsel on September 19, 2012 was not shared with our office before its filing, our clients join in the contents of that report.

      I remain available should Your Honor require anything further in this regard.  Thank you.

                                  Respectfully,

                                  David M. Laigaie

DML/mfd/ronni

cc:    All Counsel (via ECF)

9817989_1

1500 Market Street • Suite 3500E • Philadelphia, PA  19102-2101 • 215-575-7000 • fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Washington, DC • Red Bank, NJ • Wilmington, DE