# EXHIBIT A

Law Offices
**HONIG & GREENBERG, L.L.C.**
1949 Berlin Road, Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990,
Attorney for Plaintiff

| | |
|---|---|
| SASS MUNI V, LLC through its Custodian U.S. Bank, N.A., <br>                            Plaintiff <br><br> vs. <br><br> BARBARA ANN ZIPPI and ROBERT JAMES OCH, ET ALS, <br>                            Defendant | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION <br> CAPE MAY COUNTY <br><br> DOCKET NO: F-58121-10 <br><br> CIVIL ACTION <br> SUMMONS |

From the State of New Jersey
To the Defendant(s) named above:    **Robert James Och and Mrs. Robert James Och, spouse of Robert James Och**

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint (and any Amended Complaints thereto) attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court within 35 days from the date you received this summons, not counting the date you received it. This complaint is one in foreclosure and you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625-0971. A $135.00 filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief the plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or a part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services Office in the County where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided on the reverse side of this Summons. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: March 19, 2012                      *Jennifer M. Perez*

                                                                     Jennifer M. Perez
                                                    Acting Clerk of the Superior Court

Defendant to be served:           **Robert James Och and Mrs. Robert James Och, spouse of Robert James Och**

Address of Defendant to Be Served:    1357 Westtown Thornton Road, West Chester, PA 19382-8342

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center 10 Main St.
Hackensack, NJ 07601-7698
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

CAMDEN COUNTY:
Deputy Clerk of the Superior Court
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
9 North Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Deputy Clerk of Superior Court
Civil Case Management Office
Broad & Fayette Sts.
P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

ESSEX COUNTY:
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

\GLOUCESTER COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Floor, Court House
1 North Broad St.
P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY:
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House-1st Floor
583 Newark Avenue
Jersey City, New Jersey 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Deputy Clerk of the Superior Court,
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad St. P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Deputy Clerk of the Superior Court,
Administration Building
Third Floor
1 Kennedy Square   P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

MONMOUTH COUNTY:
Deputy Clerk, Superior Court
71 Monument Park
P.O. Box 1269
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place
P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Deputy Clerk of the Superior Court,
Court House, Room 119
118 Washington St.
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Deputy Clerk of the Superior Court,
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

SALEM COUNTY:
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

SOMERSET COUNTY:
Deputy Clerk of the Superior Court,
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Deputy Clerk of the Superior Court,
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Deputy Clerk of the Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Deputy Clerk of the Superior Court,
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 387-1835
LEGAL SERVICES
(908) 475-2010

FILED Nov 22, 2010

LAW OFFICES
**HONIG & GREENBERG, L.L.C.**
By: Adam D. Greenberg, Esquire
1949 Berlin Road
Suite 200
Cherry Hill, New Jersey 08003
(856) 770-0990
Attorneys for Plaintiff

| | |
|---|---|
| SASS MUNI V, LLC through its Custodian U.S. Bank, N.A.<br>Plaintiff,<br><br>vs.<br><br>BARBARA ANN ZIPPI and ROBERT JAMES OCH; MR. BARBARA ANN ZIPPI, Spouse of Barbara Ann Zippi; MRS. ROBERT JAMES OCH, Spouse of Robert James Och; CAROL BARON; AMERICAN TAX FUNDING, LLC; RICHARD SIMON, TRUSTEE; WILDWOOD OCEAN TOWERS CONDOMINIUM ASSOCIATION;<br>Defendant, | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>CAPE MAY COUNTY<br><br>DOCKET NO. F-058121-10<br><br>CIVIL ACTION<br><br>COMPLAINT FOR FORECLOSURE OF TAX SALE CERTIFICATE(S) |

The plaintiff, by way of Complaint, says:

1. This is a foreclosure proceeding and the intention of this complaint is to make the Plaintiff the owner of the real property ("property") described in this complaint.

2. The reason this complaint is filed is because there are unpaid municipal liens such as taxes, water, sewer, or otherwise, concerning the property.

3. This complaint seeks to terminate, eliminate, and end all of the rights which any of the Defendants have in or to the property.

property from tax sale, and Plaintiff seeks judgment determining same.

11. If any Defendant has the lawful right to redeem (pay the delinquent municipal liens), they must do so in accordance with Tax Sale Law, N.J.S. 54:-1 et. seq.

