

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

September 24, 2012

**VIA ECF:**
Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re:   *In re New Jersey Tax Sales Certificates Antitrust Litig.*
      Master Docket No. 3:12-CV-01893

Dear Judge Shipp:

We respectfully object to the request to submit further briefing in connection with the pending applications for appointment of lead counsel. Judge Wolfson set a briefing schedule for these applications that all the parties have followed. Judge Wolfson's schedule did not allow for any reply briefs or other further briefing. We do not see a reason to expand the briefing that Judge Wolfson ordered. A "supplemental" brief would more than likely lead to requests for further, responsive briefing and would only lead to delays in the litigation. We believe that the Court has a sufficient record to decide this question so that counsel for plaintiffs can get on with pursuing the merits of the claims instead of focusing their efforts on trying to advance their self-interests.

Thank you.

Respectfully yours,

*s/ Lisa J. Rodriguez*

Lisa J. Rodriguez

cc:   All Counsel (Via ECF)