

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

September 24, 2012

**_ELECTRONICALLY FILED_**

Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building &
 Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: ***In re New Jersey Tax Sales Certificates Antitrust Litigation***
    **Master Docket No. 3:12-CV-01893-MAS-TJB**

Dear Judge Shipp:

  This shall confirm that all parties have agreed to reschedule the initial status conference, currently scheduled for October 2, 2012, to October 11, 2012 at 1:00 p.m. We thank Your Honor very much for your consideration in this request.

           Respectfully,

           */s/ Bruce D. Greenberg*
           Bruce D. Greenberg

BDG:al
cc: All counsel via *ECF*