UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

McManimon, Scotland & Baumann, L.L.C.
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey  07068
(973) 622 1800
Attorneys for U.S. Bank, N.A.

| | |
|---|---|
| In Re:<br><br>New Jersey Tax Sales Certificates Antitrust Litigation. | CASE NO.   3:12-cv-01893-MAS-TJB<br><br>Judge: Hon. Michael A. Shipp |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES

William W. Northgrave, Esq. (wnorthgrave@msbnj.com), of the law firm of McManimon, Scotland & Baumann, L.L.C., does hereby enter his appearance as attorney of record for U.S. Bank, National Association, in the above-entitled cause.  Request is hereby made that all Notices in this matter be sent to said counsel.

McManimon, Scotland & Baumann, LLC


By ___s//Ted Del Guercio, III_____
      TED DEL GUERCIO, III, ESQ.

Dated:  September 25, 2012

502936v1