John N. Poulos
**POULOS LOPICCOLO PC**
John N. Poulos
1305 South Roller Rd.
Ocean, New Jersey 07712
732-757-0165
poulos@pllawfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re New Jersey Tax Sale Certificates Antitrust Litig. | Master Docket No. 3:12-CV-01893-FLW-TJB <br><br> **Hon. Michael Shipp** |

    John N. Poulos, Esq. of Poulos LoPiccolo PC, hereby enters his appearance as attorney of record for Plaintiff Senatore Builders, LLC in the above-referenced action.  Request is hereby made that all Notices in this matter be sent to this firm.

                                **POULOS LOPICCOLO PC**

Dated: October 3, 2012            By: /s/ John N. Poulos

                                       John N. Poulos
                                       1305 South Roller Rd.
                                       Ocean, New Jersey 07712
                                       732-757-0165
                                       poulos@pllawfirm.com

                                       *Attorneys for Senatore Builders, LLC*