UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re New Jersey Tax Sales Certificates : 
Antitrust Litig.   :   Master Docket No. 3:12-CV-01893-MAS-TJB

### ENTRY OF APPEARANCE OF STEVEN M. JANOVE

Kindly enter the appearance of Steven M. Janove, on behalf of Defendants David Farber, David Butler, CCTS, LLC, CCTS Tax Liens I, LLC, CCTS Tax Liens II, LLC, ProCapital, LLC and DSBD, LLC.

Respectfully submitted,

LAW OFFICES OF STEVEN M. JANOVE

By: s/ Steven M Janove
Steven M. Janove
30 S. 17th Street
Philadelphia, PA 19103
(p) (215) 564-4605
(f) (215) 689-3623
sjanove@janovelaw.com

*Attorneys for Defendants, David Farber, David Butler, CCTS, LLC, CCTS Tax Liens II, LLC, ProCapital, LLC, DSBD, LLC and CCTS Tax Liens I, LLC*

Dated: 10/5/12