CHRISTOPHER J. KOLLER, ESQ.
27 Warren Street
Suite 304
Hackensack, New Jersey 07601
(201) 487-0110
cjkatty@hotmail.com
Attorney for Defendant Robert Rothman

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                              :  Master Docket No. 3:12-cv-01893-MAS-TJB
                                              :
*In re New Jersey Tax Sales Certificates* :
*Antitrust Litig.*                        :       Document Electronically Filed
                                              :
_____           **NOTICE OF APPEARANCE**


PLEASE enter my appearance as attorney for defendant Robert Rothman in this matter.

                                         */s/* Christopher J. Koller
                                         CHRISTOPHER J. KOLLER. ESQ. (CK4652)
                                         Attorney for Defendant Robert Rothman

DATED: October 5, 2012