

A Professional Corporation

John N. Poulos[+] ▪ poulos@pllawfirm.com
Joseph LoPiccolo[^] ▪ lopiccolo@pllawfirm.com
 [+]NJ & NY Bar
 [^]NY Bar

Poulos LoPiccolo PC
1305 South Roller Road
Ocean, NJ 07712
*Mailing address*
PO Box 200
Oceanport, NJ 07757
t. 800.757.2304
o. 732.757.0165
f. 732.358.0180

www.pllawfirm.com

October 10, 2012

<u>VIA ECF</u>

Honorable Michael A. Shipp
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *In re New Jersey Tax Sales Certificates Antitrust Litigation*
             <u>Master Docket No.:  3:12-CV-01893-MAS-TJB</u>

Dear Judge Shipp:

    This firm represents Senatore Builders, LLC ("Senatore") in the above-referenced matter.

    We write to advise Your Honor that although the Joint Status Report filed by Plaintiffs' counsel on September 19, 2012 states Senatore does not join in the status report, Senatore does in fact join in the contents of that report.

    Please do not hesitate to contact me with any questions.

                                Very respectfully yours,

                                */s/ John N. Poulos*

                                John N. Poulos

    cc:    All counsel of record (via ECF)