UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: Trenton

JUDGE MICHAEL A. SHIPP                          Date: October 11, 2012

Court Reporter: NONE

TITLE OF CASE:                                  Civ. 12-1893
Van Duzer Lang Boyer, et. al.

vs.

Robert W. Stein, et. al.

APPEARANCES:
See Attached List

NATURE OF PROCEEDINGS: **In-person Status Conference**
Conference held.
No additional briefing needed for pending Motions to Appoint Interim Lead Counsel (#50 and #52).

TIME COMMENCED: 1:00 P.M.
TIME ADJOURNED: 1:30 P.M.                       s/**Nativelis Rodriguez**
TOTAL TIME: 30 MIN.                                  Deputy Clerk

**Attorneys Present for Plaintiffs**
Bruce Greenberg
Michael R. Perle
Seth Gassman
Alan Sklarsky
James C. Shah
Patricia M. Kipnis
Jason A. Zweig
Brian A. Ratner
Karla Gluek
Michael R. Mignogna
Ellen Meriwether
Lisa J. Rodriguez

**Attorneys Present for Defendants**
Steven A. Reed
Eric Ticschwell
William J. Hughes, Jr.
Steven M. Janove
Keith A. Bonchi
Kevin P. McManimon
Andrew T. Solomon
J. Manly Parks
Jarrett Arp
Christopher K. Koller
Jeffrey J Greenbaum
Mathew Faranda-Diedrich
Robert A. White
R. Brendan Fee