LAW OFFICES OF STEVEN M. JANOVE, LLC
Steven M. Janove, Esquire
413 Route 70 East
Cherry Hill, NJ  08034
T:  (856) 857-9400
F:  (856) 857-9455
Attorney for Defendants
David Farber, David Butler, CCTS, LLC,
CCTS Tax Liens II, LLC, ProCapital, LLC,
DSBD, LLC and CCTS Tax Liens I, LLC



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |
| This Document Relates to | |
| ALL ACTIONS | |

### CONSENT ORDER

THIS MATTER, having been opened to the Court by Steven M. Janove of The Law Offices of Steven M. Janove, counsel for Defendants David Farber; David Butler; CCTS, LLC; CCTS Tax Liens II, LLC; ProCapital LLC; DSBD, LLC and CCTS Tax Liens I, LLC, with the consent of Plaintiff's counsel as represented by Jason Zweig, Esquire of Hagens, Berman, Sobol and Shapiro, LLC and Seth Gassman, Esquire of Hausfeld, LLP and defense counsel for M.D. Sass Investors Services, Inc., M.D. Sass Municipal Finance Partners – III, M.D. Sass Municipal Finance Partners – IV, LLC, M.D. Sass Municipal Finance Partners – V, LLC and M.D. Sass Municipal Finance Partners – VI, LLC, Crusader Servicing Corp., Royal Tax Lien, Services, LLC, Royal Bancshares of Pennsylvania, Inc., Crestar Capital LLC, CCTS Capital LLC, Robert E. Rothman, Isadore May, and U.S. Bank N.A.; and

The Court having considered the Certification of counsel for the *pro hac vice* admission of Michael M. Mustokoff and J. Manly Parks, it is hereby ORDERED that:

1. Michael M. Mustokoff is hereby admitted *pro hac vice*, to appear in this matter on behalf of Defendants David Farber; David Butler; CCTS, LLC; CCTS Tax Liens II, LLC; ProCapital LLC; DSBD, LLC and CCTS Tax Liens I, LLC.

2. J. Manly Parks is hereby admitted *pro hac vice*, to appear in this matter on behalf of Defendants David Farber; David Butler; CCTS, LLC; CCTS Tax Liens II, LLC; ProCapital LLC; DSBD, LLC and CCTS Tax Liens I, LLC.

3. Michael M. Mustokoff and J. Manly Parks are hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey including all disciplinary rules.

So Ordered this __11__ day of __October__, 20_12_

_____

Docket Entry No 98 is terminated