UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANNE VAN DUZER LANG BOYER, individually and on behalf of all other similarly situated,<br>Plaintiff,<br><br>v.<br><br>ROBERT W. STEIN, CRUSADER SERVICING CORP., ROYAL TAX LIEN SERVICES, LLC, ROYAL BANCSHARES OF PENNSYLVANIA, INC., DAVID M. FARBER, DAVID BUTLER, CCTS LLC, CCTS TAX LIENS I LLC, CCTS TAX LIENS II LLC, DSBD LLC, JOHN DOES 1-10 CORPORATIONS 1-10, UNINCORPORATED COMPANIES 1-19, STEIN & ZEITZ LLC, ISADORE MAY, WILLIAM COLLINS, RICHARD PISCOTTA JR., INVESTORS 1-100, THE TOWNSHIP OF LEBANON, NEW JERSEY MUNICIPALITIES 1-100, MARY HYLAND, NEW JERSEY PUBLIC OFFICIALS 1-100.<br>Defendants. | Civil Action No. 3:12-cv-01893 (FLW) (TJB)<br><br> |

## ORDER

**THIS MATTER** having come before the Court on the motion of Mark R. Cuker, counsel for the Plaintiff, upon notice to all counsel, and the Court having considered the motions papers and supporting Affidavit, and the Court having found that Brian A. Ratner is a member in good standing before the Bars of the State of Pennsylvania and the District of Columbia, and for good cause shown,

IT IS on this ___11th___ day of __OCTOBER__, 2012;

**ORDERED** that Brian A. Ratner, Esquire shall be permitted *pro hac vice* to speak in this matter in the same manner as attorneys of this State who are authorized to practice in the State pursuant to L.Civ.R. 101.1 of the New Jersey Federal Practice Rules, and to appear and participate in the preparation of trial of the within matter;

**AND IT IS FURTHER ORDERED** that Brian A. Ratner, Esquire will:

1. Abide by the New Jersey Rules of Court, including all disciplinary rules;

2. Consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter;

3. Notify the Court immediately of any matter affecting his standing at the Bar of any courts;

4. Have all pleadings and papers filed with the Court signed by Mark R. Cuker, Esquire, whose office is located at Woodland Falls Corporate Center, 210 Lake Drive East, Suite 101, Cherry Hill, NJ 08002-1163, attorney of record authorized to practice in New Jersey, or another New Jersey-licensed lawyer admitted to practice before this Court, who shall be responsible for his conduct and that of the case and to the admitted attorneys therein.

5. Make payment of fees to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2; and

6. Make payment of fees of $150.00 to the Clerk of the United States District Court.

*[signature]*

Hon. Tonianne J. Bongiovanni U.S.D.C.J.
m.

It is further ordered that the Clerk of the Court terminate the aforementioned motion [Docket No. 97].