TRUJILLO RODRIGUEZ & RICHARDS, LLC
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: 856-795-9002
Facsimile: 856-795-9887

RECEIVED

OCT 1 2 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-FLW-TJB |

**CONSENT ORDER**

THIS MATTER, having been opened to the Court by Lisa J. Rodriguez of Trujillo Rodriguez & Richards, LLC, counsel for Plaintiff, with the consent of defense counsel for M.D. Sass Investors Services, Inc., M.D. Sass Municipal Finance Partners –III, LLC, M.D. Sass Municipal Finance Partners – IV, LLC, M.D. Sass Municipal Finance Partners – V, LLC and M.D. Sass Municipal Finance Partners- VI, LLC, Crusader Servicing Corp., Royal Tax Lien, Services, LLC, Royal Bancshares of Pennsylvania, Inc., David M. Farber, David Butler, CCTS Tax Liens II LLC, DSBD LLC, Stein & Zeitz LLC, William Collins, CCTS, LLC, Pro Capital LLC, CCTS Tax Liens I, LLC, Robert E. Rothman and U.S. Bank N.A and the Court having considered the Certification of counsel for the *pro hac vice* admission of Ellen Meriwether, it is hereby ORDERED that:

1. Ellen Meriwether is hereby admitted *pro hac vice,* to appear in this matter on behalf of Plaintiff;

2. Ellen Meriwether is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey including all disciplinary rules;

3. Ellen Meriwether consents to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against the attorney for the attorney's firm that may arise out of the attorney's standing at the bar of any other court;

4. Ellen Meriwether is hereby required to notify the Court of any matter affecting his standing at the bar of any court;

5. Ellen Meriwether shall have all pleading, briefs, and other papers filed with the Court signed by an attorney-of record authorized to practice in this State, who shall be held responsible for her and for the conduct of the cause and of the attorney admitted *pro hac vice;*

6. Ellen Meriwether shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 10.1(c)(3) as amended, within 20 days from the date of the entry of this Order; and

7. Ellen Meriwether shall comply with the obligations of any attorney admitted to practice in this Court and shall make payment to New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

Dated: October 12, 2012

_____
Hon. Tonianne J. Bongiavanni, U.S.M.J.