**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-FLW-TJB |

**REQUEST BY LOCAL COUNSEL FOR**
**PRO HAC VICE ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), <u>has been paid</u> to the Clerk of Court.

<u>s/ Lisa J. Rodriguez</u>
Signature of Local Counsel

<u>Pro Hac Vice Attorney Information:</u>

Name:      Ellen Meriwether

Address:   Cafferty Clobes Meriwether & Sprengel LLP
           1101 Market St., Suite 2650
           Philadelphia, PA 19107

Email:     emeriwether@caffertyclobes.com