SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
By: Arnold C. Lakind, Esq.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Telephone: (609) 275-0400 Fax: (609) 275-4511
Email: alakind@szaferman.com
Attorney for Defendant,
Richard J. Piscotta, Jr.,

<div style="text-align:center">

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

</div>

| | |
|---|---|
| In re New Jersey Tax Sales Certificates Antitrust Litigation | Civ. No. 3:12-cv-01893(MAS)(TJB)<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C. (by Arnold C. Lakind, Esq.) hereby enters its appearance as counsel to Richard J. Piscotta, Jr., in the above matter.

<div style="margin-left:50%">

SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.

By: _____
   Arnold C. Lakind

</div>

Dated: October 17, 2012

682683.1