UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEANNE VAN DUZER LANG BOYER, Individually and on Behalf of All Others Similarly Situated, Plaintiff, | : | |
| v. | : | CONSOLIDATED CIVIL ACTION NO: 3:12-CV-01893-FLW-TJB |
| ROBERT W. STEIN, CCTS CAPITAL, LLC, CRESTAR CAPITAL, LLC, et al. Defendants. | : | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Jay E. Kagan, Esquire as counsel for CCTS CAPITAL, LLC and CRESTAR CAPITAL, LLC in the above consolidated action.

/s/ Jay E. Kagan

Jay E. Kagan, Esquire
PA Id. No. 76204
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for CCTS Capital, LLC and Crestar Capital, LLC*

Dated: October 22, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEANNE VAN DUZER LANG BOYER, Individually and on Behalf of All Others Similarly Situated, Plaintiff, | : | |
| v. | : | CONSOLIDATED CIVIL ACTION NO: 3:12-CV-01893-FLW-TJB |
| ROBERT W. STEIN, CCTS CAPITAL, LLC, CRESTAR CAPITAL, LLC, et al. Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Jay E. Kagan, Esquire, do hereby certify that the foregoing Entry of Appearance and Certificate of Service were filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record (see attached List of Attorneys of Record).

/s/ Jay E. Kagan

Jay E. Kagan, Esquire
PA Id. No. 76204
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for CCTS Capital, LLC and Crestar Capital, LLC*

Dated: October 22, 2012

**This document has been electronically filed and is available for viewing and downloading from the ECF system.**

**3:12-cv-01893-FLW-TJB** VAN DUZER LANG BOYER v. STEIN et al
Freda L. Wolfson, presiding
Tonianne J. Bongiovanni, referral

**Attorneys of Record**

| Attorney | | Party |
|---|---|---|
| **NICOLE M. ACCHIONE**<br>TRUJILLO RODRIGUEZ & RICHARDS, LLP<br>258 Kings Highway East<br>HADDONFIELD, NJ 08033<br>(856) 795-9002<br>nacchione@trrlaw.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **RONALD ENGLISH**<br>*(Consol Plaintiff)* |
| **KEITH A. BONCHI**<br>GOLDENBERG, MACKLER & SAYEGH, P.A.<br>A PROFESSIONAL CORPORATION<br>660 NEW ROAD<br>SUITE 1-A<br>NORTHFIELD, NJ 08225<br>(609) 646-0222<br>keith@gmslaw.com<br>*Assigned: 05/25/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **ISADORE MAY**<br>*(Defendant)* |
| **JACOB SAGNER BUURMA**<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>973-643-7000<br>jbuurma@sillscummis.com<br>*Assigned: 05/03/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **WILLIAM COLLINS**<br>*(Defendant)* |

| | | |
|---|---|---|
| **BRYAN L. CLOBES**<br>CAFFERTY FAUCHER LLP<br>1717 ARCH STREET, 36TH FLOOR<br>PHILADELPHIA, PA 19103<br>(215) 864-2800<br>bclobes@caffertyfaucher.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **RONALD ENGLISH**<br>*(Consol Plaintiff)* |
| **MARK R. CUKER**<br>WILLIAMS, CUKER & BEREZOFSKY, ESQS.<br>WOODLAND FALLS CORPORATE CENTER<br>210 LAKE DRIVE EAST<br>SUITE 101<br>CHERRY HILL, NJ 08002-1163<br>(856) 667-0500<br>8566675133 (fax)<br>mcuker@wcblegal.com<br>*Assigned: 05/08/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **JEANNE VAN DUZER LANG BOYER**<br>*(Plaintiff)* |
| **STEPHEN V. FALANGA**<br>CONNELL FOLEY, LLP<br>85 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068-1765<br>(973) 535-0500<br>sfalanga@connellfoley.com<br>*Assigned: 07/06/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **National Tax Lien Association**<br>*(Interested Party)* |

