**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg (bgreenberg@litedepalma.com)
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Interim Liaison Counsel for Plaintiffs*
[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | : Master Docket No.: 12-1893(MAS)(TJB) <br> : <br> : <br> : **CONSENT ORDER EXTENDING TIME** <br> : **TO FILE CONSOLIDATED COMPLAINT** <br> : |

**THIS MATTER** having come before the Court upon the application of Lite DePalma Greenberg, LLC, liaison counsel for Plaintiffs, and Defendants having consented to the extension of time for Plaintiffs to file a Consolidated Complaint, and the Court having considered this agreement; and for good cause shown,

**IT IS** on this 14th day of November, 2012,

**ORDERED THAT:**

1. Plaintiffs time to file a Consolidated Complaint is extended until December 21, 2012;

2. Defendants time to answer or move to dismiss is extended until February 19, 2013;

3. Plaintiffs shall respond to any motions to dismiss no later than April 5, 2013; and

150447 v1

4.   Defendants shall reply no later than April 25, 2013.

_____
Honorable Michael A. Shipp, U.S.D.J.

The parties hereby agree to the form and entry of the foregoing Order.

150447 v1

| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC** | **SILLS CUMMIS & GROSS, P.C.** |
| /s/ Bruce D. Greenberg<br>Bruce D. Greenberg<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br>Fax: (973) 623-0858<br>Email: bgreenberg@litedepalma.com | /s/ Jeffrey J. Greenbaum<br>Jeffrey J. Greenbaum<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Tel: (973) 643-5430<br>Email: jgreenbaum@sillscummis.com |
| *Interim Liaison Counsel for Plaintiffs* | *Counsel for William A. Collins* |

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

**DUANE MORRIS LLP**

J. Manly Parks
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: (215) 979 1342
Fax: (215) 689 3682
Email: JMParks@duanemorris.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig (admitted *pro hac vice*)
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

Steve M Janove
Steve M Janove Law Offices
30 South 17th Street,
Philadelphia, PA 19103
Tel: (215) 564-4605

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jennifer Fountain Connolly (admitted *pro hac vice*)
629 K St., NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
Email: jenniferc@hbsslaw.com

*Counsel for Defendants: David Farber;*
*David Butler; CCTS, LLC; CCTS Tax*
*Liens I, LLC; CCTS Tax Liens II,*
*LLC;* ███████████; *DSBD, LLC;*
*Pro Capital LLC*

**HAUSFELD LLP**
Michael D. Hausfeld
James J. Pizzirusso
Seth R. Gassman
1700 K Street, NW, Suite 650
Washington, DC 20006
tel: 202-540-7200
Fax: 202-540-7201
Email: mhausfeld@hausfeldllp.com
     jpizzirusso@hausfeldllp.com

**GOLDENBERG, MACKLER & SAYEGH, P.A.**

/s/ Keith A. Bonchi
Keith A. Bonchi
660 New Road
Suite 1-A
Northfield, NJ 08225
(609) 646-0222
Email: keith@gmslaw.com

*Counsel for Isadore H. May*

150447 v1

| | |
|---|---|
| sgassman@hausfeldllp.com<br><br>*Interim Class Counsel* | **SZAFERMAN, LAKIND, BLUMSTEIN, BLADER & LEHMANN, PC**<br><br>/s/ Arnold Carl Lakind<br>Arnold Carl Lakind<br>Quakerbridge Executive Center<br>101 Grovers Mill Road<br>Suite 200<br>Lawrenceville, NJ 08648<br>(609) 275-0400<br>Fax: 609-275-4511<br>Email: alakind@szaferman.com<br><br>*Counsel For Defendant Richard J. Pisciotta, Jr.*<br><br>**CHRISTOPHER JAMES KOLLER**<br><br>/s/ Christopher J. Koller<br>Christopher J. Koller<br>27 Warren Street, Suite 304<br>Hackensack, NJ 07601<br>Tel: (201) 487-0110<br>Email: cjkatty@hotmail.com<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>D. Jarrett Arp<br>Jesenka Mrdjenovich<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Tel: 1 202.955.8678<br>Mobile: 1.703.973.1723<br>Email: JArp@gibsondunn.com<br>           jmrdjenovich@gibsondunn.com<br><br>*Counsel for Defendant Robert E. Rothman*<br><br>**MORGAN LEWIS & BOCKIUS LLP**<br><br>/s/ Robert A. White<br>Robert A. White<br>502 Carnegie Center<br>Princeton, NJ 08540-6289 |

