UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sale Certificates Antitrust Litig.* | Civil Action No. 3:12-cv-01893-MAS-TJB<br><br>RULE 7.1 DISCLOSURE STATEMENT |

The undersigned counsel for **Son, Inc**. certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Date: December 21, 2012

**LITE DePALMA GREENBERG, LLC**

 */s/ Bruce D. Greenberg*
Bruce D. Greenberg
Steven J. Greenfogel
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
(973) 623-3000

*Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman *(admitted pro hac vice)*
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig *(admitted pro hac vice)*
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld *(admitted pro hac vice)*
James Pizzirusso *(admitted pro hac vice)*
Seth R. Gassman *(admitted pro hac vice)*
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: 202-540-7200
Fax: 202-540-7201

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jennifer F. Connolly *(admitted pro hac vice)*
629 K St., NW, Suite 300Washington, DC 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
Email: jenniferc@hbsslaw.com

*Interim Class Counsel*