

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

Bruce D. Greenberg
bgreenberg@litedepalma.com

December 21, 2012

*ELECTRONICALLY FILED*
Clerk, U.S. District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    Re:    *In re New Jersey Tax Sales Certificates Antitrust Litigation*
                Master Docket No. 3:12-CV-01893-MAS-TJB

Dear Sir/Madam:

    We are interim liaison counsel for plaintiffs in the above matter. We filed plaintiff's Consolidated Master Class Action Complaint which named additional defendants. Therefore, we request that summonses be issued for following added defendants:

| **Additional Defendants** |
|---|
| Plymouth Park Tax Services, LLC d/b/a Xspand |
| Mooring Tax Asset Group, LLC |
| MTAG Services, LLC |
| Vinaya J. Jessani |
| Rothman Realty Corporation |
| American Tax Funding, LLC |
| Anthony J. De Laurentis |
| BB&T Corporation |
| BBX Capital Corporation f/k/a BankAtlantic Bancorp, Inc. |
| Fidelity Tax, LLC |
| Michael G. Deluca |
| Gary I. Branse |
| Richard Simon Trustee |
| Betty Simon Trustee, L.L.C. |
| Joseph Wolfson |
| Phoenix Funding, Inc. |
| Benedict Caiola |
| M.D. Sass Municipal Finance Partners -I, L.P. |

327553.1



Clerk, U.S. District Court
December 21, 2012
Page 2

| |
|---|
| M.D. Sass Municipal Finance Partners –II, L.P. |
| Mercer S.M.E., Inc. |
| Susan M. Esposito |
| Burlington Assembly of God/Fountain of Life Center |
| Reverend David B. Boudwin |
| Robert Jeffrey |

  We thank you for your attention to this matter. If you have any questions, please contact me.

        Very truly yours,

        */s/ Bruce D. Greenberg*
        Bruce D. Greenberg

BDG:emp

327553.1