## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

*In re New Jersey Tax Sales Certificates*
*Antitrust Litig.*

Master Docket No. 3:12-CV-01893-MAS-TJB

### ENTRY OF APPEARANCE

Kindly enter the appearance of Maselli Warren P.C., David Fornal, Esquire, as counsel

for Defendant Plymouth Park Tax Services LLC in the above-referenced matter.

DATED: January 8, 2012

Respectfully submitted,

David Fornal
MASELLI WARREN, P.C.
600 Alexander Road
Princeton, NJ 08540
Tel:    (609) 452-8411
Fax:    (609) 452-8422
Email: dfornal@maselliwarren.com

*Attorney for Defendant Plymouth Park Tax*
*Services, LLC*