UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PLYMOUTH PARK TAX SERVICES, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Plymouth Park Tax Services LLC hereby states that it is a wholly-owned subsidiary of The Bear Stearns Companies LLC, which is a wholly-owned subsidiary of JPMorgan Chase & Co.

DATED: January 8, 2012

Respectfully submitted,

David Fornal
MASELLI WARREN, P.C.
600 Alexander Road
Princeton, NJ 08540
Tel:    (609) 452-8411
Fax:    (609) 452-8422
Email: dfornal@maselliwarren.com

*Attorney for Defendant Plymouth Park Tax Services, LLC*