UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Civil Action No. 12-01893-MAS-JTB<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT A. WHITE** |

Kindly withdraw my appearance in this consolidated action on behalf of Defendants Crusader Servicing Corp., Royal Tax Lien Services, LLC and Royal Bancshares of Pennsylvania, Inc. ("Defendants"). Christopher Iannicelli and R. Brendan Fee of Morgan, Lewis & Bockius LLP will continue to serve as counsel for Defendants in this consolidated action.

Respectfully submitted,

/s/ Robert A. White
Robert A. White
rwhite@goldbergsegalla.com
**GOLDBERG SEGALLA LLP**
902 Carnegie Center
Suite 100
Princeton, New Jersey 08540

Dated: January 10, 2013

DB1/ 72739940.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2013, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed electronically with the Court, and served on counsel of record via electronic filing.

/s/ Robert A. White