UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Maselli Warren P.C., Perry S. Warren, Esquire, as counsel for Defendant Plymouth Park Tax Services LLC in the above-referenced matter.

DATED: January 10, 2012

Respectfully submitted,

_[signature]_

Perry S. Warren
MASELLI WARREN, P.C.
600 Alexander Road
Princeton, NJ 08540
Tel:   (609) 452-8411
Fax:   (609) 452-8422
Email: pwarren@maselliwarren.com

*Attorney for Defendant Plymouth Park Tax Services, LLC*