

LITE DEPALMA
GREENBERG, LLC

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

January 11, 2013

**_ELECTRONICALLY FILED_**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
 District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

   Re: *In re New Jersey Tax Sales Certificates Antitrust Litig.*
      *Master Docket No.: 3:12-CV-01893-FLW-TJB*

Dear Judge Shipp:

  Enclosed is a settlement agreement in *In re New Jersey Tax Sales Certificates Antitrust Litigation* entered into on December 28, 2012 between plaintiff class representatives and Defendants David Butler, David M. Farber, CCTS, LLC; CCTS Tax Liens I, LLC; CCTS Tax Liens II, LLC; DSBD, LLC; Pro Capital, LLC; and Pro Capital Fund I, LLC (collectively, together with the named defendant Pro Capital I, LLC, which entity does not exist, the "Butler/Farber Defendants"), together with their past and present parents, subsidiaries and affiliates. The parties will file for preliminary approval of this settlement at a later date.

  Pursuant to Paragraph 21 of the agreement, Defendants were required to deposit the settlement funds into an escrow account by January 5, 2013. Due to the holidays, there has been a slight delay in finalizing the escrow account. Both parties have mutually agreed to delay the deposit of the settlement funds for a short period until the escrow account is finalized.

         Respectfully submitted,

         */s/ Bruce D. Greenberg*
         Bruce D. Greenberg

BDG:al
Enclosure