UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Civil Action No. 12-01893-MAS-JTB<br><br>NOTICE OF ENTRY OF APPEARANCE OF R. BRENDAN FEE AND CHRISTOPHER IANNICELLI |

Kindly enter the appearances of R. Brendan Fee and Christopher Iannicelli of Morgan, Lewis & Bockius LLP in this consolidated action on behalf of Defendants Crusader Servicing Corp. and Royal Tax Lien Services, LLC ("Defendants"). Messrs. Fee and Iannicelli were identified as counsel for Defendants in the Notice of Removal (Docket Entry No. 1) but their appearances were not reflected on the docket. Messrs. Fee and Iannicelli also represent Defendant Royal Bancshares of Pennsylvania, Inc. in this consolidated action.

Respectfully submitted,

/s/ Christopher Iannicelli
Christopher Iannicelli (CI-0567)
ciannicelli@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540
Telephone: (609) 919-6600

R. Brendan Fee (RF-4838)
bfee@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

*Attorneys for Defendants,*
Crusader Servicing Corp., Royal Tax Lien Services, LLC and Royal Bancshares of Pennsylvania, Inc.

Dated: January 11, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically with the Court, and served on counsel of record via electronic filing.

/s/  Christopher Iannicelli