UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Civil Action No. 12-01893-MAS-JTB<br><br>NOTICE OF ENTRY OF APPEARANCE OF R. BRENDAN FEE |

Kindly enter the appearance of R. Brendan Fee of Morgan, Lewis & Bockius LLP on behalf of Defendants Crusader Servicing Corp., Royal Tax Lien Services, LLC, and Royal Bancshares of Pennsylvania, Inc. in this consolidated action.

Respectfully submitted,

/s/ R. Brendan Fee
R. Brendan Fee (RF-4838)
bfee@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

*Attorney for Defendants,*
Crusader Servicing Corp., Royal Tax Lien Services, LLC and Royal Bancshares of Pennsylvania, Inc.

Dated:  January 14, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically with the Court, and served on counsel of record via electronic filing.

/s/  R. Brendan Fee