UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No: 3:12-CV-01893-MAS-TJB

JEANNE VAN DUZER LANG BOYER,

                Plaintiff

   V.

ROBERT W. STEIN, ET AL.,

                Defendant

## AFFIDAVIT OF SERVICE

State of Florida   }
County of Palm Beach}  ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida

That on 1/9/13 at 11:40 AM at **345 Jupiter Lakes Blvd., Jupiter, FL 33458**

deponent served a(n) **Summons On Amended Complaint And Plaintiffs' Consolidated Master Class Action Complaint**

on **American Tax Funding LLC**, a limited liability company,

by delivering thereat a true copy of each to **Brian Lynch** personally;

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Vice President** thereof.

Description of Person Served:
Gender: Male
Skin: White
Hair: Black
Age: 36 – 50 Yrs.
Height: 5'9"-6'0"
Weight: 161-200lbs
Other:

Sworn to before me this 1/10/13

Notary Public

Garrett McArdle
CPS # 1531



OLGA ESTORNELL
MY COMMISSION # DD 952360
EXPIRES: March 13, 2014
Bonded Thru Budget Notary Services

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279