MASELLI WARREN, P.C.
By: David Fornal, Esquire
600 Alexander Road
Princeton, NJ 08540
Tel:   (609) 452-8411
Fax:   (609) 452-8422
Email: dfornal@maselliwarren.com
*Attorney for Defendant Plymouth Park Tax Services LLC*

RECEIVED
JAN 16 2013
AT 8:30 _____ M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

## ORDER ADMITTING COUNSEL PRO HAC VICE

THIS MATTER having come before the Court on motion of Maselli Warren, P.C., counsel for Defendant Plymouth Park Tax Services LLC ("Plymouth"), upon electronic notice to all counsel, and the Court having considered the motion papers, and the Court having found that Robert D. Wick, Esquire and Jason C. Raofield, Esquire are members in good standing with the Bar of the District of Columbia, and for good cause shown,

IT IS on this ___15th___ day of __January__ 2013 hereby ORDERED that:

1.   Robert D. Wick, Esquire and Jason C. Raofield, Esquire are admitted *pro hac vice* pursuant to *L.Civ.R.* 101.1 to appear and participate in the above-referenced matter on behalf of Defendant Plymouth;

2.   Robert D. Wick, Esquire and Jason C. Raofield, Esquire shall abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules;

~~Case 3:12-cv-01893-MAS-TJB   Document 120-5   Filed 01/10/13   Page 2 of 2 PageID: 1514~~

3. Robert D. Wick, Esquire and Jason C. Raofield, Esquire shall make the appropriate payments to the New Jersey Lawyers' Fund for Client Protection as provided by *New Jersey Court Rule* 1:28-2(a) during the duration of the time that they serve as *pro hac vice* counsel in this matter; and

4. Robert D. Wick, Esquire and Jason C. Raofield, Esquire shall send payment in the total sum of $300.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 120] accordingly.