**ANTHONY J. DE LAURENTIS, DEFENDANT**
**PRO SE**
2100 Jolie Place
Crofton, MD 21114
T: (240) 447-5269
Email: tonypat@comcast.net

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | ) ) ) ) ) ) ) | : <br> Master Docket No. <br> 3:12-CV-01893-MAS-TJB <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |

## ANSWER

## DEFENDANT'S ANSWER TO PLAINTIFFS' CONSOLIDATED MASTER CLASS ACTION COMPLAINT

Defendant, **ANTHONY J. DE LAURENTIS**, answers the Amended Complaint as follows:

1. I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

2.          I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

3.          I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

Case  3:12-CV-01893-MAS-TJB       Filed  1/15/12                    Page  3  of  108

general, I lack sufficient knowledge either to admit or deny these allegations.

4.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

5.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

6.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

7.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

8.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

9.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

10.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

11.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

12.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

13.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

14.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

15.     I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any
other party. I **DENY** any allegations in this paragraph that state or
otherwise imply that I have participated in a conspiracy in
connection with any tax sale auction in the State of New Jersey.
Insofar as allegations relating to other parties or entities, or to New
Jersey tax sale auctions or New Jersey tax sale certificates, in
general, I lack sufficient knowledge either to admit or deny these
allegations.

16.     I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any
other party. I **DENY** any allegations in this paragraph that state or
otherwise imply that I have participated in a conspiracy in
connection with any tax sale auction in the State of New Jersey.
Insofar as allegations relating to other parties or entities, or to New
Jersey tax sale auctions or New Jersey tax sale certificates, in
general, I lack sufficient knowledge either to admit or deny these
allegations.

17.     I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

18.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

19.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

20.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

21.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

22.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

23.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

24.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

25.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

26.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

Case 3:12-CV-01893-MAS-TJB          Filed 1/15/12          Page 13 of 108

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

27.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

28.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

29.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

30.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

31.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

32.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

33.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

34.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

35.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

36.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

37.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

38.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

39.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

40.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

41.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

42.         I, Defendant Anthony J. De Laurentis, have never attended any tax
            sale auction in the State of New Jersey; nor have I ever purchased
            any New Jersey tax sale certificates, either for myself or for any
            other party. I **DENY** any allegations in this paragraph that state or
            otherwise imply that I have participated in a conspiracy in
            connection with any tax sale auction in the State of New Jersey.
            Insofar as allegations relating to other parties or entities, or to New
            Jersey tax sale auctions or New Jersey tax sale certificates, in
            general, I lack sufficient knowledge either to admit or deny these
            allegations.

43.         I, Defendant Anthony J. De Laurentis, have never attended any tax
            sale auction in the State of New Jersey; nor have I ever purchased
            any New Jersey tax sale certificates, either for myself or for any
            other party. I **DENY** any allegations in this paragraph that state or
            otherwise imply that I have participated in a conspiracy in
            connection with any tax sale auction in the State of New Jersey.
            Insofar as allegations relating to other parties or entities, or to New
            Jersey tax sale auctions or New Jersey tax sale certificates, in
            general, I lack sufficient knowledge either to admit or deny these
            allegations.

44.         I, Defendant Anthony J. De Laurentis, have never attended any tax
            sale auction in the State of New Jersey; nor have I ever purchased
            any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

45.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

46.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

47.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

48.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

49.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

50.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

51.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

52.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

53.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

54.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

55.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

56.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

57.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

58.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

59.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

60.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

61.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

62.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

63.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

64.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

65.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

66.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

67.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

68.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

69.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

70.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

71.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

72.      I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

73.      I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

74.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

75.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

76.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

77.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

78.      I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any
other party. I **DENY** any allegations in this paragraph that state or
otherwise imply that I have participated in a conspiracy in
connection with any tax sale auction in the State of New Jersey.
Insofar as allegations relating to other parties or entities, or to New
Jersey tax sale auctions or New Jersey tax sale certificates, in
general, I lack sufficient knowledge either to admit or deny these
allegations.

79.      I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any
other party. I **DENY** any allegations in this paragraph that state or
otherwise imply that I have participated in a conspiracy in
connection with any tax sale auction in the State of New Jersey.
Insofar as allegations relating to other parties or entities, or to New
Jersey tax sale auctions or New Jersey tax sale certificates, in
general, I lack sufficient knowledge either to admit or deny these
allegations.

80.      I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

81.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

82.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

83.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

84.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

85.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

86.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

87.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

88.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

89.        I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

90.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

91.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

92.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

93.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

94.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

95.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

96.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

97.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

98.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

Case  3:12-CV-01893-MAS-TJB          Filed  1/15/12          Page  45  of  108

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

99.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

100.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

101.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

102.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

103.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

104.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

105.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

106.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

107.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

108.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

109.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

110.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

111.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

112.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

113.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

114.        I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

115.        I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

116.        I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

117.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

118.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

119. I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

120. I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

121.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

122.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

123.     I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any
other party. I **DENY** any allegations in this paragraph that state or
otherwise imply that I have participated in a conspiracy in
connection with any tax sale auction in the State of New Jersey.
Insofar as allegations relating to other parties or entities, or to New
Jersey tax sale auctions or New Jersey tax sale certificates, in
general, I lack sufficient knowledge either to admit or deny these
allegations.

