UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>**PLAINTIFF SENATORE BUILDERS' NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)** |

Pursuant to Federal R. Civ. P. 41(a)(1)(A), Plaintiff Senatore Builders, LLC ("Senatore Builders") dismisses all claims with prejudice in Senatore Builders, LLC v. Rothman, *et al*., 12-cv-04050-MAS-TJB (D.N.J.) against Robert E. Rothman only and Senatore Builders dismisses all claims without prejudice against all other defendants. No opposing party has served either an answer or a motion for summary judgment in Senatore Builders.

DATED:      January 28, 2013

POULOS LOPICCOLO PC

John N. Poulos
1305 South Roller Rd.
Ocean, New Jersey 07712
Telephone: (732) 757-0165
poulos@pllawfirm.com

*Attorney for Senatore Builders, LLC*