ROETZEL & ANDRESS, LPA
A Legal Professional Association
One SeaGate, Suite 1700
Toledo, OH  43604
Telephone: 419.242.7985

*Attorney for Defendant*
American Tax Funding, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Roetzel & Andress, LPA attorney Patricia B. Fugée as counsel for Defendant American Tax Funding, LLC, which has an address of 345 Jupiter Lake Boulevard, Suite 300, Jupiter, FL  33458, in the above-captioned matter.

DATED:  January 29, 2013                    Respectfully submitted,

*s/ Patricia B. Fugée*
Patricia B. Fugée (02317-1990)
ROETZEL & ANDRESS
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: 419.242.7985
Facsimile: 419.242.0316
pfugee@ralaw.com

*Attorney for Defendant American Tax Funding, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2013, a copy of the foregoing *Notice of Appearance* has been filed electronically.  Notice of this filing has been served upon counsel of record via the Court's electronic filing system.  Access to this filing can be obtained via the Court's electronic filing system.

*/s/ Patricia B. Fugée*
Patricia B. Fugée
