ROETZEL & ANDRESS, LPA
A Legal Professional Association
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: 419.242.7985

*Attorney for Defendant*
American Tax Funding, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>**APPLICATION BY DEFENDANT AMERICAN TAX FUNDING, LLC FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL RULE 6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which Defendant American Tax Funding, LLC may answer, move or otherwise reply to the Consolidated Master Class Action Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on January 9, 2013; and

3. Time to Answer, Move, or otherwise Reply expires on January 30, 2013.

Dated: January 29, 2013        By:

　　　　　　　　　　　　　　　　　　*/s/ Patricia B. Fugée*
　　　　　　　　　　　　　　　　　　Patricia B. Fugée (02317-1990)
　　　　　　　　　　　　　　　　　　ROETZEL & ANDRESS
　　　　　　　　　　　　　　　　　　One SeaGate, Suite 1700
　　　　　　　　　　　　　　　　　　Toledo, OH 43604
　　　　　　　　　　　　　　　　　　Telephone: 419.242.7985
　　　　　　　　　　　　　　　　　　pfugee@ralaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant American Tax Funding, LLC*

## **ORDER**

The above application is ORDERED GRANTED and the time to Answer, Move or otherwise Reply is extended to **February 13, 2013**.

ORDER DATED:_____          WILLIAM T. WALSH, Clerk

By: _____
   Deputy Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2013, a copy of the foregoing *Application by Defendant American Tax Funding, LLC for Extension of Time to Answer, Move or Otherwise Reply Pursuant to Local Rule 6.1(b)* has been filed electronically. Notice of this filing has been served upon counsel of record via the Court's electronic filing system. Access to this filing can be obtained via the Court's electronic filing system.

*/s/ Patricia B. Fugée*
Patricia B. Fugée

6914594_1.DOCX / 122659.0001