RECEIVED
JAN 31 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

ROETZEL & ANDRESS, LPA
A Legal Professional Association
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: 419.242.7985

*Attorney for Defendant*
American Tax Funding, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

THIS MATTER having come before the Court on motion of Roetzel & Andress, LPA, counsel for Defendant American Tax Funding, LLC ("ATF"), upon electronic notice to all counsel, and the Court having considered the motion papers, and the Court having found that Donald S. Scherzer, Esq. is a member in good standing with the Ohio Supreme Court and that Amanda M. Knapp, Esq. is a member in good standing with the Ohio Supreme Court and The State Bar of California, and for good cause shown,

IT IS on this 31st day of January, 2013 hereby ORDERED that:

1.  Donald S. Scherzer, Esq. and Amanda M. Knapp, Esq. are admitted *pro hac vice* pursuant to Local Civil Rule 101.1 to appear and participate in the above-referenced matter on behalf of Defendant ATF;

2.  Donald S. Scherzer, Esq. and Amanda M. Knapp, Esq. shall abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules;

3. Donald S. Scherzer, Esq. and Amanda M. Knapp, Esq. shall make the appropriate payments to the New Jersey Lawyers' Fund for Client Protection as provided by *New Jersey Court Rule* 1:28-2(a) during the duration of the time that they serve as *pro hac vice* counsel in this matter;

4. Donald S. Scherzer, Esq. and Amanda M. Knapp, Esq. shall send payment in the total sum of $300.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1;

5. Donald S. Scherzer, Esq. and Amanda M. Knapp, Esq. shall notify the Court immediately of any matter affecting his or her standing at the bar of any jurisdiction;

6. Donald S. Scherzer, Esq. and Amanda M. Knapp, Esq. shall have all pleadings, briefs, and other papers filed with this Court in this matter signed by an attorney of record who is authorized to practice in New Jersey and admitted to practice before this Court; and

7. The Clerk of the Court shall terminate the aforementioned motion [Docket Entry No. 136]

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.