ROETZEL & ANDRESS, LPA
A Legal Professional Association
One SeaGate, Suite 1700
Toledo, OH  43604
Telephone: 419.242.7985

*Attorney for Defendant*
American Tax Funding, LLC

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT AMERICAN TAX FUNDING, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Tax Funding, LLC hereby states that it is a wholly owned subsidiary of American Tax Holdings, LLC.

DATED:  February 1, 2013               Respectfully submitted,

                                       *s/ Patricia B. Fugée*
                                       Patricia B. Fugée (02317-1990)
                                       ROETZEL & ANDRESS
                                       One SeaGate, Suite 1700
                                       Toledo, OH 43604
                                       Telephone: 419.242.7985
                                       Facsimile: 419.242.0316
                                       pfugee@ralaw.com

                                       *Attorney for Defendant American Tax Funding, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2013, a copy of the foregoing *Rule 7.1 Corporate Disclosure Statement of Defendant American Tax Funding, LLC* has been filed electronically. Notice of this filing has been served upon counsel of record via the Court's electronic filing system. Access to this filing can be obtained via the Court's electronic filing system.

*/s/ Patricia B. Fugée*
Patricia B. Fugée