ROETZEL & ANDRESS, LPA
A Legal Professional Association
One SeaGate, Suite 1700
Toledo, OH  43604
Telephone: 419.242.7985

*Attorney for Defendant*
American Tax Funding, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-CV-01893-MAS-TJB |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                    Respectfully submitted,

                    *s/ Patricia B. Fugée*
                    Patricia B. Fugée (02317-1990)
                    *Attorney for Defendant American Tax Funding, LLC*

PRO HAC VICE ATTORNEY INFORMATION:

NAME: Donald S. Scherzer, Esquire

ADDRESS: ROETZEL & ANDRESS, LPA
One Cleveland Center
1375 East Ninth Street, Ninth Floor
Cleveland, OH 44114-1788

E-MAIL: dscherzer@ralaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2013, a copy of the foregoing *Request by Local Counsel for Pro Hac Vice Attorney to Receive Electronic Notification* has been filed electronically. Notice of this filing has been served upon counsel of record via the Court's electronic filing system. Access to this filing can be obtained via the Court's electronic filing system.

*/s/ Patricia B. Fugée*
Patricia B. Fugée