UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No: 3:12-CV-01893-MAS-TJB

JEANNE VAN DUZER LANG BOYER,

             Plaintiff

  V.

ROBERT W. STEIN, ET AL.,

             Defendant

## AFFIDAVIT OF SERVICE

State of Florida   }
County of Manatee}   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida

That on **2/5/13** at **6:14 PM** at **310 Fairway Isles Lane, Bradenton, Florida**

deponent served a(n) **Summons On Amended Complaint And Plaintiffs' Consolidated Master Class Action Complaint**

on **Robert Jeffrey**,

by delivering a true copy of each of each to said defendant personally,

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Grey
Age: 51 – 65 Yrs.
Height: 5'9"-6'0"
Weight: 161-200lbs
Other: Glasses

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
2/11/13

_____
Notary Public

Notary Public State of Florida
Mary L Sanger
My Commission EE044662
Expires 01/03/2016

Ann N. O'Neal
CPS # 406

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279