James E. Cecchi
Zachary S. Bower
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Attorneys for Defendants BBX Capital Corp*
*and Fidelity Tax, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES<br><br>CERTIFICATES ANTITRUST LITIG. | Civil Action No. 3:12-01893(MAS)(TJB)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants BBX Capital Corp. and Fidelity Tax, LLC in the above-referenced matter.

                                       CARELLA, BYRNE, CECCHI,
                                       OLSTEIN, BRODY & AGNELLO, P.C.
                                       Attorneys for Defendants BBX Capital
                                       Corp. and Fidelity Tax, LLC

                                       By:   /s/James E. Cecchi
                                                 JAMES E. CECCHI
Dated: February 13, 2013                      jcecchi@carellabyrne.com