# MASELLI WARREN, P.C.
## ATTORNEYS AT LAW

600 ALEXANDER ROAD, PRINCETON, NJ 08540
PHONE: 609-452-8411  FAX: 609-452-8422
Website: maselliwarren.com

February 13, 2013

*Via Electronic Filing*
Honorable Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, New Jersey 08608

Re:   In re New Jersey Tax Sales Certificates Antitrust Litigation
      3:12-cv-01893-MAS-TJB

Dear Judge Shipp:

This firm represents Defendant Plymouth Park Tax Services, LLC in the above referenced matter. Enclosed please find a proposed Consent Order Extending Time to Respond to Consolidated Complaint. It is my understanding that all counsel, including those who have not yet signed the attached proposed Consent Order, have agreed to its terms. If the proposed form of the Consent Order is acceptable to the Court, kindly enter a conformed copy of the Order on the docket.

Thank you for the Court's courtesies.

Respectfully submitted,

MASELLI WARREN, P.C.

By: _____/s/ David Fornal_____
       DAVID FORNAL

DF:ms
Enclosure

c.    All Counsel *(via ECF)*