UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*In re New Jersey Tax Sales Certificates Antitrust Litig.*

Master Docket No. 3:12-CV-01893-MAS-TJB

**CONSENT ORDER EXTENDING TIME TO RESPOND TO CONSOLIDATED COMPLAINT**

**THIS MATTER** having come before the Court upon the application of the undersigned attorneys for Defendants for an extension of time to respond to the Consolidated Complaint in this matter;

IT APPEARING that Plaintiffs, by their undersigned counsel, have agreed to the entry of this Order;

**IT IS** on this ____ day of February, 2013,

**ORDERED THAT**:

1. Defendants' time to answer or move to dismiss the Consolidated Complaint is extended until March 8, 2013;

2. Plaintiffs' time to respond to any motions to dismiss is extended until April 24, 2013; and

3. Defendants' time to file a reply brief is extended to May 22, 2013.

Honorable Michael J. Shipp, U.S.D.J.

We hereby consent to the content
and entry of foregoing Order:

                                        **LITE DePALMA GREENBERG, LLC**

                                        /s/ *Bruce D. Greenberg*
                                           Bruce D. Greenberg
                                        Steven J. Greenfogel
                                        Two Gateway Center, Suite 1201
                                        Newark, New Jersey 07102-5003
                                        (973) 623-3000

                                        *Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman *(admitted pro hac vice)*
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Jason A. Zweig *(admitted pro hac vice)*
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Jennifer F. Connolly *(admitted pro hac vice)*
629 K St., NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
Email: jenniferc@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld *(admitted pro hac vice)*
James Pizzirusso *(admitted pro hac vice)*
Seth R. Gassman *(admitted pro hac vice)*
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: 202-540-7200
Fax: 202-540-7201

2

*Interim Class Counsel*

**MASELLI WARREN, P.C.**

/s/ David Fornal
David Fornal
Perry Warren
600 Alexander Road
Princeton, NJ 08540
Tel: 609.452.8411
Email: dfornal@maselliwarren.com
       pwarren@maselliwarren.com

**COVINGTON & BURLING LLP**

Robert D. Wick
Jason C. Raofield
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel: 202.662.6000
Fax: 202.662.6291
Email: rwick@cov.com
       jraofield@cov.com

*Counsel for Defendant Plymouth Park Tax Services LLC*

**MORGAN LEWIS & BOCKIUS LLP**

/s/ Steven A. Reed
Steven A Reed
1701 Market St.
Philadelphia, PA 19103-2921
Tel: 215.963.5603
Fax: 215.963.5001
Email: steven.reed@morganlewis.com

*Counsel for Defendants Crusader Servicing Corporation; Royal Tax Lien Services, LLC; Royal Bancshares of Pennsylvania, Inc.; Royal Bank America*

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM**

/s/ William J. Hughes
William J. Hughes, Jr.
A Professional Association
1125 Atlantic Avenue, 3rd Floor

Atlantic City, NJ 08401
Tel: (609) 344-3161
Fax: (609) 572-7513
Email: whughes@cooperlevenson.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Eric A. Tirschwell
1177 Avenue of the Americas
New York, NY 10036
Tel: 212.715.8404
Fax: 212.715.8000
Email: etirschwell@kramerlevin.com

*Counsel for Defendants M.D. Sass Investors Services, Inc.; M.D. Sass Tax Lien Management, LL C; M.D. Sass Municipal Finance Partners III, LLC; M.D. Sass Municipal Finance Partners-IV, LLC; MD. Sass Municipal Finance Partners-V, LLC; M.D. Sass Municipal Finance Partners-VI, LLC*

**ROETZEL & ANDRESS**

/s/ Patricia B. Fugée
Patricia B. Fugée
One SeaGate, Suite 1700
Toledo, OH 43604
Tel: 419.242.7985
Fax: 419.242.0316
Email: pfugee@ralaw.com

Donald S. Scherzer
Amanda M. Knapp
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH 44114-1788
Tel: (216) 623-0150
Fax: (216) 623-0134
Email: dscherzer@ralaw.com
        aknapp@ralaw.com

*Counsel for Defendant American Tax Funding, LLC*

**SCHLAM STONE & DOLAN LLP**

/s/ Jeffrey M. Eilender
Jeffrey M. Eilender
26 Broadway, 19th Floor

New York NY 10004
Tel: 212.344.5400
Fax: 212.344.7677
Email: jme@schlamstone.com

*Counsel for Defendants Mooring Tax Asset Group, LLC and MTAG Services, LLC*

**SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.**

/s/ Arnold C. Lakind
Arnold C. Lakind
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: 609.275.0400
Fax: 609.275.4511
Email: alakind@szaferman.com

*Counsel for Defendant Richard Pisciotta*

**WACHTELL, LIPTON, ROSEN & KATZ**

/s/ Elaine P. Golin
Elaine P. Golin
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1118
Fax: (212) 403-2118
Email: EPGolin@wlrk.com

*Counsel for Defendant BB&T Corporation*

**WALDER, HAYDEN & BROGAN, P.A.**

/s/ Justin P. Walder
Justin P. Walder
Shalom D. Stone
5 Becker Farm Road
Roseland, NJ 07068
Tel:    973-992-5300
Fax:   973-992-1505
Email:  jpwalder@whbesqs.com
        sdstone@whbesqs.com

*Counsel for Defendants Phoenix Funding, Inc. and Benedict Caiola*

**JEROME A. BALLAROTTO, ATTORNEY AT LAW**

/s/ Jerome A. Ballarotto
Jerome A. Ballarotto
143 White Horse Avenue
Trenton, NJ 08610
Tel: 609.581.8555
Fax: 609.581.9509
Email: jabesquire@aol.com

**BAKER & MCKENZIE LLP**

Douglas M. Tween
452 Fifth Avenue
New York, NY 10018
Tel: 212.626.4355
Fax: 212.310.1655
Email: douglas.tween@bakermckenzie.com

*Counsel for Defendants Burlington Assembly of God/Fountain of Life Center, Mercer S.M.E. Inc., Susan M. Esposito, and David B. Boudwin*

**SILLS CUMMIS & GROSS P.C.**

/s/ Jack Wenik
Jack Wenik
One Riverfront Plaza
Newark, NJ  07102
Tel:  973-643-5268
Fax: 973-643-6500
Email: jwenik@sillscummis.com

*Counsel for Defendant William A. Collins*

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, PC**

/s/ James E. Cecchi
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Counsel for Defendants BBX Capital Corp. and Fidelity Tax, LLC*

**DILWORTH PAXSON LLP**

/s/ Jay E. Kagan
Jay E. Kagan
Matthew Faranda-Diedrich
1500 Market Street, Suite 3500E
Philadelphia PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
Email: jkagan@dilworthlaw.com

*Attorneys for CCTS Capital, LLC and Crestar Capital, LLC*

**JACOBS & BARBONE, P.A.**

/s/ Edwin J. Jacobs, Jr.
Edwin J. Jacobs, Jr., Esquire
Michael F. Myers, Esquire
1125 Pacific Avenue
Atlantic City, New Jersey 08401
Tel: (609) 348-1125
Fax: (609) 348-3774
Email: jacobsbarbone@comcast.net

*Counsel for Defendants Joseph Wolfson, Richard Simon Trustee, and Betty Simon Trustee, LLC.*