**CONNELL FOLEY LLP**
Stephen V. Falanga, Esq.
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500
Fax: (973) 535-9217
*Attorneys for* **Gary Branse and Michael DeLuca**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG.** | Civil Action No.: 3:12-01893(MAS)(TJB)<br><br>*CLASS ACTION*<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Defendants, Gary Branse and Michael DeLuca in the above-captioned action.

                                        CONNELL FOLEY LLP
                                        85 Livingston Avenue
                                        Roseland, New Jersey 07068
                                        (973) 535-0500
                                        Attorneys for Defendants,
                                         Gary Branse and Michael DeLuca

By:   */s/ Stephen Falanga*
          Stephen V. Falanga

Dated: February 19, 2013

2857511-01