**LITE DePALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>**NOTICE OF VOLUNTARILY DISMISSAL OF DEFENDANT BB&T CORPORATION** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiffs hereby voluntarily dismiss defendant BB&T Corporation from this action without prejudice and without costs. Defendant BB&T Corporation has not served an answer or any responsive pleading in this litigation.

Dated: February 21, 2013

**LITE DePALMA GREENBERG, LLC**

  */s/ Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig (admitted *pro hac vice*)
One Penn Plaza, 36th Floor
New York, NY 10119

- 1 -

Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jennifer Fountain Connolly (admitted *pro hac vice*)
629 K St., NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
Email: jenniferc@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld
James J. Pizzirusso
Seth R. Gassman
1700 K Street, NW, Suite 650
Washington, DC 20006
tel: 202-540-7200
Fax: 202-540-7201
Email: mhausfeld@hausfeldllp.com
       jpizzirusso@hausfeldllp.com

*Interim Class Counsel*