UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>AFFIDAVIT OF DOUGLAS M. TWEEN, ESQ. IN SUPPORT OF DEFENDANTS' BURLINGTON ASSEMBLY OF GOD/FOUNTAIN OF LIFE CENTER, MERCER S.M.E. INC., SUSAN M. ESPOSITO, and DAVID B. BOUDWIN MOTION FOR HIS *PRO HAC VICE* ADMISSION. |

AFFIDAVIT OF DOUGLAS M. TWEEN, ESQ. IN SUPPORT OF DEFENDANTS'
MOTION FOR HIS *PRO HAC VICE* ADMISSION

Douglas M. Tween, Esq., of full age, being duly sworn according to law, upon his oat deposes and says:

1. I am a Partner with the law firm of Baker & McKenzie LLP, in the firm's office located at 452 Fifth Avenue, New York, New York 10018.

2. I am a member in good standing of the Bars of New York and Connecticut.

3. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline previously been imposed on me in any jurisdiction.

4. The names and addresses of the offices maintaining the roll of the members of the states bars to which I am admitted are:

New York State Bar Association
1 Elk Street
Albany, New York 12207

1235717-v1\NYCDMS

1

Connecticut Bar Association
30 Bank Street
New Britain, Connecticut 06050

5. There is cause for my *pro hac vice* admission in this matter in that I am familiar with the facts of the case and practice in the area of antitrust litigation.

6. If I am admitted to appear in this matter *pro hac vice*, I agree to abide by the New Jersey Rules of Court, including all disciplinary rules, to consent to the appointment of the Clerk of the Supreme Court as agent upon whom the service of process may be made for all actions against me or my firm that may arise out of my participation in this matter, to notify the Court immediately of any matter affecting my standing at the Bar of any other Court, and to have all pleadings and papers filed with the Court signed by Jerome A. Ballarotto, Esq., whose office is located at 143 White Horse Avenue, Trenton, New Jersey 08610, or by another New Jersey licensed lawyer admitted to practice before this Court, who shall be held responsible for the conduct of the cause for my conduct in this matter.

I hereby certify that all of the foregoing statements made by me herein are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2013

BAKER & MCKENZIE LLP

By: _____
Douglas M. Tween, Esq. (DMT-7920)
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
(212) 626-4355
Fax (212) 310-1655