JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
jacobsbarbone@comcast.net
Attorneys for Defendants Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC

_____

IN RE NEW JERSEY TAX SALES

CERTIFICATES ANTITRUST LITIG.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 3:12-01893(MAS) (TJB)

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Joseph Wolfson, Richard Simon Trustee and Betty Simon Trustee, LLC in the above-referenced matter.

    JACOBS & BARBONE, P.A.
Attorneys for Defendants Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC


BY: /s/ Edwin J. Jacobs, Jr.
    Edwin J. Jacobs, Jr., Esquire

Dated:  March 5, 2013