JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
jacobsbarbone@comcast.net
Attorneys for Defendants Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC

_____

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| CERTIFICATES ANTITRUST LITIG. | Civil Action No. 3:12-01893(MAS) (TJB) |

_____

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Joseph Wolfson, Richard Simon Trustee and Betty Simon Trustee, LLC in the above-referenced matter.

                                      JACOBS & BARBONE, P.A.
                                      Attorneys for Defendants Joseph Wolfson,
                                      Richard Simon Trustee and Betty
                                      Simon Trustee, LLC

                                      BY:/s/ Michael F. Myers
                                           Michael F. Myers, Esquire

Dated: March 5, 2013