# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket<br><br>No. 3:12-CV-01893-MAS-TJB<br><br>**NOTICE OF APPEARANCE** |

**To the Clerk of the U.S. District Court for the District of New Jersey:**

Kindly enter my appearance as counsel for Defendant Stephen E. Hruby in the above-captioned matter.

Dated: March 7, 2013

        Respectfully submitted,

        /s/ Andrew T. Solomon
        Andrew T. Solomon
        Sullivan & Worcester LLP
        1633 Broadway, 32nd Floor
        New York, New York 10104
        Telephone: (212) 660-3000
        Facsimile: (212) 660-3001
        Email: asolomon@sandw.com

## **CERTIFICATE OF SERVICE**

I certify that on March 7, 2013, the foregoing Notice of Appearance was electronically filed with the Court and served on all counsel of record via the CM/ECF system.

/s/ Andrew T. Solomon
Andrew T. Solomon