COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 572-7512

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212) 715-9100
*Attorneys for M.D. Sass Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
IN RE NEW JERSEY TAX SALES : 3:12-cv-01893-MAS-TJB
CERTIFICATES ANTITRUST LITIGATION :
: RULE 7.1 CORPORATE
: DISCLOSURE STATEMENT OF
: DEFENDANTS M.D. SASS
: INVESTORS SERVICES, INC., M.D.
: SASS TAX LIEN MANAGEMENT,
: LLC, M.D. SASS MUNICIPAL
: FINANCE PARTNERS - I, L.P., M.D.
: SASS MUNICIPAL FINANCE
: PARTNERS - II, L.P., M.D. SASS
: MUNICIPAL FINANCE PARTNERS -
: III, LLC, M.D. SASS MUNICIPAL
: FINANCE PARTNERS - IV, LLC,
: M.D. SASS MUNICIPAL FINANCE
: PARTNERS - V, LLC, AND M.D.
: SASS MUNICIPAL FINANCE
: PARTNERS - VI, LLC
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, defendants M.D. Sass Investors Services, Inc., M.D. Sass Tax Lien Management, LLC, M.D. Sass Municipal Finance Partners - I, L.P., M.D. Sass Municipal Finance Partners - II, L.P., M.D. Sass Municipal Finance Partners - III, LLC, M.D. Sass Municipal Finance Partners - IV, LLC, M.D. Sass Municipal Finance Partners - V, LLC, and M.D. Sass Municipal Finance Partners - VI, LLC (together, the "M.D. Sass Defendants"), by and through their undersigned counsel, make the following disclosures:

1. M.D. Sass Investors Services, Inc. has no parent company. No publicly held company owns more than 10 percent of M.D. Sass Investors Services' stock.

2. M.D. Sass Tax Lien Management, LLC is a subsidiary of M.D. Sass Investors Services, Inc. No publicly held company owns more than 10 percent of M.D. Sass Tax Lien Management's stock.

3. M.D. Sass Municipal Finance Partners - 1, L.P., M.D. Sass Municipal Finance Partners - II, L.P., M.D. Sass Municipal Finance Partners - III, LLC, M.D. Sass Municipal Finance Partners - IV, LLC, M.D. Sass Municipal Finance Partners - V, LLC, and M.D. Sass Municipal Finance Partners - VI, LLC have no parent corporations. No publicly held company owns more than 10 percent of their stock.

Dated: March 7, 2013

By: /s/ William J. Hughes, Jr.
William J. Hughes, Jr., Esq.
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401
Tel.: (609) 572-7512
Fax: (609) 572-7513
whughes@cooperlevenson.com

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Eric A. Tirschwell, Esq. (*pro hac vice*)
1177 Avenue of the Americas
New York, NY 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for M.D. Sass Defendants*