UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE NEW JERSEY TAX SALES
CERTIFICATES ANTITRUST LITIGATION

Master Docket

No. 3:12-CV-01893-MAS-TJB

STIPULATION

WHEREAS, by letter dated March 6, 2013, the Antitrust Division of the United States Department of Justice asked this Court to postpone by six months the date by which Defendant Stephen E. Hruby's Answer must be filed in this matter; and

WHEREAS neither Plaintiffs nor Defendant Hruby object to the Government's request;

IT IS HEREBY AGREED AND STIPULATED, by and between the undersigned attorneys for Plaintiffs and Defendant Hruby, that the time for Defendant Hruby to answer or otherwise respond to Plaintiffs' Complaint is extended to September 9, 2013.

Dated: March 7, 2013

| LITE DEPALMA GREENBERG, LLC | SULLIVAN & WORCESTER LLP |
|---|---|
| By: /s/ Bruce D. Greenberg<br>Bruce D. Greenberg<br>Two Gateway Center, 12th Floor<br>Newark, New Jersey 07012<br>Telephone: (973) 623-3000 | By: /s/ Andrew T. Solomon<br>Andrew T. Solomon<br>1633 Broadway, 32nd Floor<br>New York, New York 10104<br>Telephone: (212) 660-3000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Stephen E. Hruby* |

SO ORDERED:

On this 7 day of March, 2013.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

RECEIVED

MAR - 8 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK