COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ  08401
(609) 572-7512
*Counsel for M.D. Sass Defendants*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket<br><br>No. 3:12-CV-01893-MAS-TJB<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:  LITE DEPALMA GREENBERG, LLC
       Bruce D. Greenberg
       Steven J. Greenfogel
       Two Gateway Center, Suite 1201
       Newark, New Jersey 07102-5003

       *Interim Liaison Counsel*

       HAGENS BERMAN SOBOL SHAPIRO LLP
       Steve W. Berman (admitted *pro hac vice*)
       1918 Eighth Avenue, Suite 3300
       Seattle, WA 98101

       HAGENS BERMAN SOBOL SHAPIRO LLP
       Jason A. Zweig (admitted *pro hac vice*)
       One Penn Plaza, 36th Floor
       New York, NY 10119

HAGENS BERMAN SOBOL SHAPIRO LLP
Jennifer F. Connolly (admitted *pro hac vice*)
629 K Street, NW, Suite 300
Washington, DC 20006

HAUSFELD LLP
Michael D. Hausfeld (admitted *pro hac vice*)
James Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006

*Interim Class Counsel*

      PLEASE TAKE NOTICE that on the Monday, June 3, 2013, or as soon thereafter as counsel can be heard, the undersigned counsel for the below-referenced defendants shall move before the Honorable Michael A. Shipp of the United States District Court for the District of New Jersey at 402 East State Street, Trenton, New Jersey 08608 for an Order dismissing the claims asserted against them in Plaintiffs' Consolidated Master Class Action Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that, in support of this motion, defendants submit the accompanying Memorandum of Law, with exhibit, and a proposed form of Order.

Dated:  March 8, 2013
       Atlantic City, New Jersey

3

Respectfully Submitted,

| | |
|---|---|
| COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| /s/ William J. Hughes, Jr. (WH-1924) | /s/ R. Brendan Fee (RF-4838) |

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

 /s/ William J. Hughes, Jr. (WH-1924)
William J. Hughes, Jr.
1125 Atlantic Avenue
Atlantic City, NJ  08401
Tel:  (609) 572-7512
WHUGHES@cooperlevenson.com

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

Eric A. Tirschwell (*pro hac vice*)
Michael J. Dell (*pro hac vice* pending)
Jennifer L. Rochon (*pro hac vice*)
Jade A. Burns (*pro hac vice*)
1177 Avenue of the Americas
New York, NY  10036
Tel:  (212) 715-9100
etirschwell@kramerlevin.com

*Counsel for Defendants M.D. Sass Municipal Finance Partners I, L.P., M.D. Sass Municipal Finance Partners II, L.P., M.D. Sass Municipal Finance Partners III, LLC, Municipal Finance Partners IV, LLC, M.D. Sass Municipal Finance Partners V, LLC, M.D. Sass Municipal Finance Partners VI, LLC, M.D. Sass Tax Lien Management LLC, and M.D. Sass Investor Services, Inc.*

MORGAN, LEWIS & BOCKIUS LLP

 /s/ R. Brendan Fee (RF-4838)
Steven A. Reed (*pro hac vice*)
R. Brendan Fee (RF-4838)
1701 Market Street
Philadelphia, PA  19103-2921
Tel:  (215) 963-5000
sreed@morganlewis.com

Scott A. Stempel (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  (202) 739-3000
sstempel@morganlewis.com

*Counsel for Defendants Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America*

| | |
|---|---|
| MASELLI WARREN, P.C. | ROETZEL & ANDRESS |

 /s/  Perry S. Warren (PW-3509)  
Perry S. Warren  
David Fornal (DF-5578)  
600 Alexander Road, Suite 3-4A  
Princeton, NJ 08540  
Tel:  (609) 452-8411  
pwarren@maselliwarren.com  

COVINGTON & BURLING LLP

Robert D. Wick (*pro hac vice*)  
Jason C. Raofield (*pro hac vice*)  
Henry B. Liu  
Jonathan D. Cohen  
1201 Pennsylvania Avenue NW  
Washington, DC 20004  
Tel: (202) 662-6000  
rwick@cov.com  

*Counsel for Defendant Plymouth Park Tax Services, LLC*

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO

 /s/ James E. Cecchi  
James E. Cecchi  
Zachary S. Bower  
5 Becker Farm Rd.  
Roseland, NJ 07068  
Tel:  (973) 994-1700  
jcecchi@carellabyrne.com  

*Counsel for Defendants BBX Capital Corporation and Fidelity Tax, LLC*

 /s/ Patricia B. Fugée (02317-1990)  
Patricia B. Fugée  
One SeaGate, Suite 1700  
Toledo, OH 43604  
Tel: 419.242.7985  
pfugee@ralaw.com  

Donald S. Scherzer (*pro hac vice*)  
Amanda M. Knapp (*pro hac vice*)  
1375 East Ninth Street  
One Cleveland Center, Ninth Floor  
Cleveland, OH  44114-1788  
Tel: (216) 623-0150  
dscherzer@ralaw.com  

*Counsel for Defendant American Tax Funding, LLC*

JACOBS & BARBONE, P.A.

 /s/ Michael F. Myers  
Michael F. Myers  
Edwin J. Jacobs, Jr.  
1125 Pacific Avenue  
Atlantic City, NJ 08401  
Tel: (609) 348-1125  
jacobsbarbone@comcast.net  

*Counsel for Defendants Joseph Wolfson, Richard Simon Trustee, and Betty Simon Trustee, LLC.*

4

BELLIN & ASSOCIATES LLC

 /s/ Aytan Y. Bellin (AB-0123)
Aytan Y. Bellin
85 Miles Avenue
White Plains, NY 10606
Tel:  (914) 358-5345
Aytan.bellin@bellinlaw.com


SCHLAM STONE & DOLAN LLP

Jeffrey M. Eilender
John M. Lundin
26 Broadway
New York, New York 10004
Tel:  (212) 344-5400
JME@schlamstone.com

*Counsel for Defendant Mooring Tax Asset Group, LLC*

5