Lawrence S. Lustberg, Esq.
Joshua C. Gillette, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
 (973) 596-4500
 *Counsel for Vinaya J. Jessani*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | *Document Electronically Filed*<br><br>Civil Action No.<br>3:12-cv-01893-MAS-TJB<br><br>**DEFENDANT VINAYA J. JESSANI'S NOTICE OF MOTION TO DISMISS**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

TO:
LITE DEPALMA GREENBERG, LLC
Bruce D. Greenberg
Steven J. Greenfogel
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
*Interim Liaison Counsel*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

HAGENS BERMAN SOBOL SHAPIRO LLP
Jason A. Zweig (admitted *pro hac vice*)
One Penn Plaza, 36th Floor
New York, NY 10119

HAGENS BERMAN SOBOL SHAPIRO LLP
Jennifer F. Connolly (admitted *pro hac vice*)
629 K Street, NW, Suite 300
Washington, DC 20006

HAUSFELD LLP
Michael D. Hausfeld (admitted *pro hac vice*)
James Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006

*Interim Class Counsel*

PLEASE TAKE NOTICE that on Monday, June 3, 2013, or as soon thereafter as counsel can be heard, the undersigned counsel for Defendant Vinaya J. Jessani shall move before the Honorable Michael A. Shipp of the United States District Court for the District of New Jersey at 402 East State Street, Trenton, New Jersey 08608 for an Order dismissing the claims asserted against him in Plaintiffs' Consolidated Master Class Action Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendant joins, and incorporates by reference, the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss, with exhibit, filed with the Court on March 8, 2013.

Dated: March 8, 2013

GIBBONS P.C.

/s/  Lawrence S. Lustberg
Lawrence S. Lustberg
Joshua C. Gillette
One Gateway Center
Newark, New Jersey 07102-5310
Tel. (973) 596-4500

*Counsel for Vinaya J. Jessani*

## CERTIFICATION OF SERVICE

I certify that on March 8, 2013, I caused a copy of the attached Notice of Motion to be served on counsel of record via the Court's electronic filing system.

Dated: March 8, 2013

/s/     Lawrence S. Lustberg
GIBBONS P.C.
Lawrence S. Lustberg
Joshua C. Gillette
One Gateway Center
Newark, New Jersey 07102-5310
Tel. (973) 596-4500

*Counsel for Vinaya J. Jessani*