COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ  08401
(609) 572-7512
*Counsel for M.D. Sass Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket<br><br>No. 3:12-CV-01893-MAS-TJB<br><br>**M.D. SASS DEFENDANTS' NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED_____** |

TO:   LITE DEPALMA GREENBERG, LLC
        Bruce D. Greenberg
        Steven J. Greenfogel
        Two Gateway Center, Suite 1201
        Newark, New Jersey 07102-5003

        *Interim Liaison Counsel*

        HAGENS BERMAN SOBOL SHAPIRO LLP
        Steve W. Berman (admitted *pro hac vice*)
        1918 Eighth Avenue, Suite 3300
        Seattle, WA 98101

        HAGENS BERMAN SOBOL SHAPIRO LLP
        Jason A. Zweig (admitted *pro hac vice*)
        One Penn Plaza, 36th Floor
        New York, NY 10119

HAGENS BERMAN SOBOL SHAPIRO LLP
Jennifer F. Connolly (admitted *pro hac vice*)
629 K Street, NW, Suite 300
Washington, DC 20006

HAUSFELD LLP
Michael D. Hausfeld (admitted *pro hac vice*)
James Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006

*Interim Class Counsel*


PLEASE TAKE NOTICE that on the Monday, June 3, 2013, or as soon thereafter as counsel can be heard, the undersigned counsel for the below-referenced defendants shall move before the Honorable Michael A. Shipp of the United States District Court for the District of New Jersey at 402 East State Street, Trenton, New Jersey 08608 for an Order dismissing the claims asserted against them in Plaintiffs' Consolidated Master Class Action Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, defendants submit the accompanying Memorandum of Law and a proposed form of Order.

Dated:  March 8, 2013
        Atlantic City, New Jersey

Respectfully Submitted,

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

 _/s/_ William J. Hughes, Jr. (WH-1924)
William J. Hughes, Jr.
1125 Atlantic Avenue
Atlantic City, NJ  08401
Tel:  (609) 572-7512
WHUGHES@cooperlevenson.com


KRAMER LEVIN NAFTALIS &
FRANKEL LLP

Eric A. Tirschwell (*pro hac vice*)
Michael J. Dell (*pro hac vice* pending)
Jennifer L. Rochon (*pro hac vice*)
Jade A. Burns (*pro hac vice*)
1177 Avenue of the Americas
New York, NY  10036
Tel:  (212) 715-9100
etirschwell@kramerlevin.com


*Counsel for Defendants M.D. Sass
Municipal Finance Partners I, L.P., M.D.
Sass Municipal Finance Partners II, L.P.,
M.D. Sass Municipal Finance Partners III,
LLC, Municipal Finance Partners IV, LLC,
M.D. Sass Municipal Finance Partners V,
LLC, M.D. Sass Municipal Finance
Partners VI, LLC, M.D. Sass Tax Lien
Management LLC, and M.D. Sass Investor
Services, Inc.*