UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

McManimon, Scotland & Baumann, L.L.C.
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey  07068
(973) 622 1800
Attorneys for U.S. Bank, N.A.

| | |
|---|---|
| In Re:<br><br>New Jersey Tax Sales Certificates Antitrust Litigation. | CASE NO.    3:12-cv-01893-MAS-TJB<br><br>Judge: Hon. Michael A. Shipp |

## NOTICE <u>TERMINATING</u> APPEARANCE OF COUNSEL AND <u>TERMINATING</u> REQUEST FOR NOTICES

As U.S. Bank, National Association is not a party to this action, William W. Northgrave, Esq. (wnorthgrave@msbnj.com), and Thaddeus J. Del Guercio, III, Esq. (tdelguercio@msbnj.com), both of the law firm of McManimon, Scotland & Baumann, L.L.C., do hereby enter and request this **<u>termination</u>** of their appearances as counsel of record for U.S. Bank, National Association, in the above-entitled cause.  Notices in this matter <u>no longer</u> need be sent to said counsel as a result.

                                              McManimon, Scotland & Baumann, LLC


                                        By ____s//William W. Northgrave//_____
                                              WILLIAM W. NORTHGRAVE, ESQ.


                                        By ____s//Thaddeus J. Del Guercio, III//_____
                                              THADDEUS J. DEL GUERCIO, III, ESQ.

Dated:  March 8, 2013

510691v1