UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION* | Master Docket No. 3:12-CV-1893-MAS-TJB <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> **Oral Argument Requested** |

TO:   LITE DEPALMA GREENBERG, LLC
        Bruce D. Greenberg
        Steven J. Greenfogel
        Two Gateway Center, Suite 1201
        Newark, New Jersey 07102-5003

        *Interim Liaison Counsel*

        HAGENS BERMAN SOBOL SHAPIRO LLP
        Steve W. Berman (admitted *pro hac vice*)
        1918 Eighth Avenue, Suite 3300
        Seattle, WA 98101

        HAGENS BERMAN SOBOL SHAPIRO LLP
        Jason A. Zweig (admitted *pro hac vice*)
        One Penn Plaza, 36th Floor
        New York, NY 10119

        HAGENS BERMAN SOBOL SHAPIRO LLP
        Jennifer F. Connolly (admitted *pro hac vice*)
        629 K Street, NW, Suite 300
        Washington, DC 20006

HAUSFELD LLP
Michael D. Hausfeld (admitted *pro hac vice*)
James Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006

*Interim Class Counsel*

**PLEASE TAKE NOTICE** that on Monday, June 3, 2013, or upon a date and time chosen by the Court, the undersigned counsel for Defendants Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America shall move before this Court at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for an Order dismissing Plaintiffs' Consolidated Master Class Action Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim as to those Defendants.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America rely on the Brief submitted herewith, Defendants' Joint Brief in Support of Motion to Dismiss (Docket No. 174) and any Reply Briefs filed hereafter.

**PLEASE TAKE FURTHER NOTICE** that Defendants Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America request oral argument if opposition to this Motion is filed.

A Proposed Order granting the Motion to Dismiss of Defendants Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America is attached.

                                                  Respectfully submitted,

Dated:  March 8, 2013             /s/  R. Brendan Fee
                                            Steven A. Reed (*pro hac vice*)
                                            sreed@morganlewis.com
                                            R. Brendan Fee  (RF-4838)
                                            bfee@morganlewis.com
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1701 Market Street
                                            Philadelphia, PA  19103-2921
                                            Telephone:  (215) 963-5000
                                            Facsimile:   (215) 963-5001

                                                   -and-

                                            Scott A. Stempel (*pro hac vice*)
                                            sstempel@morganlewis.com
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1111 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            Telephone:  (202) 739-3000
                                            Facsimile: (202) 739-3001

                                            *Counsel for Defendants,*
                                            Royal Tax Lien Services, LLC, Royal
                                            Bancshares of Pennsylvania, Inc. and Royal
                                            Bank America

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2013, a true and correct copy of the foregoing Notice of Motion to Dismiss of Defendants Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania and Royal Bank America was filed electronically with the Court, and served on counsel of record via electronic filing.

/s/ R. Brendan Fee
*Counsel for Defendants*

Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America