UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION* | Master Docket No. 3:12-CV-1893-MAS-TJB<br><br>**DEFENDANT CRUSADER SERVICING CORPORATION'S JOINDER TO DEFENDANTS' JOINT MOTION TO DISMISS**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that Defendant Crusader Servicing Corporation ("Crusader") respectfully joins in the Joint Motion to Dismiss and supporting brief filed by Defendants Plymouth Park Tax Services LLC, Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc., Royal Bank America, M.D. Sass Investors Services, Inc., M.D. Sass Tax Lien Management, LLC, M.D. Sass Municipal Finance Partners III, LLC, M.D. Sass Municipal Finance Partners-IV, LLC, M.D. Sass Municipal Finance Partners-V, LLC, M.D. Sass Municipal Finance Partners-VI, LLC, American Tax Funding, LLC, Mooring Tax Asset Group, LLC, BBX Capital Corporation, Fidelity Tax, LLC, Betty Simon Trustee LLC, Richard Simon Trustee and Joseph Wolfson (Docket No. 174 ).

In the interest of judicial economy, Crusader hereby incorporates and adopts by reference as though fully set forth herein the authorities, arguments, and factual assertions contained in the Joint Motion to Dismiss and supporting brief submitted by those Defendants.

                                                      Respectfully submitted,

Dated: March 8, 2013           /s/ R. Brendan Fee
                                            Steven A. Reed (*pro hac vice*)
                                            sreed@morganlewis.com
                                            R. Brendan Fee (RF-4838)
                                            bfee@morganlewis.com
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1701 Market Street
                                            Philadelphia, PA 19103-2921
                                            Telephone: (215) 963-5000
                                            Facsimile: (215) 963-5001

                                                        -and-

                                            Scott A. Stempel (*pro hac vice*)
                                            sstempel@morganlewis.com
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1111 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            Telephone: (202) 739-3000
                                            Facsimile: (202) 739-3001

                                            *Counsel for Defendant,*
                                            Crusader Servicing Corporation

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, a true and correct copy of the foregoing Joinder to Defendants' Joint Motion to Dismiss was filed electronically with the Court, and served on counsel of record via electronic filing.

/s/ R. Brendan Fee
*Counsel for Defendant*

Crusader Servicing Corporation