**CONNELL FOLEY LLP**
Stephen V. Falanga, Esq.
Christopher M. Hemrick, Esq.
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Telecopy: (973) 535 9217
*Attorneys for Defendants, Gary I. Branse and Michael Deluca*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB  *CLASS ACTION*  **NOTICE OF MOTION OF DEFENDANTS, GARY I. BRANSE AND MICHAEL DELUCA, TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM**  *Oral Argument Requested* |

**TO:**

**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Steven J. Greenfogel
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
(973) 623-3000
*Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman *(admitted pro hac vice)*
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*Interim Liaison Counsel*

**HAUSFELD LLP**
Michael D. Hausfeld *(admitted pro hac vice)*
James Pizzirusso *(admitted pro hac vice)*
Seth R. Gassman *(admitted pro hac vice)*
1700 K Street, NW, Suite 650
Washington, DC 20006 Tel: 202-540-7200
Fax: 202-540-7201
*Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jennifer F. Connolly *(admitted pro hac vice)*
629 K St., NW, Suite 300Washington, DC 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
*Interim Liaison Counsel*

2869910-01

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig *(admitted pro hac vice)*
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
*Interim Liaison Counsel*

**PLEASE TAKE NOTICE** that on Monday, June 3, 2013, or as soon thereafter as counsel can be heard, the undersigned counsel for defendants, Gary I. Branse and Michael Deluca ("Defendants"), shall move before the Honorable Michael A. Shipp, U.S.D.J, in the United States District Court for the District of New Jersey, located at 402 East State Street, Trenton, New Jersey 08608 for an Order dismissing the claims asserted against Defendants in Plaintiffs' Consolidated Master Class Action Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants join, and incorporate by reference, the Memorandum of Law in Support of American Tax Funding, LLC, BBX Capital Corporation, Fidelity Tax, LLC and Plymouth Park Tax Services' Motion to Dismiss and related pleadings (Dkt. No. 173) and the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss and related pleadings (Dkt. No. 174), filed with the Court on March 8, 2013.

        Respectfully submitted,

        CONNELL FOLEY LLP
        Attorneys for Defendants,
        Gary I. Branse and Michael DeLuca

By:   */s/ Stephen Falanga*
       Stephen V. Falanga
       Christopher M. Hemrick

Dated: March 8, 2013

2869910-01

## CERTIFICATION OF SERVICE

I certify that on March 8, 2013, I caused a copy of the attached **NOTICE OF MOTION OF DEFENDANTS, GARY I. BRANSE AND MICHAEL DELUCA, TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM** to be served on counsel of record via the Court's electronic filing system.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Stephen Falanga
Stephen V. Falanga

Executed on: March 8, 2013

2869910-01