JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
jacobsbarbone@comcast.net
Attorneys for Defendants Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC

_____

IN RE NEW JERSEY TAX SALES

CERTIFICATES ANTITRUST LITIG.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 3:12-01893(MAS) (TJB)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BETTY SIMON TRUSTEE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Betty Simon Trustee, LLC hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

JACOBS & BARBONE, P.A.
Attorneys for Defendants Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC


BY: /s/ Michael F. Myers
       Michael F. Myers, Esquire

Dated:  March 8, 2013