# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket<br><br>No. 3:12-CV-01893-MAS-TJB<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, June 3, 2013, or as soon thereafter as counsel can be heard, the undersigned counsel for American Tax Funding, LLC, BBX Capital Corporation, Fidelity Tax LLC, and Plymouth Park Tax Services, LLC (collectively, the "Moving Defendants") shall move before the Honorable Michael A. Shipp of the United States District Court for the District of New Jersey at 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing the claims asserted against them in Plaintiffs' Consolidated Master Class Action Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, the Moving Defendants submit the accompanying Memorandum of Law and a proposed form of Order.

Dated:  March 8, 2013

                                Respectfully Submitted,

                                MASELLI WARREN, P.C.

                                /s/  Perry S. Warren
                                Perry S. Warren
                                David Fornal
                                600 Alexander Road, Suite 3-4A
                                Princeton, New Jersey 08540
                                (609) 452-8411
                                pwarren@maselliwarren.com

                                COVINGTON & BURLING LLP

                                /s/  Robert D. Wick
                                Robert D. Wick
                                Jason C. Raofield
                                Henry B. Liu
                                Jonathan D. Cohen
                                1201 Pennsylvania Avenue NW
                                Washington, DC 20004
                                Tel: (202) 662-6000
                                rwick@cov.com

                                *Attorneys for Defendant Plymouth Park Tax Services, LLC*

ROETZEL & ANDRESS

/s/ Patricia B. Fugée
Patricia B. Fugée
One SeaGate, Suite 1700
Toledo, OH 43604
Tel: 419.242.7985
Fax: 419.242.0316

Donald S. Scherzer
Amanda M. Knapp
1375 E. Ninth Street
One Cleveland Center
Ninth Floor
Cleveland, OH 44114
(212) 623-0150

*Attorneys for American Tax Funding, LLC*


CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi
James E. Cecchi
Zachary S. Bower
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

*Attorneys for BBX Capital Corporation and Fidelity Tax, LLC*

## **CERTIFICATE OF SERVICE**

I, Perry S. Warren, certify that on this 8th day of March 2013, I electronically filed the foregoing Notice of Motion and the accompanying Memorandum of Law with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following individuals:

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

HAGENS BERMAN SOBOL SHAPIRO LLP
Jason A. Zweig (admitted *pro hac vice*)
One Penn Plaza, 36th Floor
New York, NY 10119

HAGENS BERMAN SOBOL SHAPIRO LLP
Jennifer F. Connolly (admitted pro hac vice)
629 K Street, NW, Suite 300
Washington, DC 20006

HAUSFELD LLP
Michael D. Hausfeld (admitted *pro hac vice*)
James Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006

LITE DEPALMA GREENBERG, LLC
Bruce D. Greenberg
Steven J. Greenfogel
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003

/s/ Perry S. Warren