**CONNELL FOLEY LLP**
Stephen V. Falanga, Esq.
Christopher M. Hemrick, Esq.
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Telecopy: (973) 535 9217

*Attorneys for Defendants, Gary I. Branse and Michael G. DeLuca*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION** | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>*CLASS ACTION*<br><br>**NOTICE OF APPEARANCE** |

To: William T. Walsh, Clerk
     United States District Court
     District of New Jersey
     Clarkson S. Fisher Building & U.S. Courthouse
     402 East State Street, Room 2020
     Trenton, New Jersey 08608

PLEASE TAKE NOTICE that Christopher M. Hemrick of Connell Foley LLP hereby enters an appearance on behalf of defendants, Gary I. Branse and Michael G. DeLuca, and requests that copies of all papers in this action be served upon the undersigned.

                                      CONNELL FOLEY LLP

                              By:   */s/ Christopher M. Hemrick*
                                          Christopher M. Hemrick

Dated: March 12, 2013

2871557-01