**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plains, NY 10606
Telephone No.: (914) 358-5345
*Co-Counsel for Defendant Mooring Tax Asset Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION** | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Master Docket No. 12-1893(MAS)(TJB) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mooring Tax Asset Group, LLC, by its undersigned counsel, certifies that its parent corporation is Mooring Financial Corporation, and that there is no publicly held corporation owning 10% or more of any of its stock.

Dated: March 8, 2013

[Signature Block on Following Page]

**BELLIN & ASSOCIATES LLC**

By:   /s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.
85 Miles Avenue
White Plains, NY 10606
Telephone No.: (914) 358-5345
Facsimile No.: (212) 571-0284
Aytan.bellin@bellinlaw.com

    -and-

**SCHLAM STONE & DOLAN LLP**
Jeffrey M. Eilender
John M. Lundin
26Broadway
NewYork, New York 10004
Tel. No.:	(212) 344-5400
Fax No.:	(212) 344-7677
E-mail:jme@schlamstone.com
    JLundin@schlamstone.com

Counsel for *Defendant Mooring Tax Asset Group LLC*