**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plains, NY 10606
Telephone No.: (914) 358-5345
*Co-Counsel for Defendant MTAG Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION** | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Master Docket No. 12-1893(MAS)(TJB) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MTAG Services LLC, by its undersigned counsel, certifies that it has no parent corporation and that there is no publicly held corporation owning 10% or more of any of its stock.

Dated: March 8, 2013

[Signature Block on Following Page]

**BELLIN & ASSOCIATES LLC**

By: /s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq. (AB-0123)
85 Miles Avenue
White Plains, NY 10606
Telephone No.: (914) 358-5345
Facsimile No.: (212) 571-0284
Aytan.bellin@bellinlaw.com

-and-

**SCHLAM STONE & DOLAN LLP**

Jeffrey M. Eilender
John M. Lundin
26 Broadway
New York, New York 10004
Tel. No.: (212) 344-5400
Fax No.: (212) 344-7677
E-mail:  jme@schlamstone.com
         JLundin@schlamstone.com

Counsel for *Defendant MTAG Services LLC*