UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Master Docket No. 12-1893(MAS)(TJB) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Burlington Assembly of God, Inc. d/b/a Fountain of Life Center (a private non-governmental party), by its undersigned counsel, certifies that it has no parent corporation and that there is no publicly held corporation owning 10% or more of any of its stock.

Dated: March 13, 2013
/*s*/ Jerome A. Ballarotto
JEROME A. BALLAROTTO (JAB-0999)
143 Whitehorse Avenue
Trenton, New Jersey 08610
(609) 581-8555
Fax (609) 581-9509
jabesquire@aol.com

Douglas M. Tween
BAKER & MCKENZIE LLP
452 5th Avenue
New York, NY 10018
(212) 626-4355
douglas.tween@bakermckenzie.com

Attorneys for Defendant Burlington Assembly of God, Inc. d/b/a Fountain of Life Center