

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

March 19, 2013

**_ELECTRONICALLY FILED_**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
 District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:   *In re New Jersey Tax Sales Certificates Antitrust Litig.*
              *Master Docket No.: 3:12-CV-01893-FLW-TJB*

Dear Judge Shipp:

    Enclosed are two settlement agreements in the case of *In re New Jersey Tax Sales Certificates Antitrust Litigation*. The first settlement agreement was entered into on March 8, 2013 between plaintiff class representatives and Defendant Richard J. Pisciotta, Jr. The second settlement agreement was entered into on March 12, 2013 between plaintiff class representatives and Defendant William A. Collins.

    The parties will file for preliminary approval of these settlements at a later date. In both settlement agreements, the parties have mutually agreed to delay the deposit of the settlement funds into escrow for a short period until the escrow account are finalized.

    Thank you very much for your consideration.

                              Respectfully,

                              */s/ Bruce D. Greenberg*
                              Bruce D. Greenberg

BDG:al
Enclosure