# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 21, 2011

**LETTER ORDER**

Re:   **BAIS YAAKOV OF SPRING VALLEY v. PETERSON'S NELNET, LLC**
      **Civil Action No. 11-11 (AET)**

Dear Counsel:

Currently pending before the Court is Plaintiff's request for discovery. In light of Defendant's currently pending Motion to Stay [Docket Entry No. 20], the Court holds that Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

                                                                               s/ Tonianne J. Bongiovanni
                                                                               **TONIANNE J. BONGIOVANNI**
                                                                               **United States Magistrate Judge**