**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

March 21, 2013

Basilis N. Stephanatos
P.O. Box 0520
Tenafly, N.J. 07670-0520

Re: **In Re New Jersey Tax Sales Certificates Antitrust Litigation**
Civil Action No. 12-1893 (MAS)(TJB)

Dear Mr. Stephanatos:

The Court is in receipt of the attached documents dated March 7, 2013 and March 11, 2013. The Court has reviewed these documents. While the Court endeavors to substantively respond to all inquiries, it appears from your correspondence that you are requesting legal advice on how to best assert certain claims in federal court. The Court, however, is not permitted to give legal advice. As a result, the Court is unable to answer your questions. Nevertheless, the Court notes that you are not precluded from filing any causes of action that you believe are meritorious. However, to the extent that those claims relate to your pending case *Stephanatos v. Wayne Township, et al.*, Civil Action No. 12-1793 (FSH), you must abide by the orders entered in that matter.

The Court is returning the attached documents to you. A copy has <u>not</u> been retained by the Court.

Sincerely,

*[signature]*
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**