UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Jeanne Van Duzer Lang Boyer,

|             Plaintiff(s)         :   Civil/Criminal Action No. 3:12 CV 1893

                  v.              :

Robert W. Stein, et al.

             Defendant(s)         :

**REQUEST BY ATTORNEY TO
WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by __Jacob S. Buurma__, Esq., counsel for __William A. Collins__, in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client; **OR**

2. The criminal defendant has been sentenced and there are no further proceedings which require notification.

**NOTE:** Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

                                      s/ Jacob S. Buurma
                                      Signature of Attorney

Name:      Jacob S. Buurma, Esq.

Address:   Sills Cummis & Gross P.C.
           One Riverfront Plaza
           Newark, NJ 07102
           973-643-7000

e-Mail:    jbuurma@sillscummis.com

Instructions for filing:
1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-003