William J. Hughes, Jr.
Fredric L. Shenkman, Esq.
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 344-0939
whughes@cooperlevenson.com
fshenkman@cooperlevenson.com
File: 57180.00001
Attorney for M.D. SASS Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | : : : : | Master Docket No. 3:12-cv-01893-MAS-TJB |

### REQUEST BY ATTORNEY TO
### WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by Jade A. Burns, Esq., in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that I will no longer be representing the M.D. Sass Defendants in this matter.

I am aware that my withdrawal from electronic notification in this matter does not constitute my withdrawal as counsel for the M.D. Sass defendants in this matter.

_____
Jade A. Burns

NAME:     Jade A. Burns, Esq.
ADDRESS:  KRAMER LEVIN NAFTALIS & FRANKEL, LLP
          1177 Avenue of the Americas
          New York, NY  10036
E-Mail:   JBurns@KRAMERLEVIN.com

CLAC 2061400.1