

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com

**FREDRIC L. SHENKMAN**
Also Admitted to PA Bar

LLM in Taxation
EMAIL: fshenkman@cooperlevenson.com

RECEIVED
MAR 25 2013
AT 8:30_____M
WILLIAM T WALSH CLERK

Direct Phone (609) 572-7330
Direct Fax (609) 572-7331

FILE NO. 57180/00001

March 21, 2013

*VIA ELECTRONIC FILING*

Hon. Tonianne J. Bongiovanni
U.S. Magistrate Judge
U.S. District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

      Re:    In re New Jersey Tax Sales Certificates Litigation
              Docket No. 12-cv-01893-MAS-TJB

Dear Judge Bongiovanni:

     Please be advised that this firm serves as local counsel for M.D. Sass Investor Services, Inc.; M.D. Sass Tax Lien Management, LLC; M.D. Sass Municipal Finance Partners – I, L.P.; M.D. Sass Municipal Finance Partners-II, L.P.; M.D. Sass Municipal Finance Partners-III, LLC; MD Sass Municipal Finance Partners-IV, LLC; M.D. Municipal Finance Partners-V, LLC; and M.D. Sass Municipal Finance Partners-VI, LLC; (collectively referred to as the "MD Sass Defendants").

     Under document number 166, a Notice of Motion for *Pro Hac Vice* admission was submitted by Theodore S. Hertzberg, Esquire and Michael J. Dell, Esquire.

     Mr. Hertzberg and Mr. Dell will no longer be seeking *Pro Hac Vice* admission. Your Honor, by Notice dated March 8, 2013 at 2:02 p.m. (same does not contain a document number), indicated that the Motion for Leave to Appear *Pro Hac Vice* was set for April 1, 2013 and will be decided on the papers.

---

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
NJ Offices: ATLANTIC CITY ▪ CHERRY HILL ▪ TRENTON
HARRISBURG PA ▪ BEAR DE ▪ LAS VEGAS NV

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Tonianne J. Bongiovanni
March 21, 2013
Page 2

Would Your Honor please be so kind as to withdraw the pending *Pro Hac Vice* Motion.

[Docket Entry No. 166] is terminated.

Respectfully Submitted,

/s Fredric L. Shenkman (FLS-4102)
Fredric L. Shenkman

FLS/mts

cc: Plaintiffs' Counsel (*via ECF*)
    Defense Counsel (*via ECF*)
CLAC 2061233.1

So Ordered this 25th day of March, 2013

*Tonianne J. Bongiovanni*