UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
APR - 1 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG.

Master Docket No. 3:12-CV-01893-MAS-TJB

NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF DOUGLAS M. TWEEN, ESQ.

## ORDER

**THIS MATTER** having come before the Court on the motion of Jerome A. Ballarotto, Esq., counsel for Defendants Burlington Assembly of God/Fountain of Life Center Academy, Mercer S.M.E., Susan M. Esposito, and David B. Boudwin, upon notice to all counsel, and the Court having considered the motions papers and supporting Affidavit, and the Court having found that Douglas M. Tween is a member in good standing before the Bar of the State of New York and Connecticut, and for good cause shown,

IT IS on this 1st day of April, 2013;

**ORDERED** that Douglas M. Tween, Esq. shall be permitted *pro hac vice* to speak in this matter in the same manner as attorneys of this State who are authorized to practice in the State pursuant to L.Civ.R. 101.1 of the New Jersey Federal Practice Rules, and to appear and participate in the preparation of trial of the within matter;

**AND IT IS FURTHER ORDERED** that Douglas M. Tween, Esq. will:

1. Abide by the New Jersey Rules of Court, including all disciplinary rules;

2. Consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter;

3. Notify the Court immediately of any matter affecting his standing at the Bar of any courts;

4. Have all pleadings and papers filed with the Court signed by Jerome A. Ballarotto, Esquire, whose office is located at 143 White Horse Avenue, Trenton, New Jersey 08610, attorney of record authorized to practice in New Jersey, or another New Jersey-licensed lawyer admitted to practice before this Court, who shall be responsible for his conduct and that of the case and to the admitted attorneys therein.

5. Make payment of fees to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2; and

6. Make payment of fees of $150.00 to the Clerk of the United States District Court.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.D.C.J.M.J.

( ) Opposed

(X) Unopposed