

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

April 3, 2013

**_ELECTRONICALLY FILED_**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:   ***In re New Jersey Tax Sales Certificates Antitrust Litig.***
             ***Master Docket No.: 3:12-CV-01893-MAS-TJB***

Dear Judge Shipp:

    Together with our co-counsel, this office represents plaintiffs in this matter, as liaison counsel. I write in response to the March 27, 2013 letter from Basilis N. Stephanatos to Your Honor (Docket Entry No. 213).

    Mr. Stephanatos states in that letter that he "did contact the lead counsel for this case and provided them with [his] factual information, but [he has] not received any responses." The second half of that statement is not accurate.

    Mr. Stephanatos did contact lead plaintiffs' counsel. He also contacted me. I advised him that the plaintiffs' leadership team could not, consistent with counsel's responsibilities to our clients and the putative class, represent him. I did suggest to Mr. Stephanatos, however, that he could follow the proceedings in this case by registering for ECF notifications. Indeed, in his letter, at 2, Mr. Stephanatos asks the Court "to allow [him] at least to receive electronic notifications of this Court's pre-trial and discovery proceedings" if the Court allows discovery to proceed.

    Thank you very much for your consideration.

                                Respectfully,

                                */s/ Bruce D. Greenberg*
                                Bruce D. Greenberg

BDG:al