William J. Hughes, Jr.
Fredric L. Shenkman
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 344-0939
whughes@cooperlevenson.com
fshenkman@cooperlevenson.com
Attorney for M.D. SASS Defendants

RECEIVED
APR 19 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-cv-01893-MAS-TJB<br><br>**ORDER** |

THIS MATTER having been submitted by Cooper Levenson April Niedelman & Wagenheim, P.A., counsel for Defendants M.D. Sass Investors Services, Inc., M.D. Sass Tax Lien Management, LLC, M.D. Sass Municipal Finance Partners - I, L.P., M.D. Sass Municipal Finance Partners - II, L.P., M.D. Sass Municipal Finance Partners - III, LLC, M.D. Sass Municipal Finance Partners - IV, LLC, M.D. Sass Municipal Finance Partners - V, LLC, and M.D. Sass Municipal Finance Partners - VI, LLC (the "M.D. Sass Defendants"), for an order permitting Bruce Colbath, Esquire to appear on behalf of the M.D. Sass Defendants *pro hac vice* in this matter, and the Court having considered the papers submitted, and good cause being shown;

IT IS on this 19th day of April, 2013,

ORDERED that the request permitting Bruce Colbath, Esq. to appear *pro hac vice* in this matter is hereby granted; and it is further

ORDERED that Bruce Colbath, Esq. shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

ORDERED that Bruce Colbath, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom services of process may be made for all actions against Bruce Colbath, Esq. that may arise from his participation in this matter; and it is further

ORDERED that William J. Hughes, Esq. and Fredric L. Shenkman, Esq. shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Counsel; (c) sign (or arrange for a member or associate of Cooper Levenson April Niedelman & Wagenheim, P.A. admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear (or arrange for a member or associate of Cooper Levenson April Niedelman & Wagenheim, P.A. admitted to practice in New Jersey to appear) at

all proceedings; and (e) be responsible for the conduct of Bruce Colbath, Esq. in this matter; and it is further

ORDERED that Bruce Colbath, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for any year in which he represents the M.D. Sass Defendants in this matter; and it is further

ORDERED that Bruce Colbath, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and it is further

ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceeding shall occur because of the participation of Bruce Colbath, Esq. or because of his inability to be in attendance at proceedings.

*[signature]*
Tonianne J. Bongiovanni, U.S.M.J

CLAC 2070096.2 57180/00001

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 222] accordingly.