**LITE DePALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com

RECEIVED
APR 22 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>**CONSENT ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITATIONS ON PENDING MOTIONS TO DISMISS THE CONSOLIDATED COMPLAINT** |

A number of defendants having filed motions to dismiss the Consolidated Complaint, and counsel for both plaintiffs and defendants having consented to extend the time by which plaintiffs may file their responses to those motions and the time by which defendants may file reply papers, and counsel for the parties also having agreed to allow each other to exceed the normal page limits for those submissions, and good cause appearing

IT IS on this 22nd day of April, 2013, **ORDERED** as follows:

1. Plaintiffs' time to file responses to the pending motions to dismiss is hereby extended to May 15, 2013. Plaintiffs may file an omnibus brief of up to 80 pages in Times New Roman 14 font, and a separate brief of a length not longer than permitted by the Local Civil Rules as to the motion to dismiss the Consolidated Complaint filed by defendant MTAG Services, LLC (Docket No. 182).

2. Defendants' time to file reply papers on the pending motions to dismiss is hereby extended to July 3, 2013. Defendants may file a reply brief of up to 30 pages in

010311-11 518359 V1
CLAC 2083322.1

support of their joint motion to dismiss (docket number 174) in Times New Roman 14 font. Reply briefs on other motions shall comply with the local rules.

_____
Michael A. Shipp, U.S.D.J.

We consent to the form and entry of the foregoing Order

**LITE DePALMA GREENBERG, LLC**

_/s/ Bruce D. Greenberg_
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Interim Liaison Counsel for Plaintiffs*

COOPER LEVINSON APRIL NIEDELMAN WAGENHEIM, P.A.

_/s/ William J. Hughes, Jr._
William J. Hughes, Jr.
1125 Atlantic Avenue, Third Floor
Atlantic City, New Jersey 08401
Tel: (609) 344-3161
Fax: (609) 344-0939

*Liaison Counsel for Defendants*

010311-11 518359 V1
CLAC 2083322.1