Joseph S. Allerhand
Jonathan D. Polkes
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
joseph.allerhand@weil.com
jonathan.polkes@weil.com

*Attorneys for M.D. Sass Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-cv-01893-MAS-TJB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sabrina A. Perelman, Esq., with the law firm Weil, Gotshal & Manges LLP, an attorney duly admitted to practice before this Court, hereby appears in the above-captioned consolidated action on behalf of Defendants M.D. Sass Investor Services, Inc.; M.D. Sass Tax Lien Management, LLC; M.D. Sass Municipal Finance Partners-I, L.P.; M.D. Sass Municipal Finance Partners-II, L.P.; M.D. Sass Municipal Finance Partners-III, LLC; MD Sass Municipal Finance Partners-IV, LLC; M.D. Municipal Finance Partners-V, LLC; and M.D. Sass Municipal Finance Partners-VI, LLC; (collectively, the "MD Sass Defendants").

Respectfully submitted,

 /s/ Sabrina A. Perelman, Esq.

WEIL, GOTSHAL & MANGES LLP
Sabrina A. Perelman, Esq. (SP-2268)
767 Fifth Avenue
New York, NY  10153
Tel: (212) 310-8752
Fax: (212) 310-8007
sabrina.perelman@weil.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Court, and served on counsel of record via electronic filing.

    /s/ Sabrina A. Perelman, Esq.
Sabrina A. Perelman, Esq.