

## Dilworth Paxson LLP

DIRECT DIAL NUMBER:
215-575-7354

Jay E. Kagan
JKagan@dilworthlaw.com

April 29, 2013

**Vie Electronic Case File (ECF)**

The Honorable Tonianne J. Bongiovanni, USMJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street, Room 6052
Trenton, NJ  08608

RE: In Re New Jersey Tax Sales Certificates Antitrust Litigation,
Master Docket No.:  12-cv-1893-MAS-TSB

Dear Judge Bongiovanni:

This firm represents Defendants, CCTS Capital LLC ("Capital") and Crestar Capital LLC ("Crestar") (collectively the "Crestar Defendants").

I am in receipt of a letter dated April 26, 2013 from counsel for Class Plaintiffs, Bruce D. Greenberg, Esquire.  As Your Honor is aware, on March 22, 2013 the Court entered an order holding both the initial scheduled conference and discovery "in abeyance during the pendency of motions to dismiss."  Notwithstanding the clear language of this Order, Mr. Greenberg seeks leave to proceed with discovery against my clients.  The Crestar Defendants object to Mr. Greenberg's request to modify the existing discovery schedule.  Rather, the Crestar Defendants submit that discovery in this purported class action should proceed in a consistent manner, at the same time and involving all defendants.  As for Mr. Greenberg's contention that my client's would not be prejudiced because they have already answered the complaint, the same argument -- that certain defendants had answered the complaint – was cited by Mr. Greenberg in his letter dated March 19, 2013, but rejected by the Court's Order holding all discovery in abeyance.  For the foregoing reasons, the Crestar Defendants object to Mr. Greenberg's proposed modification of the Court's March 22, 2013 Order.

We remain available should Your Honor with to discuss this matter in more detail.

Respectfully,

Jay E. Kagan

JEK/ronni
cc: All Counsel of Record – via ECF

10717314_1   1500 Market Street ● Suite 3500E ● Philadelphia, PA  19102-2101 ● 215-575-7000 ● fax: 215-575-7200
www.dilworthlaw.com ● Cherry Hill, NJ ● Harrisburg, PA ● Washington, DC ● Red Bank, NJ ● Wilmington, DE