**LITE DePALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for the Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>**CERTIFICATION OF SERVICE** |

  I, Bruce D. Greenberg, hereby certify that I caused the foregoing Brief in Opposition to Defendant MTAG Services LLC's Motion to Dismiss to be electronically filed on May 15, 2013 using the Court's CM/ECF system, thereby serving it upon all counsel who have entered an appearance in this case.

Dated: May 15, 2013

                */s/ Bruce D. Greenberg*
                Bruce D. Greenberg