

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

Two Gateway Center, Suite 1201
Newark, NJ 07102

Tel: 973.623.3000
Fax: 973.623.0858
www.litedepalma.com

May 22, 2013

**ELECTRONICALLY FILED**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:  *In re New Jersey Tax Sales Certificates Antitrust Litig.*
          *Master Docket No.: 3:12-CV-01893-MAS-TJB*

Dear Judge Shipp:

    Enclosed for Your Honor is the settlement agreement entered into on April 11, 2013 between plaintiff class representatives and Defendant Isadore H. May. The parties will file for preliminary approval of this settlement at a later date. In this settlement agreement, the parties have mutually agreed to delay the deposit of the settlement funds into escrow for a short period until the escrow account is finalized.

    Thank you very much for your consideration.

                             Respectfully,

                             */s/ Bruce D. Greenberg*
                             Bruce D. Greenberg

BDG:al
Enclosure

354495.1