# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT
## AGAINST DEFENDANT ROBERT JEFFREY

Class Plaintiffs request that the Clerk of Court enter default against defendant Robert Jeffrey pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request, Class Plaintiffs rely upon the record in this case and the accompanying Declaration of Bruce D. Greenberg.

Date: May 23, 2013.

*/s/ Bruce D. Greenberg*
**LITE DEPALMA GREENBERG LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: bgreenberg@litedepalma.com

**LITE DEPALMA GREENBERG, LLC**
Steven J. Greenfogel
1521 Locust Street
Philadelphia, PA 19102
Tel: 215.564.5182
Fax: 215.569.0958
sgreenfogel@litedepalma.com

361949.1

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
Email: steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig (admitted *pro hac vice*)
555 Fifth Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
Email: jasonz@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld (admitted *pro hac vice*)
James J. Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
sgassman@hausfeldllp.com

*Interim Class Counsel*

361949.1