# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |
| | **DECLARATION OF BRUCE D. GREENBERG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

Bruce D. Greenberg, of full age, being duly sworn, states as follows:

1. My firm is the Court-appointed liaison counsel for Class Plaintiffs in this matter. I am familiar with the file, records and pleadings in this matter.

2. Class Plaintiffs filed a Consolidated Master Class Action Complaint on December 21, 2012 ("Complaint").

3. Robert Jeffrey was named as a defendant in the Complaint.

4. Mr. Jeffrey was personally served with a copy of the Summons and Complaint on February 5, 2013, as reflected on the docket sheet by the proof of service filed on February 12, 2013 (Dkt. 141).

5. Mr. Jeffrey's Answer to the Complaint was due on February 26, 2013.

6. Mr. Jeffrey has failed to appear, plead, or otherwise defend within the time allowed. Nor has any attorney made an appearance for Mr. Jeffrey. Therefore, he is now in default.

361949.1

7. Class Plaintiffs have made several attempts to contact Mr. Jeffrey, including telephoning him at his residence and at his office. He has not responded to any of Class Plaintiffs' communications.

8. Plaintiffs request that the Clerk of Court enter default against Defendant Robert Jeffrey.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 23, 2013              */s/ Bruce D. Greenberg*
                                              BRUCE D. GREENBERG

361949.1