# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |

**ENTRY OF DEFAULT**

Class Plaintiffs having requested that the Clerk of Court enter default against Defendant Robert Jeffrey pursuant to Federal Rule of Civil Procedure 55(a), and it appearing from the record that Defendant has been properly served but has failed to appear, plead or otherwise defend, and the time for doing so having expired, the default of Defendant Robert Jeffrey is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2013

_____
William T. Walsh, Clerk

361949.1