IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |
| | **CERTIFICATION OF SERVICE** |

    I, Bruce D. Greenberg, Esquire, hereby certify that I am a New Jersey attorney, employed at Lite DePalma Greenberg, LLC, and am of such age and discretion as to be competent to serve papers.

    I further certify that on this date I caused a copy of the Motion for Entry of Default, Declaration of Bruce D. Greenberg in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the Defendant, Robert Jeffrey, at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States Mail.

Addressee:    Robert Jeffrey
                   310 Fairway Isles Lane
                   Bradenton, FL 34212

Dated: May 23, 2013

                                                   */s/ Bruce D. Greenberg*
                                                   Bruce D. Greenberg

361949.1