

1125 Atlantic Avenue – 3rd Floor
Atlantic City, NJ 08401
Phone (609) 344-3161
Toll Free (800) 529-3161
Fax (609) 344-0939
www.cooperlevenson.com

**WILLIAM J. HUGHES, JR.**
Also Admitted to PA & DC Bars
EMAIL: whughes@cooperlevenson.com

Direct Phone (609) 572-7512
Direct Fax (609) 572-7513

FILE NO. 57180/00001

May 28, 2013

Via Electronic Filing

Hon. Michael A. Shipp
UNITED STATES DISTRICT COURT
JUDGE
Clardson S. Fisher Building & US Courthouse
402 E. State Street, Courtroom 6E
Trenton, NJ   08608

      Re:    In Re New Jersey Tax Sales Certificates Antitrust Litigation
                Civil Action No. 3:12-cv-01893-MAS/TJB

Dear Judge Shipp:

      We write on behalf of the undersigned defendants in the above-captioned action to respond to plaintiffs' ("Named Plaintiffs") motion (the "Preliminary Approval Motion") seeking (i) preliminary approval of the proposed settlement between Named Plaintiffs and defendant Robert E. Rothman (the "Rothman Settlement") and (ii) preliminary certification of a settlement class with respect to the Rothman Settlement.  Please accept this letter brief in lieu of a more formal brief in response to the Preliminary Approval Motion.

      Pursuant to the proposed settlement, Named Plaintiffs, on behalf of the proposed class, will release all claims against Mr. Rothman in return for: (i) his agreement to cooperate with Named Plaintiffs' counsel (including making himself available as a witness), (ii) a $200,000 payment, and      (iii) certain other consideration.  Named Plaintiffs do not intend to provide notice to the putative settlement class at the present time, and instead have proposed deferring

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

N. J. Offices: ATLANTIC CITY ● CHERRY HILL ● TRENTON
HARRISBURG, PA ● BEAR, DE ● LAS VEGAS, NV

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Hon. Michael A. Shipp
May 28, 2013
Page 2

the provision of class notice—and final approval of the Rothman Settlement—for a period of up to two years. *See* Preliminary Approval Motion at 8, 21. The proposed settlement class potentially encompasses thousands of individuals and entities allegedly injured over an eleven-year period as a result of supposedly unlawful conduct at thousands of individually-conducted tax-lien auctions that took place in 566 separate municipalities across the state of New Jersey.

In an effort to avoid unnecessary waste of this Court's time and resources, defendants proposed that Named Plaintiffs' counsel include language in the preliminary approval order making clear that preliminary certification of the proposed settlement class would be <u>without prejudice</u> to the non-settling defendants' right to oppose certification of any non-settlement class in this action. Notwithstanding Named Plaintiffs' admission in their papers that preliminary approval of a partial settlement must be without prejudice to the non-settling defendants' anticipated opposition to class certification, Named Plaintiffs refused to include appropriate language in the proposed order. *See* Preliminary Approval Motion at 12-13 (the preliminary approval order must be "'without prejudice to the defenses and positions of the non-settling defendants as to any issue, including certification of the litigation classes'") (*quoting Gates v. Rohm and Haas Co.*, 248 F.RD. 434, 436 n.2 (E.D. Pa. 2008)).

Accordingly, we respectfully request that any order preliminarily approving the Rothman Settlement include the following language:

> The entry of this Order is without prejudice to any of the defenses and positions of the non-settling defendants as to any issue, including, without limitation, the issue of whether or not the alleged class, or any class, could or should appropriately be certified as a litigation class.

Inclusion of such language is entirely consistent with precedent in this Circuit. *See Gates*, 28 F.R.D. at 448.

Finally, we expressly reserve our right to contest or seek other relief in connection with the offering of any testimony by Mr. Rothman at any class certification hearing or otherwise on grounds including, but not limited to, that his testimony—which has been promised to plaintiffs in exchange for a release of claims—has been procured in violation of public policy. *See* 18 U.S.C. § 201 (prohibiting "giv[ing], offer[ing], or promis[ing] anything of value to any person, for or because of the testimony under oath…to be given by such person as a witness…"); *In re Telcar Group, Inc.*, 363 B.R. 345, 355 (Bankr. E.D.N.Y. 2007) (rejecting proposed settlement with a fact witness because "by having…a pecuniary incentive within the settlement, the testimony of any witness in this position is necessarily open to scrutiny and challenge"); *Rocheux Int'l. of New Jersey v. U.S. Merchants Fin. Group, Inc.*, Civ. 06-6147, 2009 WL 3246837, at *3

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Hon. Michael A. Shipp
May 28, 2013
Page 3

(D.N.J. Oct. 5, 2009) (Brown, J.) (observing that "agreements to compensate fact witnesses [are] unenforceable for lack of consideration and being contrary to public policy").

