**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

*Interim Liaison Counsel for Plaintiffs*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB <br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF MINDY B. PAVA** |

    **PLEASE TAKE NOTICE** that on August 5, 2013 at 10:00 a.m., or soon thereafter, plaintiffs will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the U.S. District Court, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey for an order admitting Mindy B. Pava with the law firm of Hausfeld, LLP *pro hac vice* for all purposes in the above captioned matter.  In support of plaintiffs' motion are the Certifications of Bruce D. Greenberg and Mindy B. Pava.  A proposed form of Order is also submitted herewith.

    Because this application being made is pursuant to Local Rule 101.1(c) and is within the discretion of the Court, no brief is necessary.

381201.1

Plaintiffs hereby requests that this motion be decided on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure.

                                            **LITE DEPALMA GREENBERG, LLC**

Date: July 3, 2013                      /s/ *Bruce D. Greenberg*
                                           Bruce D. Greenberg
                                           Two Gateway Center, Suite 1201
                                           Newark, New Jersey 07102
                                           Tel: (973) 623-3000
                                           Fax: (973) 623-0858
                                           bgreenberg@litedepalma.com

                                           *Interim Liaison Counsel for Plaintiffs*