**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

*Interim Liaison Counsel for Plaintiffs*

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB <br><br> **CERTIFICATION OF MINDY B. PAVA IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |
|---|---|

Mindy B. Pava, of full age, certifies as follows:

1. I am an associate with the law firm of Hausfeld LLP, located at 1700 K Street NW, Suite 650, Washington, DC 20006, counsel for plaintiffs in the above matter. I make this certification in support of the application for *pro hac vice* admission.

2. I am a member in good standing of the Bar of the District of Columbia, admitted on 11/16/2012, #995328. The name and address of the office maintaining the roll of members of the ar in this jurisdiction is as follows:

> District of Columbia Bar
> 1101 K Street NW, Suite 200
> Washington, DC 20005

380843.1

I have never been disbarred or suspended. I am not under suspension nor have I ever been suspended or disbarred from any court.

4. There is good cause for my admission *pro hac vice* as I am familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by my acting as attorney for plaintiffs.

5. I am fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules. The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in this action. I agree to have all pleadings, briefs and other papers filed with the Court signed by Bruce D. Greenberg, as Liaison Counsel for Plaintiffs.

6. I understand that if I am admitted to appear and participate *pro hac vice*:

I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules;

I shall consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

I shall notify this Court immediately of any matter affecting my standing at the bar of any other court;

I shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this state;

no delay in discovery, motions, trial or any other proceeding shall occur or be requested by reason of my inability to be in attendance; and

380843.1

automatic termination of my *pro hac vice* admission will occur for my failure to make the required annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection, proof of which payment shall be made by certification to the court no later than February 15th of each year.

7. I respectfully request that this Court grant this application on behalf of plaintiffs in the above-captioned matter to permit me to appear and participate *pro hac vice* on their behalf.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 3, 2013

                                                Mindy B. Pava