Case 3:12-cv-01893-MAS-TJB   Document 257   Filed 07/03/13   Page 1 of 2 PageID: 3195

Lawrence S. Lustberg, Esq.
Joshua C. Gillette, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
 (973) 596-4500
*Counsel for Vinaya J. Jessani*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | *Document Electronically Filed*<br><br>Civil Action No.<br>3:12-cv-01893-MAS-TJB<br><br>**REPLY IN SUPPORT OF DEFENDANT VINAYA J. JESSANI'S MOTION TO DISMISS**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

In further support of his motion to dismiss, Defendant Vinaya J. Jessani joins, and incorporates by reference, the Reply Memorandum of Law in Further Support of Defendants' Joint Motion to Dismiss, filed with the Court on July 3, 2013.

Dated: July 3, 2013

           GIBBONS P.C.

           <u>/s/ Lawrence S. Lustberg</u>
           Lawrence S. Lustberg
           Joshua C. Gillette
           One Gateway Center
           Newark, New Jersey 07102-5310
           Tel. (973) 596-4500

           *Counsel for Vinaya J. Jessani*

## CERTIFICATION OF SERVICE

I certify that on July 3, 2013, I caused a copy of the attached Reply to be served on counsel of record via the Court's electronic filing system.

Dated: July 3, 2013

/s/ Lawrence S. Lustberg
GIBBONS P.C.
Lawrence S. Lustberg
Joshua C. Gillette
One Gateway Center
Newark, New Jersey 07102-5310
Tel. (973) 596-4500
*Counsel for Vinaya J. Jessani*
