# Exhibit I

**Isadore May TSCs Subject to Discounts**

| Certificate No. | Property Owners | Street Address | Municipality | State | Zip Code | County |
|---|---|---|---|---|---|---|
| 070146 | Walter L. Brown, Jr. | 59 South Avenue | Bridgeton | NJ | 08302 | Cumberland |
| 08-050 | Dwayne & Karen Godfrey | 8 River Road | Maurice River | NJ | 08327 | Cumberland |
| 07-00005 | Gene & Violet Walton | 15 Shawmont Lane | Willingboro | NJ | 08046 | Burlington |
| 08-00376 | Jason & Mary Jo Baldino | 723 Flittertown Rd. | Winslow | NJ | 08095 | Camden |
| 08-00011 | M. Sotera | 320 5th St. South | Brigantine | NJ | 08203 | Atlantic |
| 07-441 | FB Fall & S Gabrielle | 106 Uxbridge | Cherry Hill Township | NJ | 08034 | Camden |
| 06-298 | Rashied & Pinal Schneidmill | 19 Hoffman Ave. | Cherry Hill Township | NJ | 08034 | Camden |
| 060031 | A. Thomas Evans | 237 S. Delsea Dr. | Glassboro | NJ | 08028 | Gloucester |
| 08-00017 | St. of NJ, Dept of Treasury | 212 S. Academy St. | Glassboro | NJ | 08028 | Gloucester |
| 07-00449 | Wayne Worthington | 3 Merion Ct. | Little Egg Harbor | NJ | 08087 | Ocean |
| 08-083 | Pamela Garofalo | 2 N. Bath Avenue | Long Branch | NJ | 07440 | Monmouth |
| 08-00090 | Spruce & Old NJ, LLC | 112 W. Spruce Avenue | N. Wildwood | NJ | 08260 | Cape May |
| 080109 | Francis & Diane Cassidy | 3407 Palace Ct. | Pennsauken | NJ | 08110 | Camden |
| 08-00521 | Marc Evangelista & Omar Navarette | 17 E. Wright Street | Pleasantville | NJ | 08232 | Atlantic |
| 02-036 | Dorothy Banks | 112 Thompson | Salem | NJ | 08079 | Salem |

| | | Street | | | | |
|---|---|---|---|---|---|---|
| 07-1 | 20 67nd St. LLC | 20 62nd St. | Sea Isle City | NJ | 08243 | Cape May |
| 08-00014 | George Collins | 72 Rt. 50 | Upper Township | NJ | 08270 | Cape May |
| 06-12 | Glen & Linda Magnusson | 1 Kimberlee Ct. | Washington | NJ | 07676 | Gloucester |
| 2006-0120 | Niroh Enterprises, Inc. | 138 E. Spicer Ave. | Wildwood | NJ | 08260 | Cape May |

