UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | ORDER GRANTING ADMISSION OF JEFFREY M. EILENDER PRO HAC VICE<br><br>Master Docket No. 12-1893(MAS)(TJB) |

RECEIVED JUN 24 2013 AT 8:30 WILLIAM T. WALSH CLERK

This motion having been opened to the Court by Aytan Bellin, Esq., of counsel to Schlam Stone & Dolan LLP, attorney for Defendants Mooring Tax Asset Group, Inc. and MTAG Services LLC, upon their application for an order Jeffrey M. Eilender, attorney-at-law of the State of New York *pro hac vice*, and the Court having considered the motion and good cause having been shown:

IT IS on this 24th day of June, 2013, ORDERED as follows:

1. Jeffrey M. Eilender is admitted *pro hac vice* to appear in this matter on behalf of Defendant.

2. Jeffrey M. Eilender is required to abide by the rules governing this Court.

3. Jeffrey M. Eilender is deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against his law office that may arise out of their participation in this matter.

4. Aytan Y. Bellin, of counsel to Schlam Stone & Dolan LLP, and a member of the bar of the Court, has entered an appearance in this case and shall be counsel of record in accordance with Local Civil Rule 101.1(c)(4).

5. In accordance with Local Civil Rule 101.1(c)(3), Jeffrey M. Eilender will make a payment of $150.00 payable to the Clerk, USDC.

RECEIVED JUL 15 2013 AT 8:30 WILLIAM T. WALSH CLERK

SO ORDERED:

_____

[Docket Entry No. 248] is terminated.