RECEIVED

JUL 16 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |

**ORDER ADMITTING MINDY B. PAVA**
*PRO HAC VICE*

This matter having been presented to the Court by Lite DePalma Greenberg, LLC for the entry of an Order allowing the appearance *pro hac vice* of Mindy B. Pava for all purposes in the above captioned matter, and the Court having reviewed the Certifications of Bruce D. Greenberg and Mindy B. Pava, which reflects that counsel satisfies the requirements set forth in L.Civ.R. 101.1(c)(1); and there being no opposition to this application; and for good cause having been shown;

IT IS on this 16th day of July, 2013

**ORDERED,** that Mindy B. Pava is hereby admitted *pro hac vice* for all purposes of representing the plaintiffs in the above entitled action,

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

**IT IS FURTHER ORDERED** that the movant shall (a) be the attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such

381224.1

service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers filed with the Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter; and

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 101.1(c), counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if she has not already made contributions, and shall do so for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c) (3), Mindy B. Pava shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey for admission *pro hac vice*; and

**IT IS FURTHER ORDERED** that Mindy B. Pava shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibilty</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and

**IT IS FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c), Mindy B. Pava is deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

381224.1