

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

July 16, 2013

**ELECTRONICALLY FILED**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
 District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:   *In re New Jersey Tax Sales Certificates Antitrust Litig.*
             *Master Docket No.: 3:12-CV-01893-MAS-TJB*

Dear Judge Shipp:

    We are Interim Liaison Counsel for Plaintiffs in the above matter. We are writing with regard to the Exhibit H attached to the Declaration of Seth Gassman filed on July 12, 2013 in connection with Plaintiffs' Motion for Preliminary Approval of Settlements and Preliminary Certification of Settlement Class, Appointment of Interim Class Counsel as Settlement Class Counsel and Deferral of Class Notice, and supporting exhibits. There is a correction for Exhibit H, as Section II of the notice incorrectly refers to Richard J. Pisciotta instead of Isadore H. May. We therefore, revised the notice to reflect Isadore H. May's name in Section II (page 2) instead of Mr. Pisciotta's name.

    The prepared Order was revised to reflect the redemption discounts negotiated with the defendants May and Pisciotta (page 5). Therefore, we enclose a revised Order reflecting the change.

    If Your Honor has any questions regarding the enclosed documents, please contact me.

                              Respectfully,

                              */s/ Bruce D. Greenberg*
                              Bruce D. Greenberg

BDG:al
Enclosure

383248.1