**DOCUMENT ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re New Jersey Tax Sales Certificates Antitrust Litigation | Master Docket No: 3:12-cv-01893-MAS-TJB |

**NOTICE OF MOTION TO ADMIT JAMES J. McELDREW, III,**
***PRO HAC VICE* TO APPEAR ON BEHALF OF PLAINTIFFS IN THIS MATTER**

TO COUNSEL FOR DEFENDANTS:

PLEASE TAKE NOTICE that on August 19, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs, Melissa Jacobs, Anthony D. Bertucci, Jr., and Wayne D. Peters, will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an order granting the *pro hac vice* admission of James J. McEldrew, III.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the certifications of James J. McEldrew, III and Natalie Finkelman Bennett in support of this application.

PLEASE TAKE FURTHER NOTICE that the within application is made upon the papers, and unless opposition is filed, no oral argument is requested.

A proposed form of Order accompanies this Notice of Motion.

Dated: July 23, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　　/s/Natalie Finkelman Bennett
　　　　　　　　　　　　　　　　　　　　　Natalie Finkelman Bennett
　　　　　　　　　　　　　　　　　　　　　SHEPHERD, FINKELMAN, MILLER
　　　　　　　　　　　　　　　　　　　　　　& SHAH, LLP
　　　　　　　　　　　　　　　　　　　　　475 White Horse Pike
　　　　　　　　　　　　　　　　　　　　　Collingswood, NJ 08107
　　　　　　　　　　　　　　　　　　　　　Telephone: 856-858-1770
　　　　　　　　　　　　　　　　　　　　　Facsimile: 856-858-7012
　　　　　　　　　　　　　　　　　　　　　nfinkelman@sfmslaw.com