UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

**IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG.**

_____

Master Dkt. No. 3:12-CV-01893-MAS-TJB

CLASS ACTION

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the plaintiff ARLENE DAVIES in the above-captioned matter.

Dated: July 18, 2013

    MICHAEL PERLE, LLC
    *s/Michael R. Perle*
    By:
    Michael R. Perle
    1265 PATERSON PLANK ROAD
    SECAUCUS, NJ 07094
    201-377-5957
    m.perle@earthlink.net