**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION** | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Master Docket No. 12-1893(MAS)(TJB) |

     Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

        1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

        2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

PRO HAC VICE ATTORNEY INFORMATION

Name:        Jeffrey M. Eilender

Address:     Schlam, Stone & Dolan LLP
                26 Broadway
                New York, NY 10004

E-mail:       jme@schlamstone.com

**BELLIN & ASSOCIATES LLC**

By:   /s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq. (AB-0123)
85 Miles Avenue
White Plains, NY 10606
Telephone No.: (914) 358-5345
Facsimile No.: (212) 571-0284
Aytan.bellin@bellinlaw.com