

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

August 7, 2013

**<u>ELECTRONICALLY FILED</u>**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:   *<u>In re New Jersey Tax Sales Certificates Antitrust Litig.</u>*
            *<u>Master Docket No.: 3:12-CV-01893-MAS-TJB</u>*

Dear Judge Shipp:

    On behalf of plaintiffs, and as discussed with Your Honor's law clerk, David, enclosed are the revised proposed forms of Order in connection with plaintiffs' pending motions for preliminary approval of settlements with certain defendants.

    Thank you very much for your consideration.

                          Respectfully submitted,

                          */s/ Bruce D. Greenberg*
                          Bruce D. Greenberg

BDG:al
Enclosure

383248.1