RECEIVED

AUG - 8 2013

AT 8:30
WILLIAM T. WALSH
CLERK

DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re New Jersey Tax Sales Certificates Antitrust Litigation | Master Docket No: 3:12-cv-01893-MAS-TJB |

### [PROPOSED] ORDER ADMITTING JAMES J. McELDREW, III, ESQUIRE *PRO HAC VICE* TO APPEAR ON BEHALF OF PLAINTIFFS IN THIS MATTER

WHEREAS, this Court having reviewed the materials submitted in support of the motion to admit James J. McEldrew, III, *pro hac vice,* it is hereby ORDERED that:

1. James J. McEldrew, III, is hereby admitted *pro hac vice* to appear in this matter on behalf of Plaintiffs, Melissa Jacobs, Anthony D. Bertucci, Jr., and Wayne D. Peters;

2. James J. McEldrew, III, is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules and Local Civil Rule 101.1(c) ;

3. James J. McEldrew, III, is hereby required to notify this Court of any matter affecting his standing at the bar of any court;

4. James J. McEldrew, III, shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney-of-record authorized to practice in this State and before this Court, who shall be held responsible for them and for the conduct of the attorney admitted *pro hac vice*;

5. James J. McEldrew, III, shall make payment of $150.00 to the Clerk of the United

States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days of entry of this Order; and

6. James J. McEldrew, III, shall comply with the obligations of any attorney admitted to practice in this Court, and shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

IT IS SO ORDERED.

Dated: August 8, 2013

By: _____
Tonianne J. Bongiovanni, U.S.M.J.

The Clerk of the Court is directed to terminate the Pro Hac Vice Motion, Docket Entry No. 270.