UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | : CONSOLIDATED CIVIL CLASS ACTION<br>: NO: 3:12-CV-01893-MAS-TJB<br>: **DEFENDANT CCTS CAPITAL, LLC AND CRESTAR CAPITAL, LLC'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

TO: Bruce D. Greenberg, Esquire
    LITE DEPALMA GREENBERG LLC
    Two Gateway Center, Suite 1201
    Newark, NJ 07102-5003

PLEASE TAKE NOTICE that on **Monday, October 7, 2013 at 9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned counsel for CCTS Capital, LLC and Crestar Capital, LLC shall move the Court at 402 East State Street, Trenton, New Jersey 08608 for an Order granting judgment in their favor and against the Plaintiffs on all counts of the Consolidated Master Class Action Complaint, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, defendants will rely on the accompanying Memorandum of Law and proposed form of Order and request oral argument to the extent any opposition to this motion is filed.

Respectfully Submitted:

/s/ Jay E. Kagan
Jay E. Kagan, Esquire
Matthew Faranda-Diedrich, Esquire
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for CCTS Capital, LLC and Crestar Capital, LLC*

Dated: September 12, 2013

11281278_1