UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | : <br> : CONSOLIDATED CIVIL CLASS ACTION <br> : NO: 3:12-CV-01893-MAS-TJB <br> : <br> : |

### (PROPOSED) ORDER

**AND NOW**, this _____ day of _____, 2013, upon consideration of Defendants' CCTS Capital, LLC and Crestar Capital, LLC's Motion for Judgment on the Pleadings, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and the Plaintiffs' Consolidated Master Class Action Complaint is **HEREBY DISMISSED, WITH PREJUDICE.**

BY THE COURT:

_____ J.