UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| IN RE:  NEW JERSEY TAX SALES | : | CONSOLIDATED CIVIL CLASS ACTION |
| CERTIFICATES ANTITRUST LITIGATION | : | NO:  3:12-CV-01893-MAS-TJB |
| | : | **CERTIFICATE OF SERVICE** |

    I, Matthew Faranda-Diedrich,  Esquire, do certify that DEFENDANT CCTS CAPITAL, LLC AND CRESTAR CAPITAL, LLC'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AND SUPPORTING MEMORANDUM OF LAW, PROPOSED FORM OF ORDER AND CERTIFICATE OF SERVICE were filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record, as follows:

**PLEASE SEE ATTACHED COUNSEL LIST**

/s/ Jay E. Kagan
Jay E. Kagan, Esquire
Matthew Faranda-Diedrich, Esquire
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for CCTS Capital, LLC and
Crestar Capital, LLC*

Dated:  September 12, 2013

**This document has been electronically filed and is available for viewing and downloading from the ECF system.**

11281278_1

# Counsel Service List

**NICOLE M. ACCHIONE**
Schnader Harrison Segal & Lewis LLP
Woodland Falls Corporate Park
220 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1165
856-482-5222
856-482-6980 (fax)
nacchione@schnader.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**RONALD ENGLISH**
*(Consol Plaintiff)*

**JEROME A. BALLAROTTO**
143 WHITE HORSE AVENUE
TRENTON, NJ 08610
(609) 581-8555
jabesquire@aol.com
*Assigned: 02/27/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**BURLINGTON ASSEMBLY OF GOD/FOUNTAIN OF LIFE CENTER**
*(Defendant)*

**AYTAN YEHOSHUA BELLIN**
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, NY 10606
914-358-5345
212-571-0284 (fax)
aytan.bellin@bellinlaw.com
*Assigned: 03/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MOORING TAX ASSET GROUP, LLC,**
*(Consol Defendant)*

**MTAG SERVICES, LLC**
*(Defendant)*

**NATALIE FINKELMAN BENNETT**
SHEPHERD, FINKELMAN, MILLER

representing

**ANTHONY D. BERTUCCI, JR.**
*(Consol Plaintiff)*

& SHAH, LLP
475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909
(856) 858-7012
nfinkelman@sfmslaw.com
*Assigned: 10/09/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MELISSA JACOBS**
*(Consol Plaintiff)*

**WAYNE D. PETERS**
*(Consol Plaintiff)*

**KEITH A. BONCHI**
GOLDENBERG, MACKLER &
SAYEGH, P.A.
A PROFESSIONAL CORPORATION
660 NEW ROAD
SUITE 1-A
NORTHFIELD, NJ 08225
(609) 646-0222
keith@gmslaw.com
*Assigned: 05/25/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**ISADORE MAY**
*(Defendant)*

**JACOB SAGNER BUURMA**
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
973-643-7000
jbuurma@sillscummis.com
*Assigned: 05/03/2012*
*TERMINATED: 03/22/2013*
*ATTORNEY TO BE NOTICED*

representing

**WILLIAM COLLINS**
*(Defendant)*

**JAMES E. CECCHI**
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO,

representing

**BBX CAPITAL
CORPORATION**
*(Defendant)*

P.C.
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
(973) 994-1744 (fax)
jcecchi@carellabyrne.com
*Assigned: 02/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FIDELITY TAX, LLC**
*(Defendant)*

**BRYAN L. CLOBES**
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
1101 MARKET STREET
SUITE 2650                          representing    **RONALD ENGLISH**
PHILADELPHIA, PA 19107                              *(Consol Plaintiff)*
(215) 864-2800
bclobes@caffertyclobes.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARK R. CUKER**
WILLIAMS, CUKER &
BEREZOFSKY, ESQS.
WOODLAND FALLS CORPORATE
CENTER
210 LAKE DRIVE EAST                                **JEANNE VAN DUZER LANG**
SUITE 101                           representing    **BOYER**
CHERRY HILL, NJ 08002-1163                          *(Plaintiff)*
(856) 667-0500
8566675133 (fax)
mcuker@wcblegal.com
*Assigned: 05/08/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THADDEUS JOHN DEL GUERCIO**      representing    **U.S. BANK N.A.**
MCMANIMON & SCOTLAND                                *(Consol Defendant)*

