**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiffs' Memorandum of Law in Opposition to Motion tor Judgment on the Pleadings by Defendants CCTS Capital, LLC and Crestar Capital, LLC and Certificate of Service were electronically filed and served upon all counsel via the court's CM/ECF filing system

Date: September 24, 2013                    **LITE DePALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
(973) 623-3000

*Interim Liaison Counsel*

1

388988.1