CHRISTOPHER J. KOLLER, ESQ.
27 Warren Street
Suite 304
Hackensack, New Jersey 07601
(201) 487-0110
cjkatty@hotmail.com
Attorney for Defendant Robert Rothman

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG.<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No. 3:12-CV-01893-MAS-TJB |

**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF
JESENKA MRDJENOVIC**

Kindly withdraw the *pro hac* appearance of and electronic notification to Jesenka Mrdjenovic in this consolidated action on behalf of Defendant Robert Rothman. Ms. Mrdjenovic is departing from the law firm of Gibson, Dunn & Crutcher LLP effective September 27, 2013. Defendant will continue to be represented by myself, and by D. Jarrett Arp and Rachel S. Brass of Gibson, Dunn & Crutcher LLP, who have already appeared in this matter.

                                                s/s Christopher J. Koller
                                                _____
                                                CHRISTOPHER J. KOLLER, ESQ. (CK4652)
                                                Attorney for Defendant Robert Rothman

Dated:   September 26, 2013