**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JEANNE VAN DUZER LANG BOYER, et al., | : | Civil Action No. 12-1893 (MAS) |
| | : | |
| Plaintiffs, | : | |
| | : | ORDER |
| v. | : | |
| | : | |
| ROBERT W. STEIN, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter having been brought before the Court by Aytan Y. Bellin, Esq., attorney for

Defendants Mooring Tax Asset Group, Inc. and MTAG Services, LLC, on Motion for an Order

allowing Bradley J. Nash, Esq., to appear and participate pro hac vice; and the Court having

considered the moving papers; and this matter being considered without oral argument pursuant to

L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this   27th   day of         September,     2013,

ORDERED that Bradley J. Nash, Esq., be permitted to appear pro hac vice in the

above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed

by Aytan Y. Bellin, Esq., attorney of record for Defendants who is admitted to the Bar of this Court

and shall be held responsible for said papers and for the conduct of the case and who will be held

responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Bradley J. Nash, Esq., shall pay the annual fee to the New Jersey Lawyers'

Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule

1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Bradley J. Nash, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Bradley J. Nash, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Bradley J. Nash, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Bradley J. Nash, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter.

ORDERED that Bradley J. Nash, Esq., shall within thirty (30) days of the date of the entry of this Order file a certification that includes all of the information required by L.Civ.R. 101.1(c)(1), as amended. Failure to do so may result in the revocation of his pro hac vice admission.

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT TERMINATE THIS MOTION [DOCKET ENTRY NO. 287] ACCORDINGLY.**

  s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**