UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE NEW JERSEY TAX SALES
CERTIFICATES ANTITRUST
LITIGATION

Master Docket No. 12-1893 (MAS) (TJB)

**ORDER**

This matter came before the Court for an in-person status conference held on October 8, 2013. The Court heard from the Parties regarding their continuing efforts at settlement, as well as the currently pending motions to dismiss.

**IT IS**, on this 8th day of October, 2013, **ORDERED** that:

1) The Parties shall submit a joint status letter via ECF by 2:00 p.m. on October 18, 2013, indicating the status of the current settlement negotiations between Plaintiffs and Defendants. The joint status letter shall be no longer than five (5) pages.

2) If the Parties have not reached a settlement by October 18, 2013, Plaintiff and each respective non-settling Defendant shall submit an *ex parte*, confidential settlement position letter by 5:00 p.m. on October 21, 2013, which includes monetary offers and demands, via fax to 609-989-0463, not to exceed 5 pages. That letter shall summarize the relevant facts, respective legal positions, status of the case, and their client's position on settlement. Letters that do not include monetary offers and/or demands shall not be accepted. Trial counsel and clients with full settlement authority must attend the oral argument scheduled in paragraph three (3) of this Order. If trial counsel and clients do not attend the argument in person, the argument may be

    cancelled or rescheduled and the non-compliant party and/or attorney may be sanctioned, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

3) Oral argument on the pending motions to dismiss has been scheduled for October 23, 2013, at 10:00 a.m. in Courtroom 7W, Trenton, New Jersey, before the undersigned. Only the non-settling Defendants need to appear.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**