UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re New Jersey Tax Sales Certificates Antitrust Litig.* | Master Docket No. 3:12-cv-01893-MAS-TJB |

## NOTICE TO WITHDRAW FROM MOTIONS TO DISMISS

On September 10, 2013, Defendants M.D. Sass Investors Services, Inc.; M.D. Sass Tax Lien Management, LLC; M.D. Sass Municipal Finance Partners – I, L.P.; M.D. Sass Municipal Finance Partners – II, L.P.; M.D. Sass Municipal Finance Partners – III, LLC; M.D. Sass Municipal Finance Partners – IV, LLC; M.D. Sass Municipal Finance Partners – V, LLC; M.D. Sass Municipal Finance Partners – VI, LLC (collectively, the "M.D. Sass Entities"); Vinaya K. Jessani; and Stephen E. Hruby (collectively with the M.D. Sass Entities, the "Sass Defendants") executed a settlement agreement ("Agreement") with plaintiff class representatives.  As part of the Agreement, the Sass Defendants agreed to withdraw M.D. Sass Defendants' Motion to Dismiss [Dkt. No. 178], Defendant Vinaya K. Jessani's Motion to Dismiss [Dkt. No. 177], and participation in the Defendants' Joint Motion to Dismiss [Dkt. No. 174] without prejudice to renewing their participation in the Motions in the event that final approval of the Agreement is denied or the Agreement is rescinded.

The Sass Defendants therefore respectfully move this Court for an order withdrawing their participation in the Motions [Dkt. Nos. 177, 178, and 174] without prejudice to renewing their participation in the Motions on the terms specified in the Agreement.

Dated: October 29, 2013

Respectfully submitted,

/s/ Joseph S. Allerhand
WEIL, GOTSHAL & MANGES LLP
Joseph S. Allerhand
Jonathan D. Polkes
Bruce A. Colbath
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8752
Fax: (212) 310-8007
joseph.allerhand@weil.com
jonathan.polkes@weil.com
bruce.colbath@weil.com

s/William J. Hughes, Jr.
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
William J. Hughes, Jr.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
Tel: (609) 572-7512
WHUGHES@cooperlevenson.com

*Counsel for M.D. Sass Entities*

/s/ Lawrence S. Lustberg
GIBBONS P.C.
Lawrence S. Lustberg
Joshua C. Gillette
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
llustberg@gibbonslaw.com

*Counsel for Vinaya J. Jessani*


/s/ Andrew T. Solomon
SULLIVAN & WORCESTER LLP
Andrew T. Solomon
1633 Broadway, 32nd Floor
New York, New York 10104
Tel: (212) 660-3000
asolomon@sandw.com

*Counsel for Stephen E. Hruby*