UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG.* | Master Docket No. 3:12-CV-01893- MAS-TJB |

### ORDER WITHDRAWING THE
### CRUSADER DEFENDANTS' MOTIONS TO DISMISS

**THIS MATTER** having come before the Court by way of Defendants Royal Bancshares of Pennsylvania Inc., Royal Bank America, Crusader Servicing Corporation, and Royal Tax Lien Services, LLC (collectively, the "Crusader Defendants") filing of Royal Bancshares of Pennsylvania, Inc., Royal Bank America, and Royal Tax Lien Services, LLC Motion to Dismiss [Dkt. No. 185] (the "Royal Motion"), the Crusader Servicing Corporation's Motion to Dismiss [Dkt. No. 187] (the "Crusader Motion"), and their participation in Defendants' Joint Motion to Dismiss [Dkt. No. 174] (the "Joint Motion"); and

**WHEREAS**, the Crusader Defendants having notified the Court that they executed a settlement agreement ("Agreement") with plaintiff class representatives and in connection with that Agreement, the Crusader Defendants have agreed to withdraw the Royal Motion, the Crusader Motion, and their participation in the Joint Motion, without prejudice to renewing the Motions in the event that final approval of the Agreement is denied or the Agreement is rescinded; and

1

**WHEREAS**, the Court having fully considered the matter and for good cause appearing,

**IT IS** on this 30th day of October, 2013 **HEREBY ORDERED** that:

1. The Royal Motion, the Crusader Motion and the Crusader Defendants' participation in the Joint Motion are hereby withdrawn without prejudice to the Crusader Defendants' rights to renew the Motions in the event that final approval of the Agreement is denied or the Agreement is rescinded.

_____
Honorable Michael A. Shipp, U.S.D.J.