

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

Two Gateway Center, Suite 1201
Newark, NJ 07102

Tel: 973.623.3000
Fax: 973.623.0858
www.litedepalma.com

November 5, 2013

**_ELECTRONICALLY FILED_**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
 District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:   ***In re New Jersey Tax Sales Certificates Antitrust Litig.***
              ***Master Docket No.: 3:12-CV-01893-FLW-TJB***

Dear Judge Shipp:

    Enclosed for Your Honor is the settlement agreement entered into on October 22, 2013 between plaintiff class representatives and Plymouth Park Tax Services, LLC d/b/a Xspand. The parties will file for preliminary approval of this settlement at a later date.

    Thank you very much for your consideration.

                            Respectfully,

                            */s/ Bruce D. Greenberg*
                            Bruce D. Greenberg

BDG:al
Enclosure