**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiffs' First Amended Consolidated Master Class Action Complaint and Certificate of Service were electronically filed and served upon all counsel via the court's CM/ECF filing system.

Date: January 6, 2014                     **LITE DePALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
(973) 623-3000

*Interim Liaison Counsel*

1

400111.1