# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

### (609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 15, 2014

## LETTER ORDER

Re:   **Jeanne Van Duzer Lang Boyer, et al. v. Robert W. Stein, et al.**
      **Civil Action No. 12-1893 (MAS)**

Dear Counsel:

Currently before the Court is Plaintiffs' Motion for a Preliminary Approval of Settlement. [Docket Entry No. 319].   The Court will hold an in-person hearing regarding that motion on **Thursday March 6, 2014 at 10:00 a.m.**

        **IT IS SO ORDERED.**

                        s/ Tonianne J. Bongiovanni
                **TONIANNE J. BONGIOVANNI**
                **United States Magistrate Judge**