# Affidavit of Process Server

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
(NAME OF COURT)

| Jeanne Van Duzer Lang Boyer, et al vs Robert W. Stein, et al | cv-01893-MAS-TJB |
|---|---|
| PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT | CASE NUMBER |

I, Glenn Burroughs, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Lambros Xethalis**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Amended Complaint**

by leaving with **Lambros Xethalis** At
NAME                                           RELATIONSHIP

☑ Residence **1291 Canal Road**                **Princeton, NJ**
ADDRESS                                         CITY / STATE

☐ Business _____
ADDRESS                                         CITY / STATE

On **1/14/14** AT **1:35 p**
DATE                                            TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY      STATE      ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                  DATE      TIME      DATE      TIME

(3) _____ (4) _____ (5) _____
DATE   TIME       DATE   TIME      DATE   TIME

**Description:.** Age **45**  Sex **male**  Race **white**  Height **5'9**  Weight **175**  Hair **brown**  Beard ____  Glasses ____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **17** day of **January**, 20**14**, by **Glenn Burroughs**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

LOUISE HAHN
NOTARY PUBLIC OF NEW JERSEY

NOTARY PUBLIC for the state of **New Jersey**



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS