## SCHLAM STONE & DOLAN LLP

HARVEY M. STONE
RICHARD H. DOLAN
WAYNE I. BADEN
MICHAEL A. BATTLE
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JEFFREY M. EILENDER
JOHN M. LUNDIN
DAVID J. KATZ
JONATHAN MAZER
ERIK S. GROOTHUIS
ROBERT L. BEGLEITER
ELIZABETH WOLSTEIN

26 BROADWAY
NEW YORK, N.Y. 10004

(212) 344-5400
TELECOPIER: (212) 344-7677
www.schlamstone.com

PETER R. SCHLAM (1944-2005)
———
OF COUNSEL
RONALD G. RUSSO
MARY W. ANDERSON
HILLARY S. ZILZ
BRADLEY J. NASH
VITALI S. ROSENFELD
———
NIALL D. O'MURCHADHA
ANDREW S. HARRIS
SAMUEL L. BUTT
RAFFI MELKONIAN

February 5, 2014

**BY ECF AND FACSIMILE (609-989-0463)**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
    for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

RE:   In Re New Jersey Tax Sales Certificates Antitrust Litigation, Master Docket
      No. 12-1893 (MAS)(TJB)

Dear Judge Shipp:

    This firm represents Defendants Mooring Tax Asset Group, LLC and MTAG Services, LLC (the "Mooring Defendants") in the above-referenced matter. Together with counsel for Defendants BBX Capital Corporation and Fidelity Tax, LLC; CCTS Capital LLC, Crestar Capital, LLC, and William S. Green; Michael Deluca and Gary I. Branse; Pat Caraballese and PAM Investors; and David Jelley, we have entered into the enclosed stipulation with Plaintiffs' counsel setting forth a briefing schedule for motion practice with respect to the Second Amended Complaint and setting page limits for the parties' joint and individual briefs. The parties respectfully request that Your Honor so order the stipulation.

    We thank the Court for its attention to this matter and would be happy to answer any questions Your Honor might have.

Respectfully,

Bradley J. Nash

Enclosures

cc: All Counsel of Record (by ECF)