UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>TRENTON</u>                                              <u>March 6, 2014</u>
OFFICE                                                 DATE OF PROCEEDINGS

JUDGE: TONIANNE BONGIOVANNI
DIGITALLY RECORDED

TITLE OF CASE:                                         CV-12-1893 (MAS)

JEANNE VAN DUZER LANG BOYER, et al.,
     V.
ROBERT W. STEIN, et al.,

APPEARANCES:

Jason Zweig, Esq., Seth Gussman, Esq., & Bruce Greenberg, Esq., for plaintiffs'
Erica Sibley, Esq., for defendant Collins
William Hughes, Esq., for defendant M.D. Sass
Joseph Allerhand, Esq., & Michael Bell, Esq., for defendant M.D. Sass (via telephone)
Steve Reed, Esq., & Brandan Fee, Esq., for defendant Crusader (via telephone)
Jason Raofield, Esq., & Perry Warren, Esq., for defendant Plymouth (via telephone)
Laurie Kelly, Esq., for defendant Jessani (via telephone)
Shalom Stone, Esq., for defendant Phoenix (via telephone)
Arlene Davies Present
Todd Zaita Present

NATURE OF PROCEEDING:

Hearing on motion (# 319) by (Plaintiff's Bauer, Davies, & Jacobs) for Preliminary approval of
settlements.
Report and Recommendation to be issued granting motion.
Plaintiff's are to submit status report no later than May 6, 2014.


TIME COMMENCED:   10:40 a.m.                            <u>s/ Mark Morelli</u>
TIME ADJOURNED:     11:10 a.m.                          Deputy Clerk
TOTAL TIME:  30 MINUTES