**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

March 10, 2014

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
 District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

    Re:   *In re New Jersey Tax Sales Certificates Antitrust Litig.*
             *Master Docket No.: 3:12-CV-01893-MAS-TJB*

Dear Judge Shipp:

    Together with our co-counsel, this office represents plaintiffs and the class in this matter. At the March 6 hearing on plaintiffs' motion for preliminary approval of proposed settlements with the Crusader, Sass, Plymouth, and Phoenix Defendants, the Court requested that plaintiffs submit a Word version of the proposed Order granting preliminary approval. I am enclosing a copy of that Order.

    Plaintiffs have made one change to that form of Order as compared to the form in which it was originally submitted. In light of Ms. Davies' apparent opposition to the settlement, we no longer believe it is appropriate to list her as a named plaintiff and have modified paragraph 8 of the proposed Order accordingly.

    Should the Court have any questions about the proposed form of Order, counsel are available at the Court's pleasure. Thank you very much for your consideration.

                        Respectfully,

                        Bruce D. Greenberg

cc:   All counsel (via ECF)
       Ms. Arlene Davies (via e-mail to rcdaviescapemay@gmail.com)

407428.1