UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | : CONSOLIDATED CIVIL CLASS ACTION<br>: NO: 3:12-CV-01893-MAS-TJB<br>:<br>: **DEFENDANTS CRESTAR CAPITAL, LLC, CCTS CAPITAL, LLC AND WILLIAM S. GREEN NOTICE OF MOTION TO DISMISS** |

TO:   Bruce D. Greenberg, Esquire - LITE DEPALMA GREENBERG LLC
         Two Gateway Center, Suite 1201 Newark, NJ  07102-5003

PLEASE TAKE NOTICE that on **Monday, April 7, 2014 at 9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned counsel for Crestar Capital, LLC, CCTS Capital, LLC and William S. Green shall move the Court at 402 East State Street, Trenton, New Jersey 08608 for an Order dismissing all counts of the First Amended Consolidated Master Class Action Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, defendants will rely on the accompanying Memorandum of Law and proposed form of Order and request oral argument to the extent any opposition to this motion is filed.

Respectfully Submitted:

/s/ Jay E. Kagan
Jay E. Kagan, Esquire
Matthew Faranda-Diedrich, Esquire
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for Crestar Capital, LLC, CCTS Capital, LLC and William S. Green*

Dated:  March 14, 2014