## JACOBS & BARBONE, P.A.

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AT LAW**

EDWIN J. JACOBS, JR.

LOUIS M. BARBONE

ARTHUR J. MURRAY

ERIC H. LUBIN

MICHAEL F. MYERS

YOONIEH AHN

**1125 PACIFIC AVENUE**
**ATLANTIC CITY, NEW JERSEY 08401**
**PHONE: (609) 348-1125**
**FAX: (609) 348-3774**
**E-MAIL: JACOBSBARBONE@COMCAST.NET**

March 14, 2014

**<u>Sent Via ECF</u>**

Honorable Michael A. Shipp, U.S.D.J.
402 East State Street
Trenton, New Jersey 08608

Re:   <u>In Re: NJ Tax Sales Cert. Antitrust Lit</u>.
Civil Doc. No. 3:12-cv-01893-MAS-TJB
Our File No. 13,666

Dear Judge Shipp:

We represent defendants Joseph Wolfson, Richard Simon Trustee, and Betty Simon Trustee LLC in the above referenced matter. Attached for Your Honor's approval is a proposed stipulated order extending defendants' time to respond to plaintiff's amended complaint.

Very truly yours,

JACOBS & BARBONE, P.A.
Attorneys for Joseph Wolfson, Richard Simon
Trustee, and Betty Simon Trustee, LLC

/s/ Michael F. Myers
Michael F. Myers, Esquire
Edwin J. Jacobs, Jr., Esquire

Encl.