JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
jacobsbarbone@comcast.net
Attorneys for Defendants Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC

_____

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br>Civil Action No. 3:12-01893(MAS) (TJB)<br><br>**STIPULATION AND ORDER** |

_____

IT IS HEREBY STIPULATED, by and between the undersigned counsel, as follows:

1. The time for Defendants Joseph Wolfson, Richard Simon Trustee and Betty Simon Trustee, LLC to answer, move or otherwise respond to the Second Amended Complaint is extended to and including March 14, 2014.

2. Plaintiffs shall oppose any individual motion to dismiss on or before April 25, 2014 and Defendants shall reply to Plaintiffs' opposition on or before May 16, 2014.

3. In the event that Defendants file a joint moving brief with certain other Defendants, the page limitations of the briefs are governed by a stipulated order filed February 10, 2014.  Otherwise the page limitations of the Federal Rules of Civil Procedure and Local Rules of the District of New Jersey apply.

Dated:  March 13, 2014

LITE DEPALMA GREENBERG, LLC

/s/ Bruce D. Greenberg
Bruce D. Greenberg
Steven J. Greenfogel
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Interim Liaison Counsel

1

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Steve W. Berman_____
Steve W. Berman (admitted pro hac vice)
1918 W. Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Jason A. Zweig_____
Jason A. Zweig (admitted pro hac vice)
555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone: (212) 856-7227

HAUSFELD LP

/s/ Michael D. Hausfeld_____
Michael D. Hausfeld (admitted pro hac vice)
James Pizzirusso (admitted pro hac vice)
Seth R. Gassman (admitted pro hac vice)
Mindy Pava (admitted pro hac vice)
1700 K Street, NW, Suite 650
Washington, DC  20006

Interim Class Counsel

JACOBS & BARBONE, P.A.

/s/ Michael F. Myers
Michael F. Myers
Edwin J. Jacobs, Jr.
1125 Pacific Avenue
Atlantic City, New Jersey 08401
Telephone: (609) 348-1125
jacobsbarbone@comcast.net

Attorneys for Defendants
Joseph Wolfson,
Richard Simon Trustee and Betty
Simon Trustee, LLC

SO ORDERED:

_____
Michael A. Shipp, U.S.D.J.

2