Gary L. Cutler
Gary L. Cutler, P.C.
146B Ferry Street, Suite 54
Newark, NJ 07105
(973) 735-6667
*Counsel for Michael Mastellone*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | : Document Electronically Filed<br>: Master Docket No.<br>: 3:12-cv-01893-MAS-TJB<br>:<br>: **DEFENDANT MICHAEL**<br>: **MASTELLONE'S**<br>: **NOTICE OF MOTION**<br>: **FOR A STAY**<br>:<br>: *Oral Argument Requested* |

To:

LITE DEPALMA GREENBERG, LLC
Bruce D. Greenberg
Steven J. Greenfogel
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
*Interim Liaison Counsel*

HAUSFELD LLP
Michel D. Hausfeld (admitted pro hac vice)
James Pizzirusso (admitted pro hac vice)
Seth R. Gassman (admitted pro hac vice)
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
*Interim Class Counsel*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (admitted pro hac vice)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

HAGENS BERMAN SOBOL SHAPIRO LLP
Jennifer F. Connolly (admitted pro hac vice)
629 K Street, N.W., Suite 300
Washington, D.C. 20006

HAGENS BERMAN SOBOL SHAPIRO LLP
Jason A. Zweig (admitted pro hac vice)
One Penn Plaza, 36th Floor
New York, NY 10119

**PLEASE TAKE NOTICE** that on June 2, 2014 or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Michael Mastellone will move before the Honorable Michael A. Shipp, United States District Court Judge, in and for the District of New Jersey at 402 East State Street, Trenton, New Jersey 08608 for an Order staying the action until after Defendant is sentenced on criminal charges arising from his guilty plea in United States v. Michael Mastellone, 2:13-cr-00643(DMC) (D.N.J.) to a one count Information charging a violation of 15 U.S.C. § 1, a Sherman Act Conspiracy, arising out of the same events alleged in this action.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendant relies on the accompanying Memorandum of Law of In Support of Defendant Michael Mastellone's Motion for a Stay and the Certification of Gary L. Cutler In Support of Defendant Michael Mastellone's Motion for a Stay.

Dated: March 14, 2014　　　　　　　　　　GARY L. CUTLER, P.C.

　　　　　　　　　　By:　s/ Gary L. Cutler
　　　　　　　　　　　　　Gary L. Cutler
　　　　　　　　　　　　　146B Ferry Street, Suite 54
　　　　　　　　　　　　　Newark, NJ  07105
　　　　　　　　　　　　　Tel.: (973) 735-6667

　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　*Michael Mastellone*