**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

May 9, 2014

**LETTER ORDER**

Re:   **Van Duzer Lang Boyer v. Stein, et al.**
      **Civil Action No. 12-1893 (MAS)**

Dear Counsel and Mrs. Davies:

Pending before the Court is Mr. Perle's ("Counsel") motion to be relieved as counsel for Arlene Davies ("Mrs. Davies"). Pursuant to L.Civ.R. 102.1, "[u]nless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court." Here, no other counsel has been substituted to represent Mrs. Davies. As such, Counsel requires the Court's permission to withdraw his representation. Based on Counsel's Certification, which was mailed to Mrs. Davies, the Court shall permit Counsel to withdraw. Mrs. Davies is directed to retain new counsel and have them file a notice of appearance in this matter no later than **May 30, 2014** or she will be deemed as proceeding *pro se* in this litigation.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT MAIL A COPY OF THIS LETTER ORDER TO MRS. DAVIES VIA FIRST CLASS MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

> Mrs. Arlene M. Davis
> 412 Second Avenue
> West Cape May, NJ 08204

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT TERMINATE THIS MOTION [DOCKET ENTRY NO. 352] ACCORDINGLY.**

                                                           s/ Tonianne J. Bongiovanni
                                                    **TONIANNE J. BONGIOVANNI**
                                                    **United States Magistrate Judge**