UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB |

**NOTICE OF WITHDRAWAL OF COUNSEL**
**(AS TO PLAINTIFF ARLENE DAVIES)**

Please take notice that the undersigned is no longer counsel for Plaintiff Arlene Davies. The undersigned remains as counsel for the remaining Plaintiffs in this matter, and requests to be removed as counsel of record for Plaintiff Arlene Davies.

**LITE DEPALMA GREENBERG, LLC**

Dated: June 3, 2014

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com