ARLENE M. DAVIES          412 SECOND AVENUE          WEST CAPE MAY, NJ 08204

**June 5, 2014**

**The Hon. Tonianne Bongiovanni**
United States Magistrate Judge for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ, 08608

**RECEIVED**

**JUN 9 – 2014**

TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

Re: *In Re New Jersey Tax Sales Certificate Litigation*
Docket No.: 3:12-CV-01893-MAS-TAB

**Confirmation of Address and Contact Information / Counsel Designation**

Dear Judge Bongiovanni,

   I am 88 years old, a Plaintiff / class member in the above captioned matter. Recently, the Clerk of the Honorable Court sent a certified mail [ Document 363 in the matter ] while I was away with family between Easter and Mother's Day. I can confirm however, that my home address, telephone, and email contact information is as follows:

**Arlene M. Davies**
**412 Second Avenue**
**West Cape May New Jersey, 08204**

**Telephone (609) 675 3228**
**Email : rcdaviescapemay@gmail.com**

**RECEIVED**

**JUN 1 1 2014**

AT 8:30_____M
WILLIAM T. WALSH CLERK

   I respectfully request that the Court note that I will accept electronic notice and filings via email as shown above. Regarding counsel designation, I wish to remain in the class as a Plaintifff, *pro se,* and I humbly ask Your Honor to order it so and enter it upon the record.

Sincerely,
*Arlene M. Davies*
Arlene M Davies

So Ordered this ___11___ day
of ____June____, 20_14_
[signature]

cc:   Clerk, U.S. District Court
      402 E. State Street, Room 2020
      Trenton, New Jersey  08608

The Clerk of the Court shall update Ms. Davies' address and add her to the list of individuals receiving electronic notices in this matter. Ms. Davies is reminded that she will no longer receive hard mailed copies of electronically filed documents.