**LITE DePALMA GREENBERG, LLC**
Bruce D. Greenberg
Jeffrey A. Shooman
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com
jshooman@litedepalma.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Master Docket No. 3:12-CV-01893-MAS-TJB<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH NORMAN T. REMICK, AMERICAN TAX FUNDING, ROBERT W. STEIN, AND LAMBROS XETHALIS, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF INTERIM CLASS COUNSEL AND LIAISON COUSNEL AS SETTLEMENT CLASS COUSNEL, AND APPROVAL OF CLASS NOTICE** |

**TO: ALL COUNSEL IN THE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on July 21, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an order granting preliminary approval of settlements with defendants Norman T. Remick, American Tax Funding, LLC, Robert Stein, and Lambros Xethalis, preliminary certification of settlement class,

appointment of Interim Class Counsel and Liaison as Settlement Class Counsel, and approval of class notice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and Declaration of Seth Gassman, with attached exhibits.  A proposed form of Order is also submitted herewith.

Dated: June 27, 2013            **LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102-5003
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

*Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Tel:  (206) 623-7292
Fax:   (206) 623-0594
steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig (admitted *pro hac vice*)
555 Fifth Avenue, Suite 1700
New York, NY 10017
Tel: (212) 856-7227
Fax: (917) 210-3980
jasonz@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld (admitted *pro hac vice*)

2

James J. Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: 202-540-7200
Fax: 202-540-7201
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
sgassman@hausfeldllp.com

*Interim Class Counsel*