UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIG. | Civil Action No. 12-1893 (MAS) (TJB)<br><br>**MEMORANDUM ORDER** |

**SHIPP, District Judge**

Plaintiffs bring this putative class action against participants in an alleged bid-rigging conspiracy involving municipal auctions of real property liens in the state of New Jersey. Plaintiffs' First Amended Consolidated Master Class Action Complaint ("FACC") alleges that Defendants have engaged in an unlawful conspiracy to restrain trade in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, the New Jersey Antitrust Act, N.J.S.A. § 56:9-3, the New Jersey Tax Lien Law, N.J.S.A. § 54:5-63.1, and New Jersey common law. (FACC ¶ 1, ECF No. 320.)

This matter comes before the Court on Magistrate Judge Tonianne J. Bongiovanni's Report and Recommendation (ECF No. 339) granting a motion for preliminary approval of settlements between Plaintiffs and Defendants M.D. Sass Investors Services, Inc.; M.D. Sass Tax Lien Management, LLC; M.D. Sass Municipal Partners – I, L.P.; M.D. Sass Municipal Partners – II, L.P.; M.D. Sass Municipal Partners – III, L.P.; M.D. Sass Municipal Partners – IV, L.P.; M.D. Sass Municipal Partners – V, L.P.; M.D. Sass Municipal Partners – VI, L.P.; Vinaya K. Jessani; Stephen E. Hruby; Royal Bancshares of Pennsylvania, Inc.; Royal Bank America; Crusader Servicing Corporation; Royal Tax Lien Services, LLC; Plymouth Park Tax Services, LLC d/b/a Xspand; Phoenix Funding, Inc.; and Benedict Caiola (collectively, the "Settling Defendants").

Local Civil Rule 72.1(c)(2) allows a party 14 days to file objections to a Magistrate Judge's Report and Recommendation. There have been no objections to the Report and Recommendation. Accordingly, the Court adopts the Report and Recommendation in full.

For the reasons stated herein and for good cause shown,

**IT IS** on this 30th day of October, 2014, **ORDERED** that the four Settlement Agreements (including all terms of the Settlement Agreements) are hereby **PRELIMINARILY APPROVED**.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**