Jay E. Kagan, Esquire
Matthew Faranda-Diedrich, Esquire
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for Crestar Capital, LLC, CCTS*
*Capital, LLC and William S. Green*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| IN RE:  NEW JERSEY TAX SALES | : | CONSOLIDATED CIVIL CLASS ACTION |
| | : | NO:  3:12-CV-01893-MAS-TJB |
| CERTIFICATES ANTITRUST LITIGATION | : | **REQUEST FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6.1** |
| | : | |

To:      Clerk
          United States District Court
          Martin Luther King Federal Building
          50 Walnut Street
          Newark, NJ  07102

Application is hereby made for a Clerk's Order extending time within which Defendants Crestar Capital, LLC, CCTS Capital, LLC and William S. Green may answer, move or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1.    The Amended Complaint was served on Defendants on January 9, 2014.

2.    By Stipulating dated January 24, 2014, Plaintiffs agreed to extent the time to answer or otherwise respond to the Amended Complaint through March 14, 2104.

3.    On March 14, 2014, Defendants moved to dismiss the Amended Complaint.

4.      The Court issued an Order granting in part and denying in part Defendants'
Motion to Dismiss on October 31, 2014.   As a result, Defendants' time to answer
or otherwise move expires on November 14, 2014.

5.      Defendants respectfully request an extension of time pursuant to Local Civil Rule
6.1 for 14 days, to November 28, 2014 within which to answer or otherwise
respond to the remaining counts in the Amended Complaint.

6.      No previous extension have been requested.

**DILWORTH PAXSON LLP**

/s/ Matthew Faranda-Diedrich
Jay E. Kagan, Esquire
Matthew Faranda-Diedrich, Esquire
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for Crestar Capital, LLC, CCTS*
*Capital, LLC and William S. Green*

Dated:  November 12, 2014

**ORDER**

The above application is hereby **GRANTED**.

**WILLIAM T. WALSH, Clerk**

BY: _____
        **Deputy Clerk**

Dated:  November _____, 2014

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| IN RE:  NEW JERSEY TAX SALES | : | CONSOLIDATED CIVIL CLASS ACTION |
| CERTIFICATES ANTITRUST LITIGATION | : | NO:  3:12-CV-01893-MAS-TJB |
| | : | **CERTIFICATE OF SERVICE** |

I, Matthew Faranda-Diedrich,  Esquire, do certify that DEFENDANT CCTS CAPITAL, LLC AND CRESTAR CAPITAL, LLC'S REQEUST4 FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6.1 AND CERTIFICATE OF SERVICE were filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record, as follows:

**PLEASE SEE ATTACHED COUNSEL SERVICE LIST**

/s/ Matthew Faranda-Diedrich
Jay E. Kagan, Esquire
Matthew Faranda-Diedrich, Esquire
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: 215-575-7000
Fax: 215-575-7200
*Attorneys for CCTS Capital, LLC and*
*Crestar Capital, LLC*

Dated:  November 12, 2014

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.**

117774312_1

**3:12-cv-01893-MAS-TJB** VAN DUZER LANG BOYER v. STEIN et al
Michael A. Shipp, presiding
Tonianne J. Bongiovanni, referral
**Date filed:** 03/28/2012
**Date of last filing:** 11/12/2014

# Attorneys

**NICOLE M. ACCHIONE**
Schnader Harrison Segal & Lewis
LLP
Woodland Falls Corporate Park
220 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1165          representing          **RONALD ENGLISH**
856-482-5222                                              *(Consol Plaintiff)*
856-482-6980 (fax)
nacchione@schnader.com
 *Assigned: 06/12/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**JEROME A. BALLAROTTO**
143 WHITE HORSE AVENUE
TRENTON, NJ 08610                                         **BURLINGTON ASSEMBLY OF**
(609) 581-8555                                           **GOD/FOUNTAIN OF LIFE**
jabesquire@aol.com          representing          **CENTER**
 *Assigned: 02/27/2013*                                  *(Defendant)*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**AYTAN YEHOSHUA BELLIN**
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, NY 10606                                    **MOORING TAX ASSET**
914-358-5345                                              **GROUP, LLC,**
212-571-0284 (fax)          representing          *(Consol Defendant)*
aytan.bellin@bellinlaw.com
 *Assigned: 03/08/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**MTAG SERVICES, LLC**
*(Defendant)*

