UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS WITH CRESTAR DEFENDANTS, MOORING, MASTELLONE, DEL VECCHIO DEFENDANTS, BANKATLANTIC DEFENDANTS, PAM DEFENDANTS, AND WOLFSON DEFENDANTS, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF INTERIM CLASS COUNSEL AS SETTLEMENT CLASS COUNSEL, APPOINTMENT OF INTERIM LIAISON COUNSEL AS LIAISON COUNSEL, AND APPROVAL OF CLASS NOTICE AND PLAN OF DISTRIBUTION**

**TO: ALL COUNSEL IN THE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on April 20, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will move before Hon. Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order granting preliminary approval of settlements with the Crestar Defendants, Mooring, Mastellone, the Del Vecchio Defendants, the BankAtlantic Defendants, the PAM Defendants, and the Wolfson Defendants, preliminary certification of settlement class, appointment of Interim Class Counsel as Settlement Class Counsel, appointment of Interim Liaison Counsel as Liaison Counsel and approval of class notice and plan of distribution.

471239.1

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and Declaration of Jason A. Zweig, with attached exhibits. A proposed form of Order is also submitted herewith.

|  |  |
|---|---|
|  | **LITE DEPALMA GREENBERG, LLC** |
| Dated: March 27, 2015 | */s/ Bruce D. Greenberg* <br> Bruce D. Greenberg <br> Two Gateway Center, Suite 1201 <br> Newark, New Jersey 07102-5003 <br> Tel: (973) 623-3000 <br> Fax: (973) 623-0858 <br> bgreenberg@litedepalma.com |

*Interim Liaison Counsel*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted *pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig (admitted *pro hac vice*)
555 Fifth Avenue, Suite 1700
New York, NY 10017
Tel: (212) 856-7227
Fax: (917) 210-3980
jasonz@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld (admitted *pro hac vice*)
James J. Pizzirusso (admitted *pro hac vice*)
Seth R. Gassman (admitted *pro hac vice*)

2

1700 K Street, NW, Suite 650
Washington, DC 20006 Tel: 202-540-7200
Fax: 202-540-7201
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
sgassman@hausfeldllp.com

*Interim Class Counsel*

3

471239.1