UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 20, 2015

## LETTER ORDER

Re:   In re New Jersey Tax Sale Certificates Antitrust Litigation
Civil Action No. 12-1893 (MAS)

Dear Counsel:

In an attempt to move this case forward in an efficient manner, the Court granted two Motions for leave to Appear *Pro Hac Vice* (Docket Entry Nos. 403 and 405) prior to the return date. After discussions with Plaintiffs' counsel, who seeks to file opposition to said motions, the Court has determined to vacate its rulings on Docket Entries 403 and 405. Plaintiffs, therefore, may file opposition to Defendants' Motions for Leave to Appear *Pro Hac Vice*. The deadline for Opposition papers shall remain as **May 4, 2015** and the deadline for Reply papers shall remain as **May 11, 2015**.

**IT IS ORDERED THAT THE CLERK OF THE COURT VACATE DOCKET ENTRY NOS. 408 AND 409 AND REACTIVATE DOCKET ENTRY NOS. 403 AND 405.**

s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**