```
                    UNITED STATES DISTRICTCOURT
                      DISTRICT OF NEW JERSEY
                       Minutes of Proceeding
```

**OFFICE**: TRENTON

**JUDGE**: MICHAEL A. SHIPP                    **Date: October 29, 2015**

**Court Reporter:** CATHY FORD

TITLE OF CASE:                                 CIVIL 12-1893
IN RE NEW JERSEY SALES TAX
CERTIFICATES ANTITRUST LITIGATION


APPEARANCES:
Bruce Greenberg, Esq. for Plaintiffs
Jason Zweig, Esq. for Plaintiffs
Braden Beard, Esq. for Plaintiffs
Gary Wolinetz, Esq. for Defendants
Donald Scherzor, Esq. for Defendants
Emily Kaller, Esq. for Defendants
Jay Kagan, Esq. for Defendants
Christopher Hemrick Esq. for Defendants
Keith Bonchi, Esq. for Defendants
William J. Hughes, Jr. Esq. for Defendants
Dennis J. Drasco, Esq. for Objectors
Thomas Wiegard, Esq. for Objectors
A.Hays Gorey, Jr., Esq. for Objectors


NATURE OF PROCEEDINGS: **Preliminary Approval Hearing**

Preliminary Approval Hearing held.
Court Ordered settlement preliminarily approved. Decision is read into the record. Plaintiffs' proposed schedule is approved. Order to be filed.



Time Commenced: 10:05 AM                      s/Nativelis Rodriguez
Break: 11:30 AM                                  **Deputy Clerk**
Resumed: 12:20 PM
Time Adjourned: 12:30 PM
TOTAL TIME: 35 MIN