**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Civil Action No. 12-1893 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court on Plaintiffs' Motion for the Preliminary Approval of Class Settlements with Crestar Defendants, Mooring, Mastellone, Del Vecchio Defendants, BankAtlantic Defendants, PAM Defendants, and Wolfson Defendants (collectively, "Settling Defendants"), Preliminary Certification of Settlement Class, Appointment of Interim Class Counsel as Settlement Class Counsel, Appointment of Interim Liaison Counsel as Liaison Counsel, and Approval of Class Notice and Plan of Distribution.  (ECF No. 399.) Objectors Arlene M. Davies, Laura S. Zahn and Todd R. Zahn ("Objectors") opposed the motion (ECF No. 402), Plaintiffs replied (ECF No. 407), and, without the Court's permission, Objectors filed a sur-reply (ECF No. 411).

The Court heard oral argument on the motion, placed its decision on the record, and indicated that an Order would issue.  For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 30th day of October 2015, **ORDERED** that:

1. The following class of plaintiffs ("Settlement Class") is provisionally certified for settlement purposes only:

> All persons who owned real property in the State of New Jersey who had a Tax Sale Certificate issued with respect to their property that was purchased by a Defendant during the Class Period from and including January 1, 1998 through February 2009 at a public auction in the State of New Jersey at an interest rate above zero percent.

2. The settlement agreements with Settling Defendants are hereby **PRELIMINARILY APPROVED**.

3. All further class proceedings as to the Settling Defendants are hereby stayed except for any actions required to effectuate the settlement or that are otherwise permitted by the settlement agreements or agreed to by the settling parties.

4. The Court approves the method of notice and plan of distribution to be provided to the Settlement Class that is described in Part II.B.3 and Part III.D of Class Plaintiffs' Memorandum of Law in Support of the Motion for Preliminary Approval of the Settlements (ECF No. 399-1).

5. The Court appoints the Interim Settlement Counsel as Settlement Class Counsel and appoints the Interim Liaison Counsel as Liaison Counsel.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

2