SILLS CUMMIS & GROSS
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
Former Attorneys for Defendant
William A. Collins

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |
|---|---|

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Jeffrey J. Greenbaum and the law firm of Sills Cummis & Gross P.C. hereby withdraws their appearance on behalf of Defendant William Collins.

                                SILLS CUMMIS & GROSS P.C.
                                One Riverfront Plaza
                                Newark, NJ 07102
                                Phone:  (973) 643-7000
                                Facsimile:  (973) 643-6500

By:    /s/ Jeffrey J. Greenbaum
         *Former Attorneys for Defendant William A. Collins*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2015, the Notice of Withdrawal of Jeffrey J. Greenbaum and Sills Cummis & Gross P.C. on behalf of Defendant William A. Collins was electronically filed with the Court and served on counsel of record by using the CM/ECF.

/s/ Jeffrey J. Greenbaum
JEFFREY GREENBAUM