# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |

## PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF ALL CLASS SETTLEMENTS, FINAL CERTIFICATION OF SETTLEMENT CLASS, AND FINAL APPROVAL OF PLAN OF ALLOCATION

**TO: ALL COUNSEL IN THE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on April 25, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs will move before Hon. Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order granting final approval of all of the class settlements in this matter, final certification of a settlement class, and final approval of the proposed Plan of Allocation.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and the Joint Declaration of Settlement Class and Liaison Counsel, with attached exhibits. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs request oral argument.

582989.1

                                  **LITE DEPALMA GREENBERG, LLC**

Dated: February 16, 2016      */s/ Bruce D. Greenberg*
                                          Bruce D. Greenberg
                                          570 Broad Street, Suite 1201
                                          Newark, New Jersey 07102-5003
                                          Telephone: (973) 623-3000
                                          Facsimile: (973) 623-0858
                                          bgreenberg@litedepalma.com

                                          **LITE DEPALMA GREENBERG, LLC**
                                          Steven J. Greenfogel
                                          1835 Market Street, Suite 2700
                                          Philadelphia, PA 19103
                                          Telephone:  (267) 519-8306
                                          sgreenfogel@litedepalma.com

                                          *Interim Liaison Counsel*

                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          Steve W. Berman (admitted *pro hac vice*)
                                          1918 Eighth Avenue, Suite 3300
                                          Seattle, WA 98101
                                          Telephone: (206) 623-7292
                                          Facsimile: (206) 623-0594
                                          steve@hbsslaw.com

                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          Jason A. Zweig (admitted *pro hac vice*)
                                          555 Fifth Avenue, Suite 1700
                                          New York, NY 10017
                                          Telephone: (212) 856-7227
                                          Facsimile: (917) 210-3980
                                          jasonz@hbsslaw.com

582989.1

**HAUSFELD LLP**
Michael D. Hausfeld (admitted *pro hac vice*)
James J. Pizzirusso (admitted *pro hac vice*)
Braden Beard (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006 Tel: 202-540-7200
Facsimile: (202) 540-7201
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
sgassman@hausfeldllp.com

*Interim Class Counsel*