UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |

**PLAINTIFFS' NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO PLAINTIFFS' COUNSEL, AND FOR INCENTIVE AWARDS TO REPRESENTATIVE PLAINTIFFS**

**TO: ALL COUNSEL IN THE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on April 25, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs will move before Hon. Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order awarding attorneys' fees and reimbursement of expenses to plaintiffs' counsel, and granting incentive awards to the representative plaintiffs in this action.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and the Joint Declaration of Settlement Class and Liaison Counsel filed today in support of plaintiffs' motion for final approval of all of the class settlements in this matter, final certification of a settlement class, and final approval of the proposed Plan of

583034.1

Allocation, with attached exhibits.  A proposed form of Order is also submitted herewith.

   **PLEASE TAKE FURTHER NOTICE** that plaintiffs request oral argument.

         **LITE DEPALMA GREENBERG, LLC**

Dated: February 16, 2016  */s/ Bruce D. Greenberg*
         Bruce D. Greenberg
         570 Broad Street, Suite 1201
         Newark, New Jersey 07102-5003
         Tel: (973) 623-3000
         Fax: (973) 623-0858
         bgreenberg@litedepalma.com

         **LITE DEPALMA GREENBERG, LLC**
         Steven J. Greenfogel
         1835 Market Street, Suite 2700
         Philadelphia, PA 19103
         Telephone:  (267) 519-8306
         sgreenfogel@litedepalma.com

         *Interim Liaison Counsel*

         **HAGENS BERMAN SOBOL SHAPIRO LLP**
         Steve W. Berman (admitted *pro hac vice*)
         1918 Eighth Avenue, Suite 3300
         Seattle, WA 98101
         Tel: (206) 623-7292
         Fax: (206) 623-0594
         steve@hbsslaw.com

583034.1

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A. Zweig (admitted *pro hac vice*)
555 Fifth Avenue, Suite 1700
New York, NY 10017
Tel: (212) 856-7227
Fax: (917) 210-3980
jasonz@hbsslaw.com

**HAUSFELD LLP**
Michael D. Hausfeld (admitted *pro hac vice*)
James J. Pizzirusso (admitted *pro hac vice*)
Braden Beard (admitted *pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006 Tel: 202-540-7200
Fax: 202-540-7201
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
sgassman@hausfeldllp.com

*Interim Class Counsel*