# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

CERTIFICATE No. 08-008

I, **JOANN P. BRADLEY**, COLLECTOR OF TAXES of the taxing district of the **BOROUGH** of **WEST CAPE MAY**, in the COUNTY of **CAPE MAY** and State of New Jersey, do hereby certify that on the **THIRD** day of **DECEMBER**, **2008** at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to **U.S. BANK-CUST/SASS MUNI V d+r** whose address is **50 S. 16TH STREET, SUITE 1950, PHILADELPHIA, PA 19102** for **FORTY-EIGHT HUNDRED SEVENTY-TWO** dollars and **TWENTY-TWO** cents, the land in said taxing district described as Block No. **57** Lot No. **3.04**, and known as **412 SECOND AVENUE**, on the tax duplicate thereof and assessed thereon to **DAVID J + ARLENE M DAVIES**.

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| Taxes For: 2007 | 4,048.04 | 728.65 | 4,776.69 |
| Other Municipal Charges (Liens) | | | |
| Sewer Service Charges | | | |
| Water Service Charges | | | |
| Assessments For Improvements | | | |
| | | TOTAL COSTS OF SALE | 95.53 |
| | | TOTAL AMOUNT OF SALE | 4,872.22 |

PLEASE RECORD AND RETURN TO:
U.S. Bank Corporate Trust Services
2 Liberty Place – Tax Lien Services Group
50 South 16th Street – Suite 1950
Philadelphia, PA 19102
QUESTIONS: CALL (215) 761-9308

PREMIUM (IF ANY) PAID $ **N/A**

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of **EIGHTEEN (18%)** per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after **DECEMBER 31, 2007**; municipal authority charges accruing after **DECEMBER 31, 2007** and assessment installments not yet due, amounting to **NO** dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this **11TH** day of **DECEMBER**, **2008**.

STATE OF NEW JERSEY
COUNTY OF: **CAPE MAY**

_Joann P. Bradley_, COLLECTOR OF TAXES

(SEAL)

BE IT REMEMBERED, that on this **11TH** day of **DECEMBER**, **2008** before me a **NOTARY** of New Jersey, personally appeared **JOANN P. BRADLEY**, the Collector of Taxes of the taxing district of **BOROUGH OF WEST CAPE MAY** in the County of **CAPE MAY**, who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _Joann P. Bradley_, PREPARER
JOANN P. BRADLEY

_Elaine L. Wallace_, NOTARY PUBLIC
ELAINE L. WALLACE
NOTARY PUBLIC OF NEW JERSEY
Commission Exp...

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.

DLGS Rev. 10/99

# AUTHORIZATION FOR CANCELLATION OF RECORD BY MUNICIPALITY

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Municipality

BY: _____ ATTEST: _____
            Mayor                                                                  Municipal Clerk

(NJSA 46:18-6 & 54: 5-55)

Seal of Municipality to be affixed

```
Bk M4829 Pg98 #470
RECORDED COUNTY OF CAPE MAY
Rita Marie Fulginiti, County Clerk
Recording Fee 40.00
Date 02-03-2009 @ 02:18p
```

No. _____

**Tax Sale Certificate**

Collector of Taxes

Municipality of _____ County, New Jersey

To _____

Entered / Compared / Checked

Received in the Register Office of the County of _____ New Jersey

on the _____ day of _____ A.D. 19___, at _____ o'clock in the _____ noon and for said Recorded in Book _____ County on Pages _____

## AUTHORIZATION FOR CANCELLATION OF RECORD BY A PRIVATE CORPORATION

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Corporation

BY: _____ ATTEST: _____
            President                                                              Secretary

Corporate Seal to be affixed

## AUTHORIZATION FOR CANCELLATION OF RECORD BY AN INDIVIDUAL

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.
The above signature is certified to as genuine.

_____                    _____
A Notary Public of New Jersey                                 Signature of Holder of Certificate