UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |

### ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO NAMED PLAINTIFFS

**THIS MATTER** having been opened to the Court by Interim Class and Liaison Counsel by way of their motion for an award of fees and reimbursement of expenses to plaintiffs' counsel, and incentive awards to the Named Plaintiffs in the above action; and

**WHEREAS**, the Court has reviewed and considered the motion and supporting materials filed by plaintiffs, and has reviewed the pleadings and other papers on file in this action, and a hearing on the motion was held on April 25, 2016;

**WHEREAS**, this Court has fully considered the record and the requirements of law, and good cause appearing;

**IT IS THIS** 20th day of Sep. , 2016

**ORDERED** that:

1. Counsel for plaintiffs are awarded attorneys' fees in the amount of $2,875,500 from the settlement funds already on deposit.

1

2. Counsel for plaintiffs are awarded reimbursement of expenses in the amount of $83,047.92 from the settlement funds already on deposit.

3. Hagens Berman Sobol Shapiro LLP, Hausfeld, LLP, and Lite DePalma Greenberg, LLC are responsible for allocating and distributing attorneys' fees and expenses among counsel for plaintiffs.

4. Incentive awards in the amount of $3,500 are awarded to Gila Bauer; Melissa Jacobs; Son, Inc.; and, jointly, Donald W. Schmidt and Frances W. Schmidt, from the settlement funds already on deposit.

**IT IS SO ORDERED.**

Dated: __9/30/__, 2016

_____
Honorable Michael A. Shipp, U.S.D.J.