UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Civil Action No. 12-1893 (MAS) (TJB)<br><br>ORDER |

This matter comes before the Court on Class Plaintiffs' ("Plaintiffs") motion to compel Objector-Appellant Arlene M. Davies ("Davies") to post an appeal bond, pursuant to Federal Rule of Appellate Procedure 7, in the amount of $61,845 "or, in the Court's discretion, up to $76,845." (ECF No. 481.) Davies filed opposition (ECF No. 483), and Plaintiffs replied (ECF No. 484). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Letter Opinion, and for other good cause shown,

**IT IS** on this 30th day of June, 2017, **ORDERED** that:

1. Plaintiffs' motion to compel Objector-Appellant Arlene M. Davies to post an appeal bond pursuant to Federal Rule of Appellate Procedure 7 (ECF No. 481) is GRANTED as modified.

2. Davies shall post such a bond in the amount of $10,000 by **July 18, 2017**.

s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE