UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 16-3965, 17-2451
_____

IN RE: NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION


ARLENE M. DAVIES,
                Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 3-12-cv-01893)
District Judge: The Honorable Michael A. Shipp

_____

No. 16-3965 Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
July 13, 2017
No. 17-2451 Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
Aug. 1, 2018

_____

Before: McKEE, AMBRO, and ROTH, *Circuit Judges*.


_____

JUDGMENT
_____

The cause in Case No. 16-3965 came to be considered on the record from the United States District Court for the District of New Jersey on July 13, 2017.  The cause in Case No. 17-2451 came to be considered on the record from the United States District Court for the District of New Jersey on August 1, 2018.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the order entered on September 30, 2016 and that Court's imposition of a bond on June 30, 2017 are AFFIRMED.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED:  September 6, 2018