

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark ❚ Chicago ❚ Philadelphia

January 9, 2019

**VIA ECF**
Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the
 District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

    Re:   *In re New Jersey Tax Sale Certificates Antitrust Litig.*,
            **Master Docket No. 3:12-CV-01893-MAS-TJB**

Dear Judge Shipp:

    Together with our co-counsel, this office represents Plaintiffs and the class in this matter. It has come to our attention that the Order granting final approval of the settlements in this case, ECF No. 475, inadvertently did not attach the list of those who opted out of the settlements. *See id*. at 10 (stating that "The persons and entities listed in the attached Exhibit A to this order have timely and validly requested exclusion from the Settlement Class, and are hereby excluded from the Settlement Class"). Accordingly, I am attaching the Exhibit A. We advised all defense counsel that we would be taking this action, and there has been no objection.

    Thank you very much for your consideration.

            Respectfully,

            */s/ Bruce D. Greenberg*

            Bruce D. Greenberg

bdg/abm
Enclosure
cc:    All Counsel of Record (via ECF)

691381.1

# EXHIBIT A

1. Adele M. Stalcup
2. Laura S. Zahn and Todd R. Zahn
3. Nwafochidione, Inc., Regina Okafor and Austin Chidofu