12. During the course of this action, Plaintiff may pay additional municipal liens that have accrued on said lands after the tax sale(s), in which case Plaintiff will be entitled to collect the amount(s) paid plus interest thereon at the rate(s) permitted by law and will become a part of the amount required to redeem the property from tax sale.

13. Upon the entry of judgment, the plaintiff will be entitled to possession of the property and demands judgment for such possession. If necessary, Plaintiff will apply for a Writ of Possession which will direct the County Sheriff to evict or remove the occupants of the property.

14. At a sale(s) of lands for unpaid municipal liens (tax sale) held by the tax collector of the municipality, the property was sold, in fee simple and subject to redemption, and a tax sale certificate(s) was issued setting forth the details of that sale(s).

15. After the said sale(s), the tax collector made, executed, land delivered to the purchaser a tax sale certificate(s), which certificate(s) was duly recorded in the

the record owner is married and, if so, the lawful name of such spouse.

20. CAROL BARON is the holder of a prior tax sale certificates(s) against the premises described herein, which certificate(s) bears number 2002-0002, and was recorded with the Cape May County Clerk/Register on November 8, 2002, in Mortgage Book 3335, at Page 271, in the amount of $783.40.

21. AMERICAN TAX FUNDING, LLC is the holder of a prior tax sale certificates(s) against the premises described herein, which certificate(s) bears number 2003-0006, and was recorded with the Cape May County Clerk/Register on February 24, 2004, in Mortgage Book 3775, at Page 58, in the amount of $40.12.

22. RICHARD SIMON, TRUSTEE is the holder of a prior tax sale certificates(s) against the premises described herein, which certificate(s) bears number 2006-0011, and was recorded with the Cape May County Clerk/Register on January 22, 2007, in Mortgage Book 4510, at Page 703, in the amount of $2,969.93.

23. WILDWOOD OCEAN TOWERS CONDOMINIUM ASSOCIATION is the record holder of a lien claim which encumbers the property, which lien was recorded with the Cape May County Clerk/Register on March 27, 2007 as Instrument No. CL 02314, in the amount of $48,855.90. Wildwood Ocean Towers is also the record holder of a lien claim which encumbers the property, which lien was recorded with the Cape May County Clerk/Register on August 5,

the defendants may have or claim to have in the property described in this complaint;

D. Directing that Plaintiff be vested with an absolute and indefeasible estate of inheritance in fee simple (ownership) in said lands and premises.

E. If the United States of America is a defendant, Plaintiff demands that a judgment be entered determining the amount due Plaintiff and that an execution be issued therefor directing a judicial sale of the lands and premises and that the successful purchaser at such sale be vested with title to the premises. If after the sale and satisfaction of the judgment and costs there remains any surplus monies, the money will be deposited with the Clerk of the Superior Court and any person claiming the surplus, or any part thereof, may file a motion pursuant to R.4:64-3 and R.4:57-2 stating the nature and extent of that person's claim and asking for an order directing payment of the surplus money. The Sheriff or other person conducting the sale will have information regarding the surplus, if any.

F. That Plaintiff be entitled to possession of the property from the defendants, together with all deeds, papers and writings in the defendants, together with all deeds, papers and writings in the defendants' custody, and if necessary directing the eviction or removal of the defendants by the County Sheriff.

SCHEDULE TO FORECLOSURE COMPLAINT
SASS MUNI V, LLC through its Custodian U.S. Bank, N.A.   vs.
BARBARA ANN ZIPPI and ROBERT JAMES OCH , ET ALS
Client reference No. 246161
==================================================================

### Property Information

Address: 5301 Ocean Avenue
Block: 9.01
Lot: 4.01
Municipality: City of Wildwood
County: Cape May

Last deed of record dated June 12, 2000
Last deed recorded: June 20, 2000
Deed Book: 2865 at Page 50
Grantor: Rose L. Guaglione
Grantee: Barbara Ann Zippi and Robert James Och

### Tax sale and certificate information

Certificate number: 2007-0012
Date of sale: December 18, 2007
Sale price: $ 1,385.78
Interest rate for redemption: Eighteen percent 18.00%
Date of certificate: December 19, 2007
Purchaser: Sass Muni V, LLC through its Custodian U.S. Bank, N.A.
Recording date: February 22, 2008
Mortgage Book: 4709 at Page 913


This is an attempt to collect a debt and all information will be used for that purpose.