| | | |
|---|---|---|
| **R. BRENDAN FEE**<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103<br>215-963-5136<br>bfee@morganlewis.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **ROYAL BANCSHARES OF PENNSYLVANIA, INC.**<br>*(Defendant)* |
| **JEFFREY J. GREENBAUM**<br>SILLS CUMMIS & GROSS P.C.<br>THE LEGAL CENTER<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102-5400<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Assigned: 05/03/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **WILLIAM COLLINS**<br>*(Defendant)* |
| **BRUCE DANIEL GREENBERG**<br>LITE DEPALMA GREENBERG, LLC<br>TWO GATEWAY CENTER<br>12TH FLOOR<br>NEWARK, NJ 07102<br>(973) 623-3000<br>bgreenberg@litedepalma.com<br>*Assigned: 04/27/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **MSC, LLC**<br>*(Consol Plaintiff)* |
| | | **JEANNE VAN DUZER LANG BOYER**<br>*(Plaintiff)* |

**HAROLD M HOFFMAN**
240 GRAND AVENUE
ENGLEWOOD, NJ 07631
(201) 569-0086
(201) 221-7890 (fax)
hoffman.esq@verizon.net
*Assigned: 06/11/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**FOXMOOR AT NEWFIELD LLC**
*(Consol Plaintiff)*

**RAYMOND V. CONTARINO, JR.**
*(Consol Plaintiff)*

**WILLIAM J. HUGHES, JR.**
COOPER, LEVENSON, APRIL,
NIEDELMAN & WAGENHEIM, PA
1125 ATLANTIC AVENUE
3RD FLOOR
ATLANTIC CITY, NJ 08401
(609) 572-7512
609-572-7513 (fax)
whughes@cooperlevenson.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**M.D. SASS INVESTORS SERVICES, INC.**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - III, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - IV, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - V, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS-VI, LLC**
*(Consol Defendant)*

| | | |
|---|---|---|
| **CHRISTOPHER IANNICELLI**<br>MORGAN, LEWIS & BOCKIUS, LLP<br>502 CARNEGIE CENTER<br>PRINCETON, NJ 08540<br>(609) 919-6623<br>ciannicelli@morganlewis.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **ROYAL BANCSHARES OF PENNSYLVANIA, INC.**<br>*(Defendant)* |
| **PATRICIA MULVOY KIPNIS**<br>BAILEY & GLASSER LLP<br>209 CAPITOL STREET<br>CHARLESTON, WV 25301<br>304-345-6555<br>pkipnis@baileyglasser.com<br>*Assigned: 06/11/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **LANA J.F. LEDFORD**<br>*(Consol Plaintiff)* |
| | | **SAMUEL W. LEDFORD**<br><br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>304-345-6555<br>304-342-1110 (fax)<br>pkipnis@baileyglasser.com<br>*(Consol Plaintiff)* |
| **ROBIN LONDON-ZEITZ**<br>GARY C. ZEITZ, LLC<br>1105 Laurel Oak Road, Suite 136<br>Voorhees, NJ 08043<br>(856) 857-1222<br>rzeitz@zeitzlawfirm.com<br>*Assigned: 04/02/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **STEIN & ZEITZ LLC**<br>*(Defendant)* |

| | | |
|---|---|---|
| **MICHAEL RAYMOND MIGNOGNA**<br>MATTLEMAN, WEINROTH & MILLER, P.C.<br>401 ROUTE 70 EAST<br>SUITE 100<br>CHERRY HILL, NJ 08034<br>856-429-5507<br>856-429-9036 (fax)<br>mmignogna@mwm-law.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **LANA J.F. LEDFORD**<br>*(Consol Plaintiff)* |
| | | **SAMUEL W. LEDFORD**<br><br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>304-345-6555<br>304-342-1110 (fax)<br>pkipnis@baileyglasser.com<br>*(Consol Plaintiff)* |
| **BRYAN H. MINTZ**<br>PARIS ACKERMAN & SCHMIERER<br>101 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068<br>973-228-6667<br>973-629-1246 (fax)<br>bryan@paslawfirm.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **T&B ASSOCIATES, INC.**<br>*(Consol Plaintiff)* |