150447 v1

Phone: 609.919.6601
Fax: 609.919.6701
Email: rwhite@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
Steven A. Reed
1701 Market St.
Philadelphia, PA 19103-2921
Phone: 215.963.5603
Fax: 215.963.5001
Email: steven.reed@morganlewis.com

*Counsel for Defendants Crusader Servicing Corporation; Royal Tax Lien Services, LLC; Royal Bancshares of Pennsylvania, Inc.*

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM**

/s/ William J. Hughes
William J. Hughes, Jr.
A Professional Association
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401
Tel: (609) 344-3161
Fax: (609) 572-7513
Email: whughes@cooperlevenson.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Eric A. Tirschwell
1177 Avenue of the Americas
New York, NY 10036
Tel: 212.715.8404
Fax: 212.715.8000
Email: etirschwell@kramerlevin.com

*Counsel for Defendants M.D. Sass Investors Services, Inc.; M.D. Sass Tax Lien Management, L.L.C.; M.D. Sass Municipal Finance Partners III, LLC; M.D. Sass Municipal Finance Partners-IV, LLC; M.D. Sass Municipal Finance Partners-V, LLC;*

*M.D. Sass Municipal Finance Partners-VI, LLC*

**SULLIVAN & WORCESTER LLP**

_____

Andrew T. Solomon
1290 Avenue of the Americas
New York, NY 10104
Tel: 212 660 3023
Fax: 212 660 3001
Email: asolomon@sandw.com

**SULLIVAN & WORCESTER LLP**
Paul E. Summit
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2488
Fax: (617) 338-2880
Email: psummit@sandw.com

*Counsel for Defendant Stephen E. Hruby*

**MCMANIMON, SCOTLAND & BAUMANN, LLC,**
/s/ William W. Northgrave
William W. Northgrave
75 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 622-1800
Email: WNorthgrave@MSBNJ.COM

*Counsel for US Bank, NA*

**GARY C. ZEITZ, LLC**

_____

Robin London-Zeitz
1105 Laurel Oak Road, Suite 136
Voorhees, NJ 08043
Tel: (856) 857-1222
Email: rzeitz@zeitzlawfirm.com

*Counsel for Defendant Stein & Zeitz, LLC*

M.D. Sass Municipal Finance Partners-VI, LLC

**SULLIVAN & WORCESTER LLP**

*/s/ Andrew T. Solomon*
Andrew T. Solomon
1290 Avenue of the Americas
New York, NY 10104
Tel: 212 660 3023
Fax: 212 660 3001
Email: asolomon@sandw.com

**SULLIVAN & WORCESTER LLP**
Paul E. Summit
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2488
Fax: (617) 338-2880
Email: psummit@sandw.com

*Counsel for Defendant Stephen E. Hruby*

**MCMANIMON & SCOTLAND, LLC**

William W. Northgrave
One Riverfront Plaza, 4th Floor
Newark, NJ 07102-5408
Tel: (973) 622-1800
Email: wnorthgrave@mandslaw.com

*Counsel for US Bank, NA*

**GARY C. ZEITZ, LLC**

Robin London-Zeitz
1105 Laurel Oak Road, Suite 136
Voorhees, NJ 08043
Tel: (856) 857-1222
Email: rzeitz@zeitzlawfirm.com

*Counsel for Defendant Stein & Zeitz, LLC*

150447 v1