124.     I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any
other party. I **DENY** any allegations in this paragraph that state or
otherwise imply that I have participated in a conspiracy in
connection with any tax sale auction in the State of New Jersey.
Insofar as allegations relating to other parties or entities, or to New
Jersey tax sale auctions or New Jersey tax sale certificates, in
general, I lack sufficient knowledge either to admit or deny these
allegations.

125.     I, Defendant Anthony J. De Laurentis, have never attended any tax
sale auction in the State of New Jersey; nor have I ever purchased
any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

126.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

127.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

128.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

129.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

130.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

131.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

132.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

133.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

134.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

135.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

136.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

137.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

138.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

139.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

140.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

141.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

142.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

143.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

144.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

145.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

146.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

147.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

148.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

149.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

150.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

151.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

152.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

<u>other party</u>. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

153.    <u>I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party</u>. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

154.    <u>I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party</u>. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

155.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

156.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

157.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

158.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

159.        I, Defendant Anthony J. De Laurentis, have never attended any tax
            sale auction in the State of New Jersey; nor have I ever purchased
            any New Jersey tax sale certificates, either for myself or for any
            other party. I **DENY** any allegations in this paragraph that state or
            otherwise imply that I have participated in a conspiracy in
            connection with any tax sale auction in the State of New Jersey.
            Insofar as allegations relating to other parties or entities, or to New
            Jersey tax sale auctions or New Jersey tax sale certificates, in
            general, I lack sufficient knowledge either to admit or deny these
            allegations.

160.        I, Defendant Anthony J. De Laurentis, have never attended any tax
            sale auction in the State of New Jersey; nor have I ever purchased
            any New Jersey tax sale certificates, either for myself or for any
            other party. I **DENY** any allegations in this paragraph that state or
            otherwise imply that I have participated in a conspiracy in
            connection with any tax sale auction in the State of New Jersey.
            Insofar as allegations relating to other parties or entities, or to New
            Jersey tax sale auctions or New Jersey tax sale certificates, in
            general, I lack sufficient knowledge either to admit or deny these
            allegations.

161.        I, Defendant Anthony J. De Laurentis, have never attended any tax
            sale auction in the State of New Jersey; nor have I ever purchased
            any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

162.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

163.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

164.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

165.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

166.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

167.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

168.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

169.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

170.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

171.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

172.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

173.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

174.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

175.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

176.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

177.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

178.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

179.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

180.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

181.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

182.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

183.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

184.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

185.       I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

186.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

187.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

188.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

189.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

190.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

191.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

192.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

193.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

194.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

Case  3:12-CV-01893-MAS-TJB        Filed  1/15/12          Page  88  of  108

195.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

196.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

197.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

198.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

199.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

200.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

201.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

202.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

203.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

204.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

205.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or

otherwise imply that I have participated in a conspiracy in

connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New

Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these

allegations.

206.     I, Defendant Anthony J. De Laurentis, have never attended any tax

sale auction in the State of New Jersey; nor have I ever purchased

any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

207.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

208.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

209.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

210.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

211.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

212.      I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

213.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

214.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

215.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

216.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

217.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

218.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

219.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

220.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

221.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

222.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

223.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

224.     I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

225.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

226.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

227.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

228.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

229.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

230.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

231.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

232.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

233.   I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any

other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

234.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

235.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey.

Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

236.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

237.  I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in

general, I lack sufficient knowledge either to admit or deny these allegations.

238.    I, Defendant Anthony J. De Laurentis, have never attended any tax sale auction in the State of New Jersey; nor have I ever purchased any New Jersey tax sale certificates, either for myself or for any other party. I **DENY** any allegations in this paragraph that state or otherwise imply that I have participated in a conspiracy in connection with any tax sale auction in the State of New Jersey. Insofar as allegations relating to other parties or entities, or to New Jersey tax sale auctions or New Jersey tax sale certificates, in general, I lack sufficient knowledge either to admit or deny these allegations.

## AFFIRMATIVE DEFENSES

A. I, Defendant Anthony J. De Laurentis, have never attended a tax sale in the State of New Jersey;

B. I have never purchased any New Jersey tax sale certificates. In fact, I have never seen a New Jersey tax sale certificate;

C. I have never seen or discussed in any manner whatsoever any list or lists of properties that were sold or to be sold at a New Jersey tax sale;

D. I have never discussed or assisted in any manner whatsoever any person or company with the purchase of any New Jersey tax sale certificates;

E.  I have never contracted, combined, conspired or in any other way committed any act in connection with any tax sale in New Jersey that could be adjudged to have been a *per se* violation of Section 1 of the Sherman Act, 15 U.S.C. §1;

F.  I have never contracted, combined, conspired or in any other way committed any act in connection with any tax sale in New Jersey that could be adjudged to have been a violation of New Jersey Antitrust Act, N.J.S.A. §56:9-3;

G.  I have never had association with the other Defendants named in this case with respect to any acts taking place in or in any way relating to New Jersey so as to constitute an association-in-fact "enterprise" as that term is defined in 18 U.S.C. §1964(4), that engages in, and the activities of which affect, interstate commerce;

H.  I have taken no action that damaged Plaintiff or the Class or any action or alleged action that in any relates to any New Jersey tax sale auction.

WHEREFORE, I, Defendant Anthony J. De Laurentis, pray that the Court awards me judgment against Plaintiff and the Class, dismisses me from this action, awards me the costs of defending this action, and awards me such other relief as the Court deems just and proper.

ANTHONY J. DE LAURENTIS

Anthony J. De Laurentis
2100 Jolle Place
Crofton, MD 21114
(240) 447-5269
E-mail: tonypat@comcast.net