                                               Respectfully Submitted,

| | |
|---|---|
| COOPER LEVENSON APRIL NEIDELMAN & WAGENHEIR, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| | /s/ R. Brendan Fee (RF-4838) |
| /s/ William J. Hughes, Jr. (WH-1924) | Steven A. Reed (*pro hac vice*) |
| William J. Hughes | R. Brendan Fee (RF-4838) |
| Frederic L. Shenkman | 1701 Market Street |
| 1125 Atlantic Avenue | Philadelphia, PA 19103-2921 |
| Atlantic City, NJ 08401 | Tel: (215) 963-5000 |
| Tel: (609) 572-7512 | sreed@morganlewis.com |
| whughes@cooperlevenson.com | *Counsel for Defendants Crusader Servicing Corporation, Royal Tax Lien Services, LLC, Royal Bancshares of Pennsylvania, Inc. and Royal Bank America* |

WEIL GOTSHAL & MANGES LLP
Joseph Allerhand
Jonathan Polkes
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
joseph.allerhand@weil.com

*Counsel for Defendants M.D. Sass Municipal Finance Partners I, L.P., M.D. Sass Municipal Finance Partners II, L.P., M.D. Sass Municipal Finance Partners III, LLC, M.D. Sass Municipal Finance Partners IV, LLC, M.D. Sass Municipal Finance Partners V, LLC, M.D. Sass Municipal Finance Partners VI, LLC, M.D. Sass Tax Lien Management LLC, and M.D. Sass Investor Services, Inc.*

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Hon. Michael A. Shipp
May 28, 2013
Page 4

| | |
|---|---|
| ROETZEL & ANDRESS | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO |
| /s/ Patricia B. Fugee (02317-1990) | /s/ James E. Cecchi |
| Patricia B. Fugee | James E. Cecchi |
| One SeaGate, Suite 1700 | Zachary S. Bower |
| Toledo, OH 43604 | 5 Becker Farm Road |
| Tel: (419) 242-7985 | Roseland, NJ 07068 |
| pfugee@ralaw.com | Tel: (973) 994-1700 |
| | jcecchi@carellabyrne.com |
| Donald S. Scherzer (pro hac vice) | |
| Amanda M. Knapp (pro hac vice) | *Counsel for Defendants BBX Capital* |
| 1375 East Ninth Street | *Corporation and Fidelity Tax, LLC* |
| One Cleveland Center, Ninth Floor | |
| Cleveland, OH 44114-1788 | |
| Tel: (216) 623-0150 | |
| dscherzer@ralaw.com | |
| | |
| *Counsel for Defendant American Tax Funding, LLC* | |
| | |
| WALDER, HAYDEN & BROGAN P.A. | BELLIN & ASSOCIATES LLC |
| /s/ Justin P. Walder | /s/ Aytan Y. Bellin (AB-0123) |
| Justin P. Walder | Ayan Y. Bellin |
| Shalom D. Stone | 85 Miles Avenue |
| 5 Becker Farm Road | White Plains, NY 10606 |
| Roseland, NJ 07068 | Tel: (914) 358-5345 |
| Tel: (973) 992-5300 | aytan.bellin@bellinlaw.com |
| jpwalder@whbesqs.com | |
| | SCHLAM STONE & DOLAN LLP |
| *Counsel for Phoenix Funding, Inc. and Benedict Caiola* | Jeffrey M. Eilender |
| | John M. Lundin |
| | 26 Broadway |
| | New York, New York 10004 |
| | Tel" (212) 344-5400 |
| | JME@schlamstone.com |
| | |
| | *Counsel for Defendant Mooring Tax Asset Group, LLC and MTAG Services, LLC* |

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Hon. Michael A. Shipp
May 28, 2013
Page 5


MASELLI WARREN, P.C.

/s/ Perry S. Warren
Perry S. Warren
David Fornal (DF-5578)
600 Alexander Road, Suite 3-4A
Princeton, NJ 08540
Tel: (609) 452-8411
pwarren@maselliwarren.com

COVINGTON & BURLING LLP

Robert D. Wick (pro hac vice)
Jason C. Raofield (pro hac vice)
1201 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 662-6000
rwick@cov.com

*Counsel for Defendant Plymouth Park Tax Services, LLC*

WJH/bl
Attachment
cc:     Hon. Tonianne J. Bongiovanni

        *Interim Liason Counsel*
        Bruce D. Greenberg, Esq.

        *Interim Class Counsel*
        Steve W. Berman, Esq.
        Michael D. Hausfield, Esq.        James Pizzirusso, Esq.
        Seth R. Gassman, Esq.             Jason A. Zweig, Esq.

        *Additional Plaintiffs' Counsel*
        Mark R. Cuker, Esq.               Michael R. Perle, Esq.
        Bryan L. Clobes, Esq.             Lisa J. Rodriguez, Esq.
        Bryan H. Mintz, Esq.              John N. Pouos, Esq.
        Natalie Finkelman Bennett, Esq.   Amos Gern, Esq.

CLAC 2134503.1