**Richard J. Pisciotta Open Tax Liens and Bankruptcy List**

| Certificate No. | Property Owners | Street Address | Municipality | State | Zip Code | County |
|---|---|---|---|---|---|---|
| 00-0265 | Raymond M & Joanne Tuorto | 5 Cherokee Ave. | Rockaway | NJ | 07866 | Morris |
| 02-0167 | Raymond M & Joanne Tuorto | 5 Cherokee Ave. | Rockaway | NJ | 07866 | Morris |
| 02-0174 | Raymond M & Joanne Tuorto | 5 Cherokee Ave. | Rockaway | NJ | 07866 | Morris |
| 001-74 | McCreanor & Rogers | 3100 Highway 138, Unit C | Wall Twp | NJ | 08724 | Monmouth |
| 05-003 | Anthony Rullo, Jr. | 1001 Ocean Gate Ave. | Ocean Gate | NJ | 08740 | Ocean |
| 200505 | Aaron M. & Randi E Freeman | 113 S. Lincoln Ave. | Moorestown | NJ | 08057 | Burlington |
| 50007 | Estate of Joanne B. Smith | 215 Forman Ave. | Pt. Pleasant Beach | NJ | 08742 | Ocean |
| 06-008 | Christopher & Annette Blackmon | 14 State St. | Burlington Twp | NJ | 08016 | Burlington |
| 06-00025 | Castaldo & Rota | 1520 Holly Blvd | Wall Twp | NJ | 08724 | Monmouth |
| 18-06 | Thomas R & Joanne Duffy | 4 Martin Ave. | South River | NJ | 08882 | Middlesex |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05-03 | Mark Zammerelli | 5105 Ventnor Ave. | Ventnor City | NJ | 08406 | Atlantic |
| 07-0172 | Steven C. & Tanya Krauer | 78 Puffin Glade | Bayville | NJ | 08721 | Ocean |
| 07-00009 | Colin & Priscilla Mahon | 219 Burlington Ave. | Voorhees | NJ | 08043 | Camden |
| 08-00017 | Colin & Priscilla Mahon | 219 Burlington Ave. | Voorhees | NJ | 08043 | Camden |
| 08-00071 | Doris Anglin | 36 Bunker Hill Dr. | Upper Freehold Twp | NJ | 07728 | Monmouth |
| 08-00031 | Shore Holdings LLC | 1889 Lakewood Rd. | Toms River | NJ | 08757 | Ocean |
| 200823 | Edwin & Patricia Weeast | 121 6th Ave. | Roebling | NJ | 08554 | Burlington |
| 831418 | Betty Anne Tindley | 6 Lancaster Place | Sicklerville | NJ | 08081 | Camden |
| 08-00038 | Horett & Maudlyn Ellis | 122 East Jefferson Ave. | Magnolia | NJ | 08049 | Camden |
| 200814 | William J. Traczyk | 219 S. Lecato Ave. | Audobon | NJ | 08106 | Camden |
| 200822 | Richard J & Carmella Wince | 257 Crystal Lake Ave. | Audobon | NJ | 08106 | Camden |
| 80008 | Spring Hill Partners, LLC | 3410 Prospect Ave. | Vineland | NJ | 08362 | Cumberland |
| 08-00001 | Yolanda Foca & Francesca Westemeier | 15 Brandywine Dr. | Evesham | NJ | 08053 | Burlington |
| 08-00286 | Jeffery Hudanich | 125 So. Commodore Dr. | Little Egg Harbor Twp. | NJ | 08087 | Ocean |
| | Bonney Adams | 46 Browning Avenue | Bayville | NJ | 08721 | Ocean |
| | Patricia Kopec | 27 Tuttle Avenue | Hamilton | NJ | 08609 | Mercer |
| | Marilyn Ricker | 18 Regent | Brick | NJ | 08723 | Ocean |