ONE RIVERFRONT PLAZA
FOURTH FLOOR
NEWARK, NJ 07102
973-622-1800
tdelguercio@mandslaw.com
*Assigned: 09/25/2012*
*TERMINATED: 03/11/2013*
*ATTORNEY TO BE NOTICED*

**STEPHEN V. FALANGA**
CONNELL FOLEY, LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1765          representing          **National Tax Lien Association**
(973) 535-0500                                         *(Interested Party)*
sfalanga@connellfoley.com
*Assigned: 07/06/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                       **GARY I. BRANSE**
                                                       *(Defendant)*

                                                       **MICHAEL G. DELUCA**
                                                       *(Defendant)*

**MATTHEW PETER FARANDA-
DIEDRICH**
DILWORTH PAXSON LLP
1500 MARKET STREET
SUITE 3500E
PHILADELPHIA, PA 19102          representing          **CCTS CAPITAL LLC**
215-575-7326                                          *(Consol Defendant)*
mfd@dilworthlaw.com
*Assigned: 07/12/2012*
*ATTORNEY TO BE NOTICED*

                                                       **CRESTAR CAPITAL, LLC**
                                                       *(Consol Defendant)*

**R. BRENDAN FEE**          representing          **ROYAL BANCSHARES OF**

11282747_1

MORGAN LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103
215-963-5136
bfee@morganlewis.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PENNSYLVANIA, INC.**
*(Defendant)*


**CRUSADER SERVICING
CORP.**
*(Defendant)*

**ROYAL TAX LIEN
SERVICES, LLC**
*(Defendant)*

**ROYAL BANK AMERICA**
*(Consol Defendant)*


**DAVID FORNAL**
MASELLI WARREN PC
600 ALEXANDER ROAD
PRINCETON, NJ 08540
609-452-8422
dfornal@maselliwarren.com
*Assigned: 01/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**PLYMOUTH PARK TAX
SERVICES, LLC**
*(Defendant)*


**PATRICIA B. FUGEE**
ROETZEL & ANDRESS LPA
ONE SEAGATE
SUITE 1700
TOLEDO, OH 43604
419-242-7985
pfugee@ralaw.com
*Assigned: 01/29/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**AMERICAN TAX FUNDING,
LLC.**
*(Defendant)*

11282747_1

**JOSHUA C. GILLETTE**
GIBBONS PC
ONE GATEWAY CENTER
NEWARK, NJ 07102
973-596-4675
973-639-8399 (fax)
jgillette@gibbonslaw.com
*Assigned: 03/08/2013*
*ATTORNEY TO BE NOTICED*

representing

**VINAYA J. JESSANI**
*(Defendant)*

**JEFFREY J. GREENBAUM**
SILLS CUMMIS & GROSS P.C.
THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5400
(973) 643-7000
jgreenbaum@sillscummis.com
*Assigned: 05/03/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**WILLIAM COLLINS**
*(Defendant)*

**BRUCE DANIEL GREENBERG**
LITE DEPALMA GREENBERG, LLC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com
*Assigned: 04/27/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MSC, LLC**
*(Consol Plaintiff)*

**JEANNE VAN DUZER LANG BOYER**
*(Plaintiff)*

**ARLENE DAVIES**
*(Plaintiff)*

**Gila Bauer**
*(Plaintiff)*

**MELISSA JACOBS**
*(Consol Plaintiff)*

**CHRISTOPHER MATTHEW HEMRICK**
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-535-0500
chemrick@connellfoley.com
*Assigned: 03/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**GARY I. BRANSE**
*(Defendant)*

**MICHAEL G. DELUCA**
*(Defendant)*

**HAROLD M HOFFMAN**
240 GRAND AVENUE
ENGLEWOOD, NJ 07631
(201) 569-0086
(201) 221-7890 (fax)
hoffman.esq@verizon.net
*Assigned: 06/11/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**FOXMOOR AT NEWFIELD LLC**
*(Consol Plaintiff)*

**RAYMOND V. CONTARINO, JR.**
*(Consol Plaintiff)*

**WILLIAM J. HUGHES, JR.**
COOPER, LEVENSON, APRIL, NIEDELMAN & WAGENHEIM, PA
1125 ATLANTIC AVENUE
3RD FLOOR
ATLANTIC CITY, NJ 08401
(609) 572-7512
609-572-7513 (fax)
whughes@cooperlevenson.com
*Assigned: 06/12/2012*

representing

**M.D. SASS INVESTORS SERVICES, INC.**
*(Consol Defendant)*

11282747_1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - III, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - IV, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - V, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS-VI, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - I, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS -II, L.P.**
*(Defendant)*