**NATALIE FINKELMAN BENNETT**
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909
(856) 858-7012
nfinkelman@sfmslaw.com
  *Assigned: 10/09/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**ANTHONY D. BERTUCCI, JR.**
*(Consol Plaintiff)*

**MELISSA JACOBS**
*(Consol Plaintiff)*

**WAYNE D. PETERS**
*(Consol Plaintiff)*

**KEITH A. BONCHI**
GOLDENBERG, MACKLER & SAYEGH, P.A.
A PROFESSIONAL CORPORATION
660 NEW ROAD
SUITE 1-A
NORTHFIELD, NJ 08225
(609) 646-0222
keith@gmslaw.com
  *Assigned: 05/25/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**ISADORE MAY**
*(Defendant)*

**JACOB SAGNER BUURMA**
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078
973-912-7100
jacob.buurma@dentons.com

representing

**WILLIAM COLLINS**
*(Defendant)*

*Assigned: 05/03/2012*
*TERMINATED: 03/22/2013*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO,
P.C.
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
(973) 994-1744 (fax)
jcecchi@carellabyrne.com
 *Assigned: 02/13/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**BBX CAPITAL
CORPORATION**
*(Defendant)*


**FIDELITY TAX, LLC**
*(Defendant)*

**HEARTWOOD 55, LLC**
*(Defendant)*

**BRYAN L. CLOBES**
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
1101 MARKET STREET
SUITE 2650
PHILADELPHIA, PA 19107
(215) 864-2800
bclobes@caffertyclobes.com
 *Assigned: 06/12/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**RONALD ENGLISH**
*(Consol Plaintiff)*

**MARK R. CUKER**
WILLIAMS, CUKER &
BEREZOFSKY, ESQS.
WOODLAND FALLS CORPORATE
CENTER
210 LAKE DRIVE EAST

representing

**JEANNE VAN DUZER LANG
BOYER**
*(Plaintiff)*

SUITE 101
CHERRY HILL, NJ 08002-1163
(856) 667-0500
8566675133 (fax)
mcuker@wcblegal.com
*Assigned: 05/08/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY LEO CUTLER**
Gary L. Cutler, P.C.
146 Ferry Street, Suite B54
NEWARK, NJ 07105
(973) 735-6667
(973) 735-6663 (fax)
garycutlerlaw@gmail.com
*Assigned: 02/12/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **MICHAEL MASTELLONE**
*(Defendant)*

**THADDEUS JOHN DEL GUERCIO**
MCMANIMON & SCOTLAND
ONE RIVERFRONT PLAZA
FOURTH FLOOR
NEWARK, NJ 07102
973-622-1800
tdelguercio@mandslaw.com
*Assigned: 09/25/2012*
*TERMINATED: 03/11/2013*
*ATTORNEY TO BE NOTICED*

representing **U.S. BANK N.A.**
*(Consol Defendant)*

**STEPHEN V. FALANGA**
CONNELL FOLEY, LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1765
(973) 535-0500
sfalanga@connellfoley.com
*Assigned: 07/06/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **National Tax Lien Association**
*(Interested Party)*

**GARY I. BRANSE**
*(Defendant)*

**MICHAEL G. DELUCA**
*(Defendant)*

**MATTHEW PETER FARANDA-DIEDRICH**
DILWORTH PAXSON LLP
1500 MARKET STREET
SUITE 3500E
PHILADELPHIA, PA 19102
215-575-7326
mfd@dilworthlaw.com
*Assigned: 07/12/2012*
*ATTORNEY TO BE NOTICED*

representing

**CCTS CAPITAL LLC**
*(Consol Defendant)*

**CRESTAR CAPITAL, LLC**
*(Consol Defendant)*

**R. BRENDAN FEE**
MORGAN LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103
215-963-5136
bfee@morganlewis.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**ROYAL BANCSHARES OF PENNSYLVANIA, INC.**
*(Defendant)*

**CRUSADER SERVICING CORP.**
*(Defendant)*

**ROYAL TAX LIEN SERVICES, LLC**
*(Defendant)*

**ROYAL BANK AMERICA**
*(Consol Defendant)*

**DAVID FORNAL**
MASELLI WARREN PC
600 ALEXANDER ROAD
PRINCETON, NJ 08540
609-452-8411
609-452-8422 (fax)
dfornal@maselliwarren.com
 *Assigned: 01/08/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**PLYMOUTH PARK TAX
SERVICES, LLC**
*(Defendant)*