| | | |
|---|---|---|
| **MICHAEL R PERLE**<br>1265 paterson plank road<br>suite 3a<br>secaucus, nj 07094<br>917-744-6814<br>m.perle@earthlink.net<br>*Assigned: 03/28/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **JEANNE VAN DUZER LANG BOYER**<br>*(Plaintiff)* |
| **WILLIAM A. RIBACK**<br>WILLIAM RIBACK, LLC<br>132 HADDON AVENUE<br>HADDONFIELD, NJ 08033<br>(856) 857-0008<br>(856) 857-0028 (fax)<br>ribacklaw@aol.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **LANA J.F. LEDFORD**<br>*(Consol Plaintiff)* |
| | | **SAMUEL W. LEDFORD**<br><br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>304-345-6555<br>304-342-1110 (fax)<br>pkipnis@baileyglasser.com<br>*(Consol Plaintiff)* |
| **LISA J. RODRIGUEZ**<br>TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>258 KINGS HIGHWAY EAST<br>HADDONFIELD, NJ 08033<br>(856) 795-9002<br>lisa@trrlaw.com<br>*Assigned: 06/08/2012*<br>*LEAD ATTORNEY* | representing | **RONALD ENGLISH**<br>*(Consol Plaintiff)* |

*ATTORNEY TO BE NOTICED*

**FREDRIC LEIGH SHENKMAN**
COOPER, LEVENSON, APRIL,
NIEDELMAN & WAGENHEIM, PA
1125 ATLANTIC AVENUE
3RD FLOOR
ATLANTIC CITY, NJ 08401-1125
(609) 344-3161
fshenkman@cooperlevenson.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**M.D. SASS INVESTORS SERVICES, INC.**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - III, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - IV, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - V, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS-VI, LLC**
*(Consol Defendant)*

| | | |
|---|---|---|
| **ANDREW BRIAN SMITH**<br>SMITH & SCHWARTZSTEIN LLC<br>18 MACCULLOCH AVENUE<br>MORRISTOWN, NJ 07960<br>973-206-1725<br>asmith@sslegalservices.com<br>*Assigned: 06/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **T&B ASSOCIATES, INC.**<br>*(Consol Plaintiff)* |
| **JACK WENIK**<br>SILLS CUMMIS & GROSS PC<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102-5400<br>(973) 643-7000<br>jwenik@sillscummis.com<br>*Assigned: 05/03/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **WILLIAM COLLINS**<br>*(Defendant)* |
| **ROBERT ALAN WHITE**<br>MORGAN, LEWIS & BOCKIUS, LLP<br>502 CARNEGIE CENTER<br>PRINCETON, NJ 08540<br>(609) 919-6600<br>rwhite@morganlewis.com<br>*Assigned: 03/28/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **CRUSADER SERVICING CORP.**<br>*(Defendant)* |
| | | **ROYAL BANCSHARES OF PENNSYLVANIA, INC.**<br>*(Defendant)* |
| | | **ROYAL TAX LIEN SERVICES, LLC**<br>*(Defendant)* |

| | | |
|---|---|---|
| **ANDREW R. WOLF**<br>The Wolf Law Firm, LLC<br>1520 U.S. HIGHWAY 130<br>SUITE 101<br>NORTH BRUNSWICK, NJ 08902<br>732-545-7900<br>732-545-1030 (fax)<br>awolf@wolflawfirm.net<br>*Assigned: 06/26/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **JEANNE VAN DUZER LANG BOYER**<br>*(Plaintiff)* |
| David M. Laigaie, Esquire<br>Matthew Faranda-Diedrich, Esquire<br>Jay E. Kagan, Esquire<br>**DILWORTH PAXSON LLP**<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101<br>Tel: 215-575-7000<br>Fax: 215-575-7200 | representing | *Attorneys for CCTS Capital, LLC and Crestar Capital, LLC* |