|  |  | Court |  |  |  |  |
|---|---|---|---|---|---|---|

**Butler/Farber Defendants Foreclosure Bankruptcy List**

| Certificate No. | Property Owners | Street Address | Municipality | State | Zip Code | County |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 05-00005 | Ratay Catherine | Po Box 42 | Dorothy | NJ | 08317 | Atlantic |
| 07-263 | Jackson Osea E M | 720 Pear St | Cinnaminson | NJ | 08077 | Burlington |
| 08-00067 | Torres Ernesto & Norka | 318 Point St | Camden | NJ | 08102 | Camden |
| 7A-00054 | Torres Ernesto & Norka | 318 Point St | Camden | NJ | 08102 | Camden |
| 7A-00389 | Watson Wanda L | 720 Spruce St | Camden | NJ | 08103 | Camden |
| 08-00607 | Giles Thelma M & Courtina | 829 Jackson St | Camden | NJ | 08104 | Camden |
| 08-00675 | Timberlake Beverly | 518 Carl Miller Blvd | Camden | NJ | 08104 | Camden |
| 6-0549 | Holmes James | 1861 S 4th St | Camden | NJ | 08104 | Camden |
| 7-0625 | Holmes James | 1861 S 4th St | Camden | NJ | 08104 | Camden |
| 08-00842 | Adm Vet Affairs | 1105 Macarthur Dr | Camden | NJ | 08104 | Camden |
| 6-0664 | Adm Vet Affairs | 1105 Macarthur Dr | Camden | NJ | 08104 | Camden |
| 7-0733 | Adm Vet Affairs | 1105 Macarthur Dr | Camden | NJ | 08104 | Camden |
| 7A-00792 | Adm Vet Affairs | 1105 Macarthur Dr | Camden | NJ | 08104 | Camden |
| 08-01468 | Khalil Najeh | 1199 N 36th St | Camden | NJ | 08105 | Camden |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7-1359 | Khalil Najeh | 1199 N 36th St | Camden | NJ | 08105 | Camden |
| 7A-01425 | Khalil Najeh | 1199 N 36th St | Camden | NJ | 08105 | Camden |
| 3-1413 | Parrish Brenda E | 563 Raritan St | Camden | NJ | 08105 | Camden |
| 08-02606 | Smith-gaines Doris P | 1260 Empire Ave | Camden | NJ | 08103 | Camden |
| 6-2439 | Trusty Elmer | 1275 Morton St | Camden | NJ | 08104 | Camden |
| 7-2557 | Trusty Elmer | 1275 Morton St | Camden | NJ | 08104 | Camden |
| 7A-02870 | Trusty Elmer | 1275 Morton St | Camden | NJ | 08104 | Camden |
| 08-02867 | Allen R | 1230 Jackson St | Camden | NJ | 08104 | Camden |
| 06-043 | Rinker Henrietta & Vitagliano C | 312 Garfield Ave | Chesilhurst | NJ | 08089 | Camden |
| 06-00075 | Wall James H Jr | 44 Mott St | Lawnside | NJ | 08045 | Camden |
| 2007-0106 | C & J Inc | 425 Leedom St | Jenkintown | PA | 19046 | Montgomery |
| 07-20 | Brown Walter L | 419 Reeves Rd | Bridgeton | NJ | 08302 | Cumberland |
| 2007-0024 | Prante Joseph & Monika | 816 Maryland Ave | Deptford | NJ | 08096 | Gloucester |
| 081317 | Harris Willie & Mack | 188 Rosemont Ave | Trenton | NJ | 08618 | Mercer |
| 081467 | Mims Carl | 19 Wayne Ave | Trenton | NJ | 08618 | Mercer |
| 081705 | Jones Richard | 48 Asbury St | Trenton | NJ | 08611 | Mercer |
| 2008082 | Massari Service Co Llc | 972 S Broadway | Pennsville | NJ | 08070 | Salem |
| 070009 | Adams Barbara | 31 Main St | Pilesgrove | NJ | 08098 | Salem |
| 04-003 | Bright Thomas R Jr & Darlene | 24 E Pittsfield St | Pennsville | NJ | 08070 | Salem |
| 07-141 | Mitchell Eric | 212 N Elm St | Salem | NJ | 08079 | Salem |
| 07-00058 | Evangelista Marc | 9600 Atlantic Ave Apt 1105 | Margate City | NJ | 08402 | Camden |
| 07-00065 | Gatto Jonathan | 2532 S Clarion St | Philadelphia | PA | 19148 | Philadelphia |
| 07-00158 | Sarder Karim | 16 Cambria Ave | Pleasantville | NJ | 08232 | Camden |
| 07-00219 | Wilson Child Care II | 723 w Adams St | Pleasantville | NJ | 08232 | Camden |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-00400 | Astley Inc | 1001 W Brigantine Ave # 1 | Brigantine | NJ | 08203 | Camden |
| 200804 | Araka Peter M | 85 Howard St | Irvington | NJ | 07111 | Camden |
| 08-00081 | Coleman Robert | 913 Fern St | Camden | NJ | 08102 | Camden |
| 08-00085 | Brown A | 936 Fern St | Camden | NJ | 08102 | Camden |
| 08-00154 | Chester Eva | 407 Henry St | Camden | NJ | 08103 | Camden |
| 08-00202 | Cruz Wandy | 383 Burwood Ave | Camden | NJ | 08105 | Camden |
| 6-0161 | Cruz Wandy | 383 Burwood Ave | Camden | NJ | 08105 | Camden |
| 7-0171 | Cruz Wandy | 383 Burwood Ave | Camden | NJ | 08105 | Camden |
| 08-00216 | Felix Violetta | 340 Cherry St | Camden | NJ | 08103 | Camden |
| 08-00239 | Fulton G J | 296 Chestnut St | Camden | NJ | 08103 | Camden |
| 08-00253 | Ways Anthony | 1345 Morton St | Camden | NJ | 08104 | Camden |
| 08-00322 | Cruz George | 245 N 40th St | Pennsauken | NJ | 08110 | Cape May |
| 6-0292 | Cruz George | 245 N 40th St | Pennsauken | NJ | 08110 | Cape May |