**M.D. SASS TAX LIEN MANAGEMENT L.L.C.**
*(Consol Defendant)*

**M.D. SASS TAX LIEN MANAGEMENT LLC**
*(Consol Defendant)*

**CHRISTOPHER IANNICELLI**
MORGAN, LEWIS & BOCKIUS, LLP
502 CARNEGIE CENTER
PRINCETON, NJ 08540
(609) 919-6623
ciannicelli@morganlewis.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**ROYAL BANCSHARES OF PENNSYLVANIA, INC.**
*(Defendant)*

**CRUSADER SERVICING CORP.**
*(Defendant)*

**ROYAL TAX LIEN SERVICES, LLC**
*(Defendant)*

**EDWIN JOSEPH JACOBS, JR.**
JACOBS & BARBONE
1125 PACIFIC AVENUE
ATLANTIC CITY, NJ 08401
609 348-1125
arthurjmurrayesq@aol.com
*Assigned: 03/05/2013*
*LEAD ATTORNEY*

representing

**BETTY SIMON TRUSTEE, L.L.C.**
*(Defendant)*

**RICHARD SIMON TRUSTEE**
*(Defendant)*

**JOSEPH WOLFSON**
*(Defendant)*

**STEVEN MARK JANOVE**
LAW OFFICES OF STEVE M. JANOVE, LLC
413 ROUTE 70 EAST
CHERRY HILL, NJ 08034
(856) 857-9400
(856) 857-9455 (fax)

representing

**CCTS TAX LIENS I, LLC**
*(Consol Defendant)*

11282747_1

sjanove@janovelaw.com
*Assigned: 10/05/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CCTS TAX LIENS II LLC.**
*(Defendant)*

**CCTS, LLC**
*(Defendant)*

**DSBD LLC**
*(Defendant)*

**PRO CAPITAL LLC**
*(Consol Defendant)*

**DAVID BUTLER**
*(Defendant)*

**DAVID M. FARBER**
*(Defendant)*

**CCTS TAX LIENS II, LLC**
*(Consol Defendant)*

**DSBD, LLC**
*(Consol Defendant)*

**JAY E. KAGAN**
DILWORTH PAXSON LLP
LIBERTY VIEW
457 HADDONFIELD ROAD
SUITE 700                               representing          **CCTS CAPITAL LLC**
CHERRY HILL, NJ 08034                                         *(Consol Defendant)*
856 663-8877
jkagan@dilworthlaw.com
*Assigned: 10/22/2012*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CRESTAR CAPITAL, LLC**
*(Consol Defendant)*

**PATRICIA MULVOY KIPNIS**
BAILEY & GLASSER LLP
135 Kings Highway E.
3d Floor E.
Haddonfield, NJ 08033
856-795-0378
pkipnis@baileyglasser.com
*Assigned: 06/11/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**LANA J.F. LEDFORD**
*(Consol Plaintiff)*

**SAMUEL W. LEDFORD**

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
304-342-1110 (fax)
pkipnis@baileyglasser.com
*(Consol Plaintiff)*

**CHRISTOPHER JAMES KOLLER**
CHRISTOPHER J. KOLLER, ESQ.
27 WARREN STREET, SUITE 304
HACKENSACK, NJ 07601
(201) 487-0110
cjkatty@hotmail.com
*Assigned: 10/05/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**ROBERT E. ROTHMAN**
*(Consol Defendant)*