**PATRICIA B. FUGEE**
ROETZEL & ANDRESS LPA
ONE SEAGATE
SUITE 1700
TOLEDO, OH 43604
419-242-7985
pfugee@ralaw.com
 *Assigned: 01/29/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**AMERICAN TAX FUNDING,
LLC.**
*(Defendant)*

**JOSHUA C. GILLETTE**
GIBBONS PC
ONE GATEWAY CENTER
NEWARK, NJ 07102
973-596-4675
973-639-8399 (fax)
 *Assigned: 03/08/2013*
 *ATTORNEY TO BE NOTICED*

representing

**VINAYA J. JESSANI**
*(Defendant)*

**JEFFREY J. GREENBAUM**
SILLS CUMMIS & GROSS P.C.
THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5400
(973) 643-7000
jgreenbaum@sillscummis.com
 *Assigned: 05/03/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**WILLIAM COLLINS**
*(Defendant)*

**BRUCE DANIEL GREENBERG**
LITE DEPALMA GREENBERG,
LLC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102                    representing          **MSC, LLC**
(973) 623-3000                                            *(Consol Plaintiff)*
bgreenberg@litedepalma.com
 *Assigned: 04/27/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                         **JEANNE VAN DUZER LANG**
                                                         **BOYER**
                                                         *(Plaintiff)*


                                                         **Gila Bauer**
                                                         *(Plaintiff)*


                                                         **MELISSA JACOBS**
                                                         *(Consol Plaintiff)*


                                                         **ARLENE DAVIES**
                                                         412 SECOND AVENUE
                                                         WEST CAPE MAY, NJ 08204
                                                         (609) 675-3228
                                                         rcdaviescapemay@gmail.com
                                                         *(Plaintiff)*
                                                         PRO SE


                                                         **SON, INC.**
                                                         *(Plaintiff)*


                                                         **DONALD W SCHMIDT**
                                                         *(Plaintiff)*


                                                         **Frances W Schmidt**
                                                         *(Plaintiff)*

**CHRISTOPHER MATTHEW HEMRICK**
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-535-0500
chemrick@connellfoley.com
*Assigned: 03/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**GARY I. BRANSE**
*(Defendant)*

**MICHAEL G. DELUCA**
*(Defendant)*

**HAROLD M HOFFMAN**
240 GRAND AVENUE
ENGLEWOOD, NJ 07631
(201) 569-0086
(201) 221-7890 (fax)
hoffman.esq@verizon.net
*Assigned: 06/11/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**FOXMOOR AT NEWFIELD LLC**
*(Consol Plaintiff)*

**RAYMOND V. CONTARINO, JR.**
*(Consol Plaintiff)*

**WILLIAM J. HUGHES, JR.**
COOPER, LEVENSON, APRIL, NIEDELMAN & WAGENHEIM, PA
1125 ATLANTIC AVENUE
3RD FLOOR
ATLANTIC CITY, NJ 08401
(609) 572-7512
609-572-7513 (fax)
whughes@cooperlevenson.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**M.D. SASS INVESTORS SERVICES, INC.**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - III, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - IV, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - V, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS-VI, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS - I, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL FINANCE PARTNERS -II, L.P.**
*(Defendant)*

**M.D. SASS TAX LIEN MANAGEMENT L.L.C.**
*(Consol Defendant)*

**M.D. SASS TAX LIEN MANAGEMENT LLC**
*(Consol Defendant)*

**CHRISTOPHER IANNICELLI**
MORGAN, LEWIS & BOCKIUS, LLP
502 CARNEGIE CENTER
PRINCETON, NJ 08540

representing

**ROYAL BANCSHARES OF PENNSYLVANIA, INC.**
*(Defendant)*

(609) 919-6623
ciannicelli@morganlewis.com
 *Assigned: 06/12/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**CRUSADER SERVICING CORP.**
*(Defendant)*

**ROYAL TAX LIEN SERVICES, LLC**
*(Defendant)*

**EDWIN JOSEPH JACOBS, JR.**
JACOBS & BARBONE
1125 PACIFIC AVENUE
ATLANTIC CITY, NJ 08401
609 348-1125
arthurjmurrayesq@aol.com
 *Assigned: 03/05/2013*
 *LEAD ATTORNEY*

representing

**BETTY SIMON TRUSTEE, L.L.C.**
*(Defendant)*

**RICHARD SIMON TRUSTEE**
*(Defendant)*

**JOSEPH WOLFSON**
*(Defendant)*

**STEVEN MARK JANOVE**
LAW OFFICES OF STEVE M. JANOVE, LLC
413 ROUTE 70 EAST
CHERRY HILL, NJ 08034
(856) 857-9400
(856) 857-9455 (fax)
sjanove@janovelaw.com
 *Assigned: 10/05/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**CCTS TAX LIENS I, LLC**
*(Consol Defendant)*