| 7-0291 | Cruz George | 245 N 40th St | Pennsauken | NJ | 08110 | Cape May |
| 7A-00280 | Cruz George | 245 N 40th St | Pennsauken | NJ | 08110 | Cumberland |
| 08-00347 | Cummings Hugh | 1119 1/2 Newton Ave | Haddon Township | NJ | 08107 | Cumberland |
| 6-0317 | Cummings Hugh | 1119 1/2 Newton Ave | Camden | NJ | 08103 | Cumberland |
| 7-0315 | Cummings Hugh | 1119 1/2 Newton Ave | Camden | NJ | 08103 | Cumberland |
| 7A-00303 | Cummings Hugh | 1119 1/2 Newton Ave | Haddon Township | NJ | 08107 | Cumberland |
| 08-00359 | Jackson F | 2931 Cramer St | Camden | NJ | 08105 | Cumberland |
| 7A-00307 | Jackson F | 2931 Cramer St | Camden | NJ | 08105 | Gloucester |
| 08-00448 | Jones H | 905 Douglass St | Camden | NJ | 08103 | Gloucester |
| 7A-00382 | Jones H | 905 Douglass St | Camden | NJ | 08103 | Gloucester |
| 08-00594 | Patton W | 338 N 37th St | Pennsauken | NJ | 08110 | Mercer |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08-00648 | Bowens Alexander | 601 Jackson St | Camden | NJ | 08104 | Mercer |
| 7-0592 | Bowens Alexander | 601 Jackson St | Camden | NJ | 08104 | Mercer |
| 7A-00619 | Bowens Alexander | 601 Jackson St | Camden | NJ | 08104 | Mercer |
| 08-00660 | Morris Joanne | 99 Kendall Blvd | Oaklyn | NJ | 08107 | Mercer |
| 7-0604 | Morris Joanne | 1605 Filmore St | Camden | NJ | 08104 | Mercer |
| 7A-00626 | Morris Joanne | 99 Kendall Blvd | Oaklyn | NJ | 08107 | Salem |
| 08-00662 | Wilson J | 1618 S 6th St | Camden | NJ | 08104 | Salem |
| 08-00723 | Quiles Evalina | 1581 S 8th St | Camden | NJ | 08104 | Salem |
| 08-01150 | Malik Abdus | 541 Grant St | Camden | NJ | 08102 | Salem |
| 7-1036 | Malik Abdus | 541 Grant St | Camden | NJ | 08102 | Camden |
| 7-1099 | Smith John C & Arnethia G | 625 State St | Camden | NJ | 08102 | Camden |
| 08-01345 | Rodriguez Jose A | 245 N 40th St | Pennsauken | NJ | 08110 | Camden |
| 6-1229 | Rodriguez Jose A | 245 N 40th St | Pennsauken | NJ | 08110 | Camden |
| 7-1240 | Rodriguez Jose A | 245 N 40th St | Pennsauken | NJ | 08110 | Camden |
| 7A-01293 | Rodriguez Jose A | 245 N 40th St | Pennsauken | NJ | 08110 | Camden |
| 08-01709 | Macrina V W | 343 N 37th St | Pennsauken | NJ | 08110 | Camden |
| 7A-01723 | Macrina V W | 343 N 37th St | Pennsauken | NJ | 08110 | Camden |
| 08-01795 | Kaler Frank D | 3314 Rosedale Ave | Camden | NJ | 08105 | Camden |
| 08-01971 | Dorilag Edwin & Maria | 2829 High St | Camden | NJ | 08105 | Camden |
| 7A-02000 | Dorilag Edwin & Maria | 2829 High St | Camden | NJ | 08105 | Camden |
| 08-01991 | Adm Vet Affairs | 30 Leonard Ave | Camden | NJ | 08105 | Camden |
| 7A-02021 | Adm Vet Affairs | 30 Leonard Ave | Camden | NJ | 08105 | Camden |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08-02153 | Phillips Elizabeth | 254 Grand Ave | Camden | NJ | 08105 | Camden |
| 5-1620 | Cy Kranick Equipment Inc | 1900 Federal St | Camden | NJ | 08105 | Camden |
| 6-1975 | Leverett Newman | 111 State St | Camden | NJ | 08102 | Cape May |
| 7-2025 | Leverett Newman | 111 State St | Camden | NJ | 08102 | Cape May |
| 08-02194 | Leverett Newman | 111 State St | Camden | NJ | 08102 | Cape May |
| 7A-02251 | Leverett Newman | 111 State St | Camden | NJ | 08102 | Cumberland |
| 08-02471 | Stanford Jacqueline & Juanita | 4025 S Dakota Ave Ne | Washington DC | DC | 20018 | Washington |
| 08-02496 | Nelson Loureen D | 110 Hart Rd | Cherry Hill | NJ | 08034 | Cumberland |
| 08-02604 | Edwards James H | 2914 High St | Camden | NJ | 08105 | Cumberland |
| 08-02676 | Braccio John | 1 West St #100 | New York | NY | 10004 | Manhattan |
| 7A-02739 | Braccio John | 1 West St Ste 100 | New York | NY | 10004 | Manhattan |
| 08-02704 | Frazier Calvin | 1200 Jackson St | Camden | NJ | 08104 | Gloucester |
| 08-02705 | Frazier Calvin | 1200 Jackson St | Camden | NJ | 08104 | Gloucester |
| 08-02736 | Nichols Ebony | 325 Hillside Ave | Camden | NJ | 08105 | Gloucester |
| 7A-02791 | Nichols Ebony | 325 Hillside Ave | Camden | NJ | 08105 | Mercer |
| 7-2480 | Smith Isaac | Po Box 1616 | Elizabeth | NJ | 07207 | Mercer |
| 08-02991 | Houston Bertha | 1426 Dayton St | Camden | NJ | 08104 | Mercer |
| 08-03064 | Evans Myra | 550 Newton Ave | Camden | NJ | 08103 | Mercer |
| 08-03067 | Morrissette Jesse D | 1416 Belleview Ave | Camden | NJ | 08103 | Mercer |
| 7A-03156 | Morrissette Jesse D | 1416 Belleview Ave | Camden | NJ | 08103 | Mercer |