**DAVID MICHAEL LAIGAIE**
DILWORTH PAXTON LLP
3200 MELLON BANK CENTER
1735 MARKET STREET

representing

**CCTS CAPITAL LLC**
*(Consol Defendant)*

11282747_1

PHILADELPHIA, PA 19103-7595
215 575-7168
dlaigaie@dilworthlaw.com
*Assigned: 07/13/2012*
*TERMINATED: 05/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **CRESTAR CAPITAL, LLC**<br>*(Consol Defendant)* |
| **ARNOLD CARL LAKIND**<br>SZAFERMAN, LAKIND,<br>BLUMSTEIN, BLADER &<br>LEHMANN , PC<br>QUAKERBRIDGE EXECUTIVE<br>CENTER<br>101 GROVERS MILL ROAD<br>SUITE 200<br>LAWRENCEVILLE, NJ 08648<br>(609) 275-0400<br>609-275-4511 (fax)<br>alakind@szaferman.com<br>*Assigned: 10/19/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **RICHARD PISCOTTA, JR**<br>*(Consol Defendant)* |
|  |  | **RICHARD PISCOTTA, JR**<br>*(Defendant)* |
| **ROBIN LONDON-ZEITZ**<br>GARY C. ZEITZ, LLC<br>1105 Laurel Oak Road, Suite 136<br>Voorhees, NJ 08043<br>(856) 857-1222<br>rzeitz@zeitzlawfirm.com<br>*Assigned: 04/02/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **STEIN & ZEITZ LLC**<br>*(Defendant)* |
| **LAWRENCE S. LUSTBERG**<br>GIBBONS, PC | representing | **VINAYA J. JESSANI**<br>*(Defendant)* |

11282747_1

ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
(973) 596-4731
llustberg@gibbonslaw.com
*Assigned: 03/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL RAYMOND
MIGNOGNA**
MATTLEMAN, WEINROTH &
MILLER, P.C.
401 ROUTE 70 EAST
SUITE 100
CHERRY HILL, NJ 08034
856-429-5507
856-429-9036 (fax)
mmignogna@mwm-law.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**LANA J.F. LEDFORD**
*(Consol Plaintiff)*

**SAMUEL W. LEDFORD**

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
304-342-1110 (fax)
pkipnis@baileyglasser.com
*(Consol Plaintiff)*

**BRYAN H. MINTZ**
PARIS ACKERMAN & SCHMIERER
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068
973-228-6667
973-629-1246 (fax)
bryan@paslawfirm.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**T&B ASSOCIATES, INC.**
*(Consol Plaintiff)*

11282747_1

| | | |
|---|---|---|
| **MICHAEL F. MYERS**<br>JACOBS & BARBONE PA<br>1125 PACIFIC AVENUE<br>ATLANTIC CITY, NJ 08401<br>609-348-1125<br>jacobsbarbone@comcast.net<br>*Assigned: 03/05/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **BETTY SIMON TRUSTEE,**<br>**L.L.C.**<br>*(Defendant)* |
| | | **RICHARD SIMON TRUSTEE**<br>*(Defendant)* |
| | | **JOSEPH WOLFSON**<br>*(Defendant)* |
| **WILLIAM W. NORTHGRAVE**<br>MCMANIMON & SCOTLAND, LLC<br>ONE RIVERFRONT PLAZA<br>4TH FLOOR<br>NEWARK, NJ 07102-5408<br>(973) 622-1800<br>wnorthgrave@mandslaw.com<br>*Assigned: 09/26/2012*<br>*TERMINATED: 03/11/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **U.S. BANK N.A.**<br>*(Consol Defendant)* |
| **SABRINA ARLENE PERELMAN**<br>WEIL GOTCHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>212-310-8752<br>sabrina.perelman@weil.com<br>*Assigned: 04/26/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **M.D. SASS INVESTORS**<br>**SERVICES, INC.**<br>*(Consol Defendant)* |
| | | **M.D. SASS MUNICIPAL**<br>**FINANCE PARTNERS - I, L.P.**<br>*(Defendant)* |

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - III,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - IV,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - V,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS -II, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS-VI,
LLC**
*(Consol Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT L.L.C.**
*(Consol Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT LLC**
*(Consol Defendant)*

**MICHAEL R PERLE**
1265 Paterson Plank Road
Suite 3A
Secaucus, NJ 07094
201-377-5957
212-864-0423 (fax)
m.perle@earthlink.net
*Assigned: 03/28/2012*

representing

**JEANNE VAN DUZER LANG
BOYER**
*(Plaintiff)*

11282747_1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ARLENE DAVIES**
*(Plaintiff)*

**JOHN N. POULOS**
POULOS LOPICCOLO PC
1305 SOUTH ROLLER ROAD
OCEAN, NJ 07712
732-673-6264
poulos@pllawfirm.com
*Assigned: 10/03/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**SENATORE BUILDERS**
*TERMINATED: 01/29/2013*
*(Consol Plaintiff)*

**WILLIAM A. RIBACK**
WILLIAM RIBACK, LLC
132 HADDON AVENUE
HADDONFIELD, NJ 08033
(856) 857-0008
(856) 857-0028 (fax)
ribacklaw@aol.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**LANA J.F. LEDFORD**
*(Consol Plaintiff)*