**CCTS TAX LIENS II LLC.**
*(Defendant)*

**CCTS, LLC**
*(Defendant)*

**DSBD LLC**
*(Defendant)*

**PRO CAPITAL LLC**
*(Consol Defendant)*

**DAVID BUTLER**
*(Defendant)*

**DAVID M. FARBER**
*(Defendant)*

**CCTS TAX LIENS II, LLC**
*(Consol Defendant)*

**DSBD, LLC**
*(Consol Defendant)*

**JAY E. KAGAN**
DILWORTH PAXSON LLP
LIBERTY VIEW
457 HADDONFIELD ROAD
SUITE 700
CHERRY HILL, NJ 08034          representing     **CCTS CAPITAL LLC**
856 663-8877                                     *(Consol Defendant)*
jkagan@dilworthlaw.com
 *Assigned: 10/22/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**CRESTAR CAPITAL, LLC**
*(Consol Defendant)*

**WILLIAM S GREEN**
*(Defendant)*

**EMILY A. KALLER**
GREENBAUM, ROWE, SMITH &
DAVIS, LLP
METRO CORPORATE CAMPUS
ONE
PO BOX 5600                              representing        **PAM INVESTORS**
WOODBRIDGE, NJ 07095-0988                                   *(Defendant)*
(732) 476-3352
ekaller@greenbaumlaw.com
 *Assigned: 03/17/2014*
 *ATTORNEY TO BE NOTICED*

**PATRICK CARABELLESE**
*(Defendant)*

**PATRICIA MULVOY KIPNIS**
BAILEY & GLASSER LLP
135 Kings Highway E.
3d Floor E.
Haddonfield, NJ 08033                    representing        **LANA J.F. LEDFORD**
856-795-0378                                                *(Consol Plaintiff)*
pkipnis@baileyglasser.com
 *Assigned: 06/11/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**SAMUEL W. LEDFORD**

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
304-342-1110 (fax)
pkipnis@baileyglasser.com
*(Consol Plaintiff)*

**HENRY E. KLINGEMAN**
KROVATIN KLINGEMAN LLC                   representing        **DAVID JELLEY**
                                                            *(Defendant)*

60 PARK PLACE
SUITE 1100
NEWARK, NJ 07102
(973) 714-3474
(973) 424-9779 (fax)
hklingeman@krovatin.com
 *Assigned: 02/27/2014*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**CHRISTOPHER JAMES KOLLER**
CHRISTOPHER J. KOLLER, ESQ.
27 WARREN STREET, SUITE 304
HACKENSACK, NJ 07601
(201) 487-0110
cjkatty@hotmail.com
 *Assigned: 10/05/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**ROBERT E. ROTHMAN**
*(Consol Defendant)*


**DAVID MICHAEL LAIGAIE**
DIL WORTH PAXTON LLP
3200 MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA, PA 19103-7595
215 575-7168
dlaigaie@dilworthlaw.com
 *Assigned: 07/13/2012*
 *TERMINATED: 05/08/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**CCTS CAPITAL LLC**
*(Consol Defendant)*


**CRESTAR CAPITAL, LLC**
*(Consol Defendant)*


**ARNOLD CARL LAKIND**
SZAFERMAN, LAKIND,
BLUMSTEIN, BLADER &
LEHMANN , PC
QUAKERBRIDGE EXECUTIVE
CENTER
101 GROVERS MILL ROAD

representing

**RICHARD PISCOTTA, JR**
*(Consol Defendant)*

SUITE 200
LAWRENCEVILLE, NJ 08648
(609) 275-0400
609-275-4511 (fax)
alakind@szaferman.com
 *Assigned: 10/19/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**RICHARD PISCOTTA, JR**
*(Defendant)*

**ROBIN LONDON-ZEITZ**
GARY C. ZEITZ, LLC
1105 Laurel Oak Road, Suite 136
Voorhees, NJ 08043
(856) 857-1222
rzeitz@zeitzlawfirm.com
 *Assigned: 04/02/2012*
 *ATTORNEY TO BE NOTICED*

representing

**STEIN & ZEITZ LLC**
*(Defendant)*

**LAWRENCE S. LUSTBERG**
GIBBONS, PC
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
(973) 596-4731
llustberg@gibbonslaw.com
 *Assigned: 03/08/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**VINAYA J. JESSANI**
*(Defendant)*