| 07-00048 | Wolfrum Michael | 208 Miller Ave | Chesilhurst | NJ | 08089 | Salem |
|---|---|---|---|---|---|---|
| 07-00039 | Marshall William & Anna | 541 Berlin Rd | Clementon | NJ | 08021 | Salem |
| 135608 | Bell Courts | 136 Glover Ave | Mount Ephraim | NJ | 08059 | Salem |
| 135708 | Bell Courts | 136 Glover Ave | Mount Ephraim | NJ | 08059 | Salem |
| 135808 | Bell Courts | 136 Glover Ave | Mount Ephraim | NJ | 08059 | Camden |
| 136408 | Bell Courts | 136 Glover Ave | Mount Ephraim | NJ | 08059 | Camden |
| 136508 | Bell Courts | 136 Glover Ave | Mount Ephraim | NJ | 08059 | Camden |
| 136608 | Bell Courts | 136 Glover Ave | Mount Ephraim | NJ | 08059 | Camden |
| 070038 | Sinkevich A | 4359 Duval St | Spring Hill | NJ | 34606 | Camden |
| 08-004 | Evergreen Lounge Inc | 601 N White Horse Pike | Somerdale | NJ | 08083 | Camden |
| 08-00063 | Kelley Benita A | 3101 Unruh Ave | Philadelphia | PA | 19149 | Philadelphia |
| 2008-5276 | Cettei David F & Kathleen M | Po Box 717 | Cape May Court House | NJ | 08210 | Camden |
| 2006-0009 | Malinowski Anthony & Eric | 936 Old York Rd | Branchburg | NJ | 08876 | Camden |
| 08-00163 | Bragg Thomas L | 387 Gould Ave | Bridgeton | NJ | 08302 | Camden |
| 07-00065 | Gatto Jonathan | 2532 S Clarion St | Philadelphia | PA | 19148 | Philadelphia |
| 08-00045 | Menz Paul & Melena | 6415 Whittier Dr | Millville | NJ | 08332 | Camden |
| 06-00064 | Jupin Brian | 7600 Raymond Dr | Millville | NJ | 08332 | Camden |
| 070011 | Smith Queen | Po Box 193 | Rosenhayn | NJ | 08352 | Camden |
| 07-050 | Cagle Beatrice G | Po Box 47 | Delmont | NJ | 08314 | Camden |
| 2006-0056 | Luizzi Angelina R | 5200 Hilltop Dr Apt Cc6 | Brookhaven | NJ | 19015 | Delaware |
| 06-00008 | Smith Lester W & Elizabeth | 317 Florence Blvd | Williamstown | NJ | 08094 | Cape May |
| 2008-60 | Lee Darryl | 255 Morton Ave | Paulsboro | NJ | 08066 | Cape May |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08-645 | Perry Beverly | 271 Pitman Ave | Hamilton | NJ | 08610 | Cumberland |
| 070988 | Wiggins Clarence | 58 Murray St | Trenton | NJ | 08618 | Cumberland |
| 071181 | Fabrikant Michael | Po Box 487 | Morganville | NJ | 07751 | Cumberland |
| 072004 | Deltoro Luis A & Carmen O | 1116 Genesee St | Trenton | NJ | 08610 | Cumberland |
| 082186 | Jones Richard | 43 Louisiana Ave | Ewing | NJ | 08638 | Cumberland |
| 080928 | Hirshfield Ann Marie | 1 Edwards Plz | Trenton | NJ | 08618 | Cumberland |
| 07-027 | Watson Norman L & Anna L | Po Box 842 | Penns Grove | NJ | 08069 | Gloucester |
| 08-080 | Rivera Gloria & Pedro | 256 Birch St | Carneys Point | NJ | 08069 | Gloucester |
| 05-014 | Sistrunk James Leroy | 78 Hubble Ave | Salem | NJ | 08079 | Gloucester |
| 07-053 | Dwight Ruben | 236 Keasbey St | Salem | NJ | 08079 | Mercer |