**SAMUEL W. LEDFORD**

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
304-342-1110 (fax)
pkipnis@baileyglasser.com
*(Consol Plaintiff)*

**LISA J. RODRIGUEZ**
Schnader Harrison Segal & Lewis LLP
Woodland Falls Corporate Park
220 Lake Drive East

representing

**RONALD ENGLISH**
*(Consol Plaintiff)*

11282747_1

Suite 200
Cherry Hill, NJ 08002-1165
856-482-5222
856-482-6980 (fax)
ljrodriguez@schnader.com
*Assigned: 06/08/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C. SHAH**
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909             representing     **ANTHONY D. BERTUCCI, JR.**
(856) 858-1770                                           *(Consol Plaintiff)*
(856) 858-7012 (fax)
jshah@sfmslaw.com
*Assigned: 03/07/2013*
*ATTORNEY TO BE NOTICED*

                                                        **MELISSA JACOBS**
                                                        *(Consol Plaintiff)*

                                                        **WAYNE D. PETERS**
                                                        *(Consol Plaintiff)*

**FREDRIC LEIGH SHENKMAN**
COOPER, LEVENSON, APRIL,
NIEDELMAN & WAGENHEIM, PA
1125 ATLANTIC AVENUE
3RD FLOOR
ATLANTIC CITY, NJ 08401-1125            representing     **M.D. SASS INVESTORS**
(609) 344-3161                                          **SERVICES, INC.**
fshenkman@cooperlevenson.com                            *(Consol Defendant)*
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                        **M.D. SASS MUNICIPAL**
                                                        **FINANCE PARTNERS - III,**
                                                        **LLC**

*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - IV,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - V,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS-VI,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - I, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS -II, L.P.**
*(Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT L.L.C.**
*(Consol Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT LLC**
*(Consol Defendant)*

**ANDREW BRIAN SMITH**
SMITH & SCHWARTZSTEIN LLC
18 MACCULLOCH AVENUE
MORRISTOWN, NJ 07960
973-206-1725
asmith@sslegalservices.com

representing

**T&B ASSOCIATES, INC.**
*(Consol Plaintiff)*

11282747_1

*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANDREW TODD SOLOMON**
SULLIVAN & WORCESTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
(212) 660-3000
asolomon@sandw.com
*Assigned: 03/07/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**STEPHEN E HRUBY**
*(Consol Defendant)*

**SHALOM DAVID STONE**
WALDER, HAYDEN & BROGAN,
PA
5 BECKER FARM ROAD
ROSELAND, NJ 07068-1727
(973) 992-5300
sdstone@whbesqs.com
*Assigned: 03/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**PHOENIX FUNDING, INC.**
*(Defendant)*

**BENEDICT CAIOLA**
*(Defendant)*

**PERRY S. WARREN**
MASELLI WARREN, PC
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411
pwarren@maselliwarren.com
*Assigned: 01/10/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**PLYMOUTH PARK TAX
SERVICES, LLC**
*(Defendant)*

**JACK WENIK**
SILLS CUMMIS & GROSS PC
ONE RIVERFRONT PLAZA

representing

**WILLIAM COLLINS**
*(Defendant)*

11282747_1

NEWARK, NJ 07102-5400
(973) 643-7000
jwenik@sillscummis.com
*Assigned: 05/03/2012*
*ATTORNEY TO BE NOTICED*

**ROBERT ALAN WHITE**
GOLDBERG SEGALLA LLP
902 CARNEGIE CENTER
SUITE 100
PRINCETON, NJ 08540          representing    **CRUSADER SERVICING**
(609) 986-1365                               **CORP.**
609-986-1301 (fax)                           *(Defendant)*
RWhite@goldbergsegalla.com
*Assigned: 03/28/2012*
*TERMINATED: 01/10/2013*
*ATTORNEY TO BE NOTICED*

**ROYAL BANCSHARES OF**
**PENNSYLVANIA, INC.**
*(Defendant)*

**ROYAL TAX LIEN**
**SERVICES, LLC**
*(Defendant)*

**ANDREW R. WOLF**
The Wolf Law Firm, LLC
1520 U.S. HIGHWAY 130
SUITE 101
NORTH BRUNSWICK, NJ 08902                    **JEANNE VAN DUZER LANG**
732-545-7900                 representing     **BOYER**
732-545-1030 (fax)                            *(Plaintiff)*
awolf@wolflawfirm.net
*Assigned: 06/26/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*