**MICHAEL RAYMOND
MIGNOGNA**
MATTLEMAN, WEINROTH &
MILLER, P.C.
401 ROUTE 70 EAST
SUITE 100
CHERRY HILL, NJ 08034
856-429-5507
856-429-9036 (fax)
mmignogna@mwm-law.com
 *Assigned: 06/12/2012*

representing

**LANA J.F. LEDFORD**
*(Consol Plaintiff)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SAMUEL W. LEDFORD**

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
304-342-1110 (fax)
pkipnis@baileyglasser.com
*(Consol Plaintiff)*

**BRYAN H. MINTZ**
PARIS ACKERMAN &
SCHMIERER
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068
973-228-6667
973-629-1246 (fax)
bryan@paslawfirm.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**T&B ASSOCIATES, INC.**
*(Consol Plaintiff)*

**MICHAEL F. MYERS**
JACOBS & BARBONE PA
1125 PACIFIC AVENUE
ATLANTIC CITY, NJ 08401
609-348-1125
jacobsbarbone@comcast.net
*Assigned: 03/05/2013*
*ATTORNEY TO BE NOTICED*

representing

**BETTY SIMON TRUSTEE,
L.L.C.**
*(Defendant)*

**RICHARD SIMON TRUSTEE**
*(Defendant)*

**JOSEPH WOLFSON**
*(Defendant)*

**WILLIAM W. NORTHGRAVE**
MCMANIMON & SCOTLAND, LLC
ONE RIVERFRONT PLAZA
4TH FLOOR
NEWARK, NJ 07102-5408
(973) 622-1800
wnorthgrave@mandslaw.com
 *Assigned: 09/26/2012*
 *TERMINATED: 03/11/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**U.S. BANK N.A.**
*(Consol Defendant)*

**SABRINA ARLENE PERELMAN**
WEIL GOTCHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
212-310-8752
sabrina.perelman@weil.com
 *Assigned: 04/26/2013*
 *ATTORNEY TO BE NOTICED*

representing

**M.D. SASS INVESTORS
SERVICES, INC.**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - I, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - III,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - IV,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - V, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL**

**FINANCE PARTNERS -II, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS-VI, LLC**
*(Consol Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT L.L.C.**
*(Consol Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT LLC**
*(Consol Defendant)*

**MICHAEL R PERLE**
1265 Paterson Plank Road
Suite 3A
Secaucus, NJ 07094
201-377-5957
212-864-0423 (fax)
m.perle@earthlink.net
 *Assigned: 03/28/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**JEANNE VAN DUZER LANG
BOYER**
*(Plaintiff)*

**ARLENE DAVIES**
412 SECOND AVENUE
WEST CAPE MAY, NJ 08204
(609) 675-3228
rcdaviescapemay@gmail.com
*(Plaintiff)*
PRO SE

**JOHN N. POULOS**
POULOS LOPICCOLO PC
1305 SOUTH ROLLER ROAD
OCEAN, NJ 07712
732-673-6264
poulos@pllawfirm.com

representing

**SENATORE BUILDERS**
*TERMINATED: 01/29/2013*
*(Consol Plaintiff)*

*Assigned: 10/03/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM A. RIBACK**
WILLIAM RIBACK, LLC
132 HADDON AVENUE
HADDONFIELD, NJ 08033
(856) 857-0008
(856) 857-0028 (fax)                    representing          **LANA J.F. LEDFORD**
ribacklaw@aol.com                                             *(Consol Plaintiff)*
 *Assigned: 06/12/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                             **SAMUEL W. LEDFORD**

                                                             Bailey & Glasser, LLP
                                                             209 Capitol Street
                                                             Charleston, WV 25301
                                                             304-345-6555
                                                             304-342-1110 (fax)
                                                             pkipnis@baileyglasser.com
                                                             *(Consol Plaintiff)*


**LISA J. RODRIGUEZ**
Schnader Harrison Segal & Lewis
LLP
Woodland Falls Corporate Park
220 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1165              representing          **RONALD ENGLISH**
856-482-5222                                                 *(Consol Plaintiff)*
856-482-6980 (fax)
ljrodriguez@schnader.com
 *Assigned: 06/08/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**JAMES C. SHAH**
SHEPHERD, FINKELMAN,                    representing          **ANTHONY D. BERTUCCI, JR.**
MILLER & SHAH, LLP                                           *(Consol Plaintiff)*

475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909
(856) 858-1770
(856) 858-7012 (fax)
jshah@sfmslaw.com
*Assigned: 03/07/2013*
*ATTORNEY TO BE NOTICED*

**MELISSA JACOBS**
*(Consol Plaintiff)*

**WAYNE D. PETERS**
*(Consol Plaintiff)*

**FREDRIC LEIGH SHENKMAN**
COOPER LEVENSON, PA
1125 ATLANTIC AVENUE
3RD FLOOR
ATLANTIC CITY, NJ 08401-1125
(609) 344-3161
fshenkman@cooperlevenson.com
*Assigned: 06/12/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**M.D. SASS INVESTORS
SERVICES, INC.**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - III,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - IV,
LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - V, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL**

**FINANCE PARTNERS-VI, LLC**
*(Consol Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS - I, L.P.**
*(Defendant)*

**M.D. SASS MUNICIPAL
FINANCE PARTNERS -II, L.P.**
*(Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT L.L.C.**
*(Consol Defendant)*

**M.D. SASS TAX LIEN
MANAGEMENT LLC**
*(Consol Defendant)*

**ANDREW BRIAN SMITH**
SMITH & SCHWARTZSTEIN LLC
18 MACCULLOCH AVENUE
MORRISTOWN, NJ 07960
973-206-1725
asmith@sslegalservices.com
 *Assigned: 06/12/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**T&B ASSOCIATES, INC.**
*(Consol Plaintiff)*

**ANDREW TODD SOLOMON**
SULLIVAN & WORCESTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
(212) 660-3000
asolomon@sandw.com
 *Assigned: 03/07/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**STEPHEN E HRUBY**
*(Consol Defendant)*

**SHALOM DAVID STONE**

representing

**PHOENIX FUNDING, INC.**

Brown Moskowitz & Kallen, P.C.
180 River Road
Summit, NJ 07901
(973) 376-0909
(973) 376-0903 (fax)
sstone@bmk-law.com
 *Assigned: 03/08/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

(Defendant)


**BENEDICT CAIOLA**
(Defendant)


**JUSTIN P. WALDER**
WALDER HAYDEN P.A.
5 BECKER FARM ROAD
ROSELAND, NJ 07068-1727
(973) 992-5300
jpwalder@whbesqs.com
 *Assigned: 02/14/2014*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**PHOENIX FUNDING, INC.**
(Defendant)


**BENEDICT CAIOLA**
(Defendant)


**PERRY S. WARREN**
MASELLI WARREN, PC
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411
pwarren@maselliwarren.com
 *Assigned: 01/10/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**PLYMOUTH PARK TAX SERVICES, LLC**
(Defendant)


**JACK WENIK**
SILLS CUMMIS & GROSS PC
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5400
(973) 643-7000

representing

**WILLIAM COLLINS**
(Defendant)

jwenik@sillscummis.com
*Assigned: 05/03/2012*
*ATTORNEY TO BE NOTICED*


**ROBERT ALAN WHITE**
GOLDBERG SEGALLA LLP
902 CARNEGIE CENTER
SUITE 100
PRINCETON, NJ 08540
(609) 986-1365                          representing
609-986-1301 (fax)
RWhite@goldbergsegalla.com
*Assigned: 03/28/2012*
*TERMINATED: 01/10/2013*
*ATTORNEY TO BE NOTICED*

**CRUSADER SERVICING CORP.**
*(Defendant)*

**ROYAL BANCSHARES OF PENNSYLVANIA, INC.**
*(Defendant)*

**ROYAL TAX LIEN SERVICES, LLC**
*(Defendant)*


**ANDREW R. WOLF**
The Wolf Law Firm, LLC
1520 U.S. HIGHWAY 130
SUITE 101
NORTH BRUNSWICK, NJ 08902
732-545-7900                          representing
732-545-1030 (fax)
awolf@wolflawfirm.net
*Assigned: 06/26/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEANNE VAN DUZER LANG BOYER**
*(Plaintiff)*


**GARY K. WOLINETZ**
GREENBAUM, ROWE, SMITH &
DAVIS, LLP                          representing
METRO CORPORATE CAMPUS
ONE

**PAM INVESTORS**
*(Defendant)*

99 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 549-5600
gwolinetz@greenbaumlaw.com
*Assigned: 03/17/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PATRICK CARABELLESE**
*(Defendant)*