# EXHIBIT A



**Must be Postmarked
No Later Than
June 17, 2016**

In Re New Jersey Tax Sales
Certificates Antitrust Litigation

# Claim Form

**NJTS1**



<<Barcode>>   <<ClaimID>>
<<FirstName>> <<LastName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

---

## CURRENT RESIDENTIAL ADDRESS

Primary Address

Primary Address Continued

City                                                                    State        Zip Code

---

To be a member of the class one or more of the Defendants listed on the next page must have purchased a Tax Sales Certificate (TSC) associated with your real property at a municipal auction in New Jersey between January 1, 1998 and February 28, 2009 at an interest rate above 0%. Please complete the requested information below. You may also submit a claim at www.njtaxliensettlements.com.

**Property Information (The Property on which the tax lien was issued)**

Address

City                                                                    State        Zip Code

Enter the corresponding Lien Purchaser number from list of Defendants on other side (you may only identify one):

Face amount of initial tax sale certificate purchased by Defendant (do not include
face value of any subsequent tax sale certificates that Defendant acquired):        $ _____ . ___

Date lien was purchased by Defendant:                    The interest rate listed on the tax lien certificate

___ / ___ / _____                    ___ %

Please provide documentation of the face amount of lien purchased by Defendant. If you do not provide supporting documentation, your claim may be rejected.

By signing this form, I attest that I have not settled a claim in any previous litigation concerning this property and I declare under penalty that the information I am providing is true and correct to the best of my knowledge.

Signature: _____        Dated: _____

Email Address

Area code      Telephone number (home)                    Area code      Telephone number (work)

___ — ___ — ___                    ___ — ___ — ___

| FOR CLAIMS PROCESSING ONLY | OB | CB | ○ DOC ○ LC ○ REV | ○ RED ○ A ○ B |
|---|---|---|---|---|

1

**Defendant List**

Please find the defendant who purchased the lien on your property below and enter the corresponding number on the preceding page in the space provided.

| | | | |
|---|---|---|---|
| 1. | American Tax Funding LLC | 28. | M.D. Sass Municipal Finance Partners –VI LLC |
| 2. | BBX Capital Corporation f/k/a BankAtlantic Bancorp Inc. | 29. | M.D. Sass Tax Lien Management LLC |
| 3. | Benedict Caiola | 30. | Mercer S.M.E. Inc. |
| 4. | Betty Simon Trustee LLC | 31. | Michael Deluca |
| 5. | Burlington Assembly of God Inc. d/b/a Fountain of Life Center | 32. | Michael Mastellone |
| 6. | CCTS Capital LLC n/k/a Crestar Capital LLC | 33. | Mooring Tax Asset Group LLC |
| 7. | CCTS LLC | 34. | Norman T. Remick |
| 8. | CCTS Tax Liens I LLC | 35. | PAM Investors |
| 9. | CCTS Tax Liens II LLC | 36. | Pat Caraballese |
| 10. | Crusader Servicing Corporation | 37. | Phoenix Funding Inc. |
| 11. | David B. Boudwin | 38. | Plymouth Park Tax Services LLC |
| 12. | David Butler | 39. | Pro Capital Fund I LLC |
| 13. | David Jelley | 40. | Pro Capital LLC |
| 14. | David M. Farber | 41. | Richard J. Pisciotta  Jr. |
| 15. | DSBD LLC | 42. | Richard Simon Trustee |
| 16. | Fidelity Tax LLC | 43. | Robert E. Rothman |
| 17. | Gary I. Branse | 44. | Robert U. Del Vecchio PensionTrust |
| 18. | Heartwood 55 LLC | 45. | Robert U. Del Vecchio Sr. |
| 19. | Isadore H. May | 46. | Robert W. Stein |
| 20. | Joseph Wolfson | 47. | Royal Bancshares of Pennsylvania  Inc. |
| 21. | Lambros Xethalis | 48. | Royal Bank America |
| 22. | M.D. Sass Investors Services Inc. | 49. | Royal Tax Lien Services LLC |
| 23. | M.D. Sass Municipal Finance Partners – I L.P. | 50. | Stephen E. Hruby |
| 24. | M.D. Sass Municipal Finance Partners – II L.P. | 51. | Susan M. Esposito |
| 25. | M.D. Sass Municipal Finance Partners – III LLC | 52. | Vinaya K. Jessani |
| 26. | M.D. Sass Municipal Finance Partners – IV LLC | 53. | William A. Collins |
| 27. | M.D. Sass Municipal Finance Partners – V LLC | 54. | William S. Green |

Please mail your submitted claim to:

New Jersey Tax Lien Settlement
c/o Gilardi & Co. LLC
P.o. Box 8060
San Rafael, CA 94912-8060

You may also instead submit a claim online at www.NJTaxLienSettlements.com.



# EXHIBIT B

**New Jersey Tax Lien Settlements**
**c/o Gilardi & Co. LLC**
**P.O. Box 8060**
**San Rafael, CA 94912-8060**

### NOTICE OF DEFICIENT CLAIM

‖‖‖«‖‖| a i m ‖‖‖‖»‖|‖ «ClaimID»-DEF

«FirstName» «LastName»
«Addr1» «Addr2»
«City» «State» «Zip»

Dear «FirstName» «LastName»:

Thank you for submitting your claim in the New Jersey Tax Lien Settlements, but your submission is incomplete.  Please respond to the problem(s) identified below and mail your response to the **address above** or email to **info@NJTaxLienSettlements.com.** You must send your response by **August 25, 2016**.

Please include your Claim ID, **«ClaimID»,** in your correspondence or the Claims Administrator may not be able to correct and process your claim.

• The Lien Amount you claimed is greater than the Lien Amount we determined based on the documentation you provided.
•  The Lien Interest you claimed is greater than the Lien Interest we determined based on the documentation you provided.
• We could not match the property you claimed with the documentation you provided.
• We could not match the defendant you claimed with the documentation you provided.

According to our records:

| Property Address | Property Matches Docs | Defendant Claimed | Defendant Matches Docs | Lien Amount Claimed | Lien Amt Approved | Lien % Claimed | Lien % Approved |
|---|---|---|---|---|---|---|---|
| «CL_PropAddr» «Property_City» | No | «DefMerged» | No | $«CL_LienAmount_Merge» | $«CL_LienAmount_Approved_Merge» | «CL_LienInterest_Merge»% | «CL_LienInterest_Approved_Merged»% |

**Please note that failure to provide the information requested may result in the denial or partial denial of your claim.** For more information about the settlements and for a list of defendants, please visit www.NJTaxLienSettlements.com and download the Notice.

Sincerely,


Claims Administrator

# EXHIBIT C



New Jersey Tax Lien Settlements
PO Box 404041
Louisville, KY 40233-4041

# NJTS1-DEF

Postal Service: Please do not mark barcode

Claim#: NJTS1-███████-DEF

## Notice of Deficient Claim
### April 16, 2019

Dear ███████████:

Thank you for submitting your claim in the New Jersey Tax Lien Settlements, but we require additional documentation in order for us to accept your claim as valid. We note that we previously sent you a request for further information, but don't believe we received any further information from you. Please email your response to info@NJTaxLienSettlements.com. We must receive your response by **April 30, 2019,** or you risk your claim being rejected.

Please include your Claim ID, ████████████, in your correspondence or the Claims Administrator may not be able to correct and process your claim.

**Your claim requires additional review because:**
• Your claimed amount is a round dollar amount, which, in our experience, suggests that the claimed amount is not accurate.
• Your claimed lien amount seems exceedingly high.

Please provide documentation for each New Jersey property claimed showing the face amount of the initial tax sale certificate purchased by a defendant within the class period of January 1, 1998 to February 28, 2009 and the interest rate listed.

Please note that failure to provide the information requested WILL result in the denial or partial denial of your claim. For more information about the settlements and for a list of defendants, please visit www.NJTaxLienSettlements.com and download the Notice. You may also email class counsel at jasonz@hbsslaw.com and/or sgassman@hausfeld.com.

Sincerely,

Claims Administrator

# EXHIBIT D

**<u>Rules for NJ Tax Lien Antitrust Claims (from 5/21/19 conference call)</u>**

1. We will send a deficiency notice to those who have a claimed lien amount of over $10,000 (about 36 persons).

   a. If a claimed lien amount is over $10,000 AND there is valid back-up documentation to substantiate the claimed lien amount, we can accept claimed lien amount of over $10,000.

   b. If the claimed lien amount is over $10,000 AND there is no back-up documentation, there is just a submitted claim form, we will utilize a class-wide average for such claimant's claimed lien amount (the formula for average lien amount is identified below). We will send all claimants in this category a deficiency letter which will include an explanation that this is what we will do.

   c. If there are duplicate claims filed by the same claimant, and one claim has a claimed lien amount of over $10,000, and one claimed lien amount is under $10,000 (like the example Kenny provided on 5/20/19), we will send such claimant a deficiency letter and ask them to explain why there are duplicate claims, and to identify which claim is valid and which one is not. If the claimant fails to respond, we will utilize a class-wide average again. The deficiency letter should state that if the claimant fails to respond, we will use a class-wide average claimed lien amount.

2. Anyone who has a lien that is a round number (about 60 persons), will receive a deficiency letter. For those whose round lien amounts exceed $10,000, they will be handled in accordance with paragraph number one above. For those whose round claim lien amounts are under $10,000, we will ask for further documentation, and if they fail to provide it, we will assign an average lien amount. We should identify that we will assign an average lien amount in the letters.

3. Any claimed lien amount of over $100,000, should be sent a deficiency letter, and if they don't respond with more information, then their claim will be

rejected outright and wont be paid anything. We shouldn't be taking an average for those claims since they facially appear fraudulent.

4. Where there are multiple claims for the same property:

    a. If there is back-up documentation, we need to check the back-up documentation to ensure each lien is for a different year.

    b. For claims with no back-up documents, where the claimed lien amount was the same amount for multiple years, we send a deficiency letter asking them to provide more documents since it is unlikely the amounts would be the same from year to year.

        i. If they don't provide the documentation to substantiate each claim, we take only one claim since they facially appear to be duplicate claims.

    c. If the claims are for the same property but in different years are otherwise facially valid (the lien date was for different years, the interest rate is over zero percent, the lien was bought by a defendant, the claimed lien amount is not a round number, and is a reasonable number), we can accept multiple claims for same property.

5. Averaging. In cases where we need to assign a claimant an average lien amount, we will take the average claimed lien amount for the entire class database. However, before calculating the average, we will remove all previously rejected claims (including all previously rejected claims, and any claims that fall into category 3 and 4.b.i above). Then, for purposes of calculating the average only, we will then remove all claimants who need to be assigned an average claimed lien amount. Then, we will average the remaining claims and, that claimed lien amount will be assigned to any claimant who is due to receive an average claimed lien amount. We should disclose this computation in our deficiency letters to anyone who might be subject to receiving an average claimed lien amount.

6. Fraudulent claims in other cases. KCC wishes to undertake one final review of its databases to cross-check the claimants in the NJ Tax Liens database, with those who it has flagged as filing fraudulent claims in other cases.  We should send a deficiency letter to any claimant in the NJ Tax Liens database that has also filed fraudulent claims in other cases.

7. Send a deficiency letter to those whose claimed lien amounts total less than $50.  If no response, KCC will use their claimed lien amount without change.

# EXHIBIT E

New Jersey Tax Lien Settlements
PO Box 404041
Louisville, KY 40233-4041

# NJTS1

## «Barcode»

Postal Service: Please do not mark barcode

Claim#: «ClaimID»-DEF
«FirstName» «LastName»
«Addr1» «Addr2»
«City», «State»  «Zip»

Dear «FirstName» «LastName»:

Thank you for submitting your claim in the New Jersey Tax Lien Settlements, but we require additional documentation in order for us to accept your claim as valid. We note that we previously sent you a request for further information, but don't believe we received any further information from you. Please email your response to **info@NJTaxLienSettlements.com**. We must receive your response by **June 28, 2019,** or you risk your claim being rejected.

Please include your Claim ID, «ClaimID», in your correspondence or the Claims Administrator may not be able to correct and process your claim.

**Your claim requires additional review because:**

• Your claimed lien amount exceeds $10,000; however, we have not received eligible supporting documentation. If we do not receive documentation, you may only be eligible for up to an average lien amount.

Please provide documentation for each New Jersey property claimed showing the face amount of the initial tax sale certificate purchased by a defendant within the class period of January 1, 1998 to February 28, 2009 and the interest rate listed.

Please note that failure to provide the information requested may result in the denial or partial denial of your claim. For more information about the settlements and for a list of defendants, please visit www.NJTaxLienSettlements.com and download the Notice. You may also email class counsel at jasonz@hbsslaw.com and/or sgassman@hausfeld.com.

Sincerely,
Claims Administrator

# EXHIBIT F

Third Round Deficiency Letter Results

| | Letter | Outcome |
|---|---|---|
| 1 | Sent a letter for two claims for the same property in the same year for different amounts | Based on documentation, first transaction was approved and the second was not |
| 2 | Sent a letter for 6 claims for claiming the same property in the same year for different amounts | The claims were updated so that 6 claims were added, 2 claims were removed as duplicates, one transaction removed as ineligible (0%), and the rest were no longer multiple claims for the same year for the same property |
| 3 | Sent a letter for 2 claims that claimed different years for the same property for the same lien amount | Dates were updated based on the provided documentation |
| 4 | Sent a letter for one claim that had a rounded lien amount | Original claim was combined; claim now split out into 4 additional claims (i.e. 5 claims)where 3 were eligible and one was a non-defendant and one was a 0% interest rate |
| 5 | Sent a letter for claiming a lien under $50 | One property was ineligible because outside of class period and another claim was eligible for documented amount. |
| 6 | Sent  a letter for a round claimed amount over $10,000 | The eligible amount was lowered to documented amount (which is less than $10,000) |
| 7 | Sent a letter for two claims claiming the same year with different amounts | The documentation provided  did not address the year in question |
| 8 | Sent a letter for claiming an amount over $10,000 | The eligible amount was updated to a lower amount than claimed based on documentation |
| 9 | Sent a letter for claiming an amount over $10,000 | The eligible amount was updated to a lower amount than claimed based on documentation |
| 10 | sent a letter for one claim under $50 and 4 claims sharing the same year but with different amounts | Documentation provided was not for the transactions claimed |
| 11 | Sent a letter for having a claim that was the same year but different amount as another claim for property, and also with a different year  with same amount for another property | Based on documentation one transaction was removed as ineligible |
| 12 | Sent a letter for claiming same year with different amounts | The documentation supported both claimed transactions during same year |
| 13 | Sent a letter for claiming over $10,000 | The documentation indicated a 0% interest rate and therefore ineligible. |
| 14 | Sent a letter for claiming a rounded amount | Claimant states they were a lien purchaser and therefore ineligible |

# EXHIBIT G

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-100565514 | Valid | $ 421,629.59 | |
| NJTS1-100255779 | Valid | $ 214,739.21 | |
| NJTS1-100443192 | Valid | $ 157,117.28 | |
| NJTS1-700001131 | Valid | $ 113,437.47 | |
| NJTS1-100702937 | Valid | $ 108,017.64 | |
| NJTS1-100441106 | Valid | $ 105,477.50 | |
| NJTS1-400000423 | Valid | $ 105,152.17 | |
| NJTS1-100443192 | Valid | $ 93,011.24 | |
| NJTS1-100895077 | Valid | $ 89,127.50 | |
| NJTS1-100335640 | Valid | $ 82,759.57 | |
| NJTS1-100255779 | Valid | $ 76,607.60 | |
| NJTS1-100281311 | Valid | $ 75,022.18 | |
| NJTS1-400000296 | Valid | $ 69,242.87 | |
| NJTS1-100184006 | Valid | $ 64,061.50 | |
| NJTS1-100201440 | Valid | $ 63,610.49 | |
| NJTS1-100357067 | Valid | $ 62,086.36 | |
| NJTS1-700000968 | Valid | $ 61,748.69 | |
| NJTS1-100302203 | Valid | $ 61,508.95 | |
| NJTS1-400000342 | Valid | $ 60,962.57 | |
| NJTS1-400000229 | Valid | $ 60,678.35 | |
| NJTS1-400000342 | Valid | $ 59,429.75 | |
| NJTS1-100100570 | Valid | $ 57,769.29 | |
| NJTS1-100100570 | Valid | $ 57,758.41 | |
| NJTS1-900000554 | Valid | $ 53,907.75 | |
| NJTS1-700000186 | Valid | $ 50,574.38 | |
| NJTS1-100358683 | Valid | $ 50,021.67 | |
| NJTS1-100780946 | Valid | $ 48,513.83 | |
| NJTS1-100637949 | Valid | $ 46,414.41 | |
| NJTS1-100585396 | Valid | $ 46,361.89 | |
| NJTS1-400000474 | Valid | $ 45,762.92 | |
| NJTS1-100343376 | Valid | $ 42,354.02 | |
| NJTS1-100333826 | Valid | $ 42,097.63 | |
| NJTS1-700000224 | Valid | $ 41,568.41 | |
| NJTS1-400000415 | Valid | $ 39,374.35 | |
| NJTS1-100576915 | Valid | $ 38,555.71 | |
| NJTS1-100316263 | Valid | $ 38,465.17 | |
| NJTS1-700001620 | Valid | $ 38,441.44 | |
| NJTS1-400000008 | Valid | $ 37,589.37 | |
| NJTS1-700001085 | Valid | $ 35,579.85 | |
| NJTS1-100091164 | Valid | $ 35,157.68 | |
| NJTS1-100250327 | Valid | $ 34,994.03 | |
| NJTS1-400000636 | Valid | $ 34,283.20 | |
| NJTS1-100882730 | Valid | $ 33,893.35 | |
| NJTS1-700001654 | Valid | $ 33,405.96 | |
| NJTS1-100107559 | Valid | $ 32,927.40 | |
| NJTS1-100255779 | Valid | $ 30,161.61 | |
| NJTS1-700000810 | Valid | $ 30,035.06 | |
| NJTS1-900000031 | Valid | $ 29,581.28 | |
| NJTS1-700000330 | Valid | $ 29,376.80 | |
| NJTS1-700001239 | Valid | $ 29,359.68 | |
| NJTS1-100710158 | Valid | $ 29,302.10 | |
| NJTS1-700000356 | Valid | $ 28,819.03 | |
| NJTS1-100870511 | Valid | $ 28,290.61 | |
| NJTS1-400000032 | Valid | $ 27,923.44 | |
| NJTS1-400000571 | Valid | $ 27,863.27 | |
| NJTS1-400000733 | Valid | $ 27,861.81 | |
| NJTS1-400000610 | Valid | $ 27,646.27 | |
| NJTS1-100539262 | Valid | $ 27,594.60 | |
| NJTS1-100556426 | Valid | $ 27,003.02 | |
| NJTS1-100691862 | Valid | $ 26,524.77 | |
| NJTS1-700001638 | Valid | $ 25,257.26 | |
| NJTS1-700000909 | Valid | $ 24,873.95 | |
| NJTS1-700000860 | Valid | $ 24,554.97 | |
| NJTS1-700000933 | Valid | $ 23,327.92 | |
| NJTS1-100574181 | Valid | $ 23,164.92 | |
| NJTS1-400000466 | Valid | $ 23,081.82 | |
| NJTS1-100311415 | Valid | $ 23,033.49 | |
| NJTS1-100505074 | Valid | $ 22,025.72 | |
| NJTS1-100371132 | Valid | $ 21,959.33 | |
| NJTS1-700001255 | Valid | $ 21,745.36 | |
| NJTS1-100632092 | Valid | $ 21,371.19 | |
| NJTS1-700000836 | Valid | $ 21,142.32 | |
| NJTS1-100174680 | Valid | $ 21,056.74 | |
| NJTS1-400000342 | Valid | $ 20,671.56 | |
| NJTS1-100495583 | Valid | $ 20,671.56 | |
| NJTS1-100101119 | Valid | $ 20,671.56 | |
| NJTS1-100466214 | Valid | $ 20,671.56 | |
| NJTS1-100580211 | Valid | $ 20,671.56 | |
| NJTS1-400000296 | Valid | $ 20,671.56 | |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-100732909 | Valid | $ 20,671.56 | |
| NJTS1-700001344 | Valid | $ 20,671.56 | |
| NJTS1-400000334 | Valid | $ 20,671.56 | |
| NJTS1-100181570 | Valid | $ 20,671.56 | |
| NJTS1-700000313 | Valid | $ 20,671.56 | |
| NJTS1-100867880 | Valid | $ 20,671.56 | |
| NJTS1-700000739 | Valid | $ 20,671.56 | |
| NJTS1-700001468 | Valid | $ 20,671.56 | |
| NJTS1-400000334 | Valid | $ 20,671.56 | |
| NJTS1-100411991 | Valid | $ 20,671.56 | |
| NJTS1-400000385 | Valid | $ 20,671.56 | |
| NJTS1-700000500 | Valid | $ 20,671.56 | |
| NJTS1-100871690 | Valid | $ 20,671.56 | |
| NJTS1-100344585 | Valid | $ 20,671.56 | |
| NJTS1-100655424 | Valid | $ 20,671.56 | |
| NJTS1-100100570 | Valid | $ 20,671.56 | |
| NJTS1-100115314 | Valid | $ 20,671.56 | |
| NJTS1-400000024 | Valid | $ 20,671.56 | |
| NJTS1-100736530 | Valid | $ 20,671.56 | |
| NJTS1-100154743 | Valid | $ 20,671.56 | |
| NJTS1-700000925 | Valid | $ 20,671.56 | |
| NJTS1-700000780 | Valid | $ 20,671.56 | |
| NJTS1-700001034 | Valid | $ 20,671.56 | |
| NJTS1-100871690 | Valid | $ 20,593.32 | |
| NJTS1-100100570 | Valid | $ 19,819.75 | |
| NJTS1-100529399 | Valid | $ 19,693.12 | |
| NJTS1-400000520 | Valid | $ 19,583.88 | |
| NJTS1-100189857 | Valid | $ 19,541.22 | |
| NJTS1-100307736 | Valid | $ 19,528.52 | |
| NJTS1-100691080 | Valid | $ 19,523.14 | |
| NJTS1-400000482 | Valid | $ 19,501.69 | |
| NJTS1-100934161 | Valid | $ 19,420.23 | |
| NJTS1-100013082 | Valid | $ 19,336.88 | |
| NJTS1-100580157 | Valid | $ 18,855.23 | |
| NJTS1-100132596 | Valid | $ 18,602.99 | |
| NJTS1-700000763 | Valid | $ 18,432.55 | |
| NJTS1-400000725 | Valid | $ 18,338.60 | |
| NJTS1-700000950 | Valid | $ 18,287.59 | |
| NJTS1-100655424 | Valid | $ 17,671.55 | |
| NJTS1-700001352 | Valid | $ 17,663.88 | |
| NJTS1-100930301 | Valid | $ 17,512.57 | |
| NJTS1-100179916 | Valid | $ 17,457.42 | |
| NJTS1-100027520 | Valid | $ 17,439.33 | |
| NJTS1-100053726 | Valid | $ 17,259.97 | |
| NJTS1-400000156 | Valid | $ 17,226.30 | |
| NJTS1-100771157 | Valid | $ 17,226.30 | |
| NJTS1-100020100 | Valid | $ 17,226.30 | |
| NJTS1-400000547 | Valid | $ 16,948.44 | |
| NJTS1-400000300 | Valid | $ 16,815.54 | |
| NJTS1-100089763 | Valid | $ 16,690.14 | |
| NJTS1-400000555 | Valid | $ 16,684.60 | |
| NJTS1-100223508 | Valid | $ 16,514.96 | |
| NJTS1-100112048 | Valid | $ 16,345.54 | |
| NJTS1-400000431 | Valid | $ 16,329.18 | |
| NJTS1-400000300 | Valid | $ 16,195.82 | |
| NJTS1-100133339 | Valid | $ 16,186.87 | |
| NJTS1-400000539 | Valid | $ 16,182.04 | |
| NJTS1-100454909 | Valid | $ 16,096.05 | |
| NJTS1-400000792 | Valid | $ 16,077.88 | |
| NJTS1-100655424 | Valid | $ 15,789.52 | |
| NJTS1-100613403 | Valid | $ 15,705.92 | |
| NJTS1-400000300 | Valid | $ 15,453.39 | |
| NJTS1-400000300 | Valid | $ 15,437.54 | |
| NJTS1-100341500 | Valid | $ 15,382.51 | |
| NJTS1-100223508 | Valid | $ 15,114.54 | |
| NJTS1-400000598 | Valid | $ 14,999.38 | |
| NJTS1-100533710 | Valid | $ 14,963.85 | |
| NJTS1-700001727 | Valid | $ 14,945.29 | |
| NJTS1-700001220 | Valid | $ 14,871.22 | |
| NJTS1-100769233 | Valid | $ 14,526.17 | |
| NJTS1-700000593 | Valid | $ 14,359.24 | |
| NJTS1-100624057 | Valid | $ 14,316.88 | |
| NJTS1-700001590 | Valid | $ 14,315.71 | |
| NJTS1-700001662 | Valid | $ 13,743.41 | |
| NJTS1-100539262 | Valid | $ 13,652.99 | |
| NJTS1-100336841 | Valid | $ 13,546.68 | |
| NJTS1-700001280 | Valid | $ 13,276.55 | |
| NJTS1-100304303 | Valid | $ 13,230.99 | |
| NJTS1-900000031 | Valid | $ 13,173.88 | |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-900000570 | Valid | $ 13,102.46 | |
| NJTS1-400000636 | Valid | $ 12,823.67 | |
| NJTS1-700001182 | Valid | $ 12,809.77 | |
| NJTS1-100049583 | Valid | $ 12,725.72 | |
| NJTS1-700001620 | Valid | $ 11,986.48 | |
| NJTS1-700000380 | Valid | $ 11,923.75 | |
| NJTS1-700000941 | Valid | $ 11,899.50 | |
| NJTS1-700001646 | Valid | $ 11,821.29 | |
| NJTS1-400000768 | Valid | $ 11,765.29 | |
| NJTS1-100803113 | Valid | $ 11,484.20 | |
| NJTS1-100072623 | Valid | $ 11,484.20 | |
| NJTS1-100581668 | Valid | $ 11,484.20 | |
| NJTS1-400000385 | Valid | $ 11,484.20 | |
| NJTS1-400000750 | Valid | $ 11,484.20 | |
| NJTS1-100789463 | Valid | $ 11,484.20 | |
| NJTS1-700000364 | Valid | $ 11,226.65 | |
| NJTS1-400000636 | Valid | $ 10,414.38 | |
| NJTS1-100050247 | Valid | $ 10,335.78 | |
| NJTS1-700000828 | Valid | $ 9,996.59 | |
| NJTS1-400000431 | Valid | $ 9,811.62 | |
| NJTS1-400000628 | Valid | $ 9,723.99 | |
| NJTS1-400000741 | Valid | $ 9,499.85 | |
| NJTS1-400000601 | Valid | $ 9,499.85 | |
| NJTS1-900000511 | Valid | $ 9,415.67 | |
| NJTS1-700001360 | Valid | $ 9,290.80 | |
| NJTS1-700001298 | Valid | $ 9,272.21 | |
| NJTS1-100520634 | Valid | $ 9,187.36 | |
| NJTS1-700000666 | Valid | $ 9,187.36 | |
| NJTS1-100263437 | Valid | $ 9,187.36 | |
| NJTS1-100048838 | Valid | $ 8,965.83 | |
| NJTS1-100149960 | Valid | $ 8,816.64 | |
| NJTS1-100053726 | Valid | $ 8,814.86 | |
| NJTS1-400000040 | Valid | $ 8,613.15 | |
| NJTS1-400000385 | Valid | $ 8,515.26 | |
| NJTS1-100079890 | Valid | $ 8,494.09 | |
| NJTS1-100140254 | Valid | $ 8,416.31 | |
| NJTS1-400000440 | Valid | $ 8,400.61 | |
| NJTS1-100440304 | Valid | $ 8,383.47 | |
| NJTS1-400000300 | Valid | $ 8,099.75 | |
| NJTS1-400000385 | Valid | $ 8,043.08 | |
| NJTS1-100585213 | Valid | $ 8,038.94 | |
| NJTS1-700001000 | Valid | $ 8,020.22 | |
| NJTS1-700001620 | Valid | $ 7,950.04 | |
| NJTS1-400000440 | Valid | $ 7,862.01 | |
| NJTS1-700000712 | Valid | $ 7,655.02 | |
| NJTS1-100464025 | Valid | $ 7,590.64 | |
| NJTS1-100552277 | Valid | $ 7,464.73 | |
| NJTS1-700000844 | Valid | $ 7,448.35 | |
| NJTS1-900000023 | Valid | $ 7,272.22 | |
| NJTS1-100624057 | Valid | $ 7,190.50 | |
| NJTS1-100551785 | Valid | $ 7,120.20 | |
| NJTS1-100037267 | Valid | $ 6,890.52 | |
| NJTS1-100193463 | Valid | $ 6,890.52 | |
| NJTS1-100303765 | Valid | $ 6,857.63 | |
| NJTS1-100680615 | Valid | $ 6,845.38 | |
| NJTS1-100161596 | Valid | $ 6,802.12 | |
| NJTS1-700001018 | Valid | $ 6,728.54 | |
| NJTS1-400000440 | Valid | $ 6,580.37 | |
| NJTS1-700001484 | Valid | $ 6,548.89 | |
| NJTS1-700001077 | Valid | $ 6,482.00 | |
| NJTS1-400000385 | Valid | $ 6,317.18 | |
| NJTS1-900000031 | Valid | $ 6,171.42 | |
| NJTS1-100245714 | Valid | $ 6,068.42 | |
| NJTS1-100636349 | Valid | $ 6,032.75 | |
| NJTS1-700000887 | Valid | $ 5,858.51 | |
| NJTS1-700000399 | Valid | $ 5,799.57 | |
| NJTS1-100560989 | Valid | $ 5,742.10 | |
| NJTS1-400000083 | Valid | $ 5,742.10 | |
| NJTS1-100306110 | Valid | $ 5,742.10 | |
| NJTS1-700000410 | Valid | $ 5,644.32 | |
| NJTS1-400000440 | Valid | $ 5,600.40 | |
| NJTS1-700000879 | Valid | $ 5,598.02 | |
| NJTS1-100217656 | Valid | $ 5,572.20 | |
| NJTS1-700001379 | Valid | $ 5,527.52 | |
| NJTS1-700001719 | Valid | $ 5,527.52 | |
| NJTS1-100502482 | Valid | $ 5,457.47 | |
| NJTS1-700000895 | Valid | $ 5,401.66 | |
| NJTS1-100540945 | Valid | $ 5,361.73 | |
| NJTS1-700000984 | Valid | $ 5,305.85 | |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-400000300 | Valid | $ 5,295.70 | |
| NJTS1-700001620 | Valid | $ 5,263.56 | |
| NJTS1-100333087 | Valid | $ 5,232.45 | |
| NJTS1-100140254 | Valid | $ 5,205.13 | |
| NJTS1-400000385 | Valid | $ 5,166.95 | |
| NJTS1-700000518 | Valid | $ 5,143.29 | |
| NJTS1-400000300 | Valid | $ 5,056.75 | |
| NJTS1-100170030 | Valid | $ 5,050.96 | |
| NJTS1-400000091 | Valid | $ 5,002.79 | |
| NJTS1-100027520 | Valid | $ 4,996.71 | |
| NJTS1-700000291 | Valid | $ 4,944.88 | |
| NJTS1-100053726 | Valid | $ 4,938.67 | |
| NJTS1-700000917 | Valid | $ 4,933.05 | |
| NJTS1-100932800 | Valid | $ 4,928.00 | |
| NJTS1-400000385 | Valid | $ 4,920.20 | |
| NJTS1-700000321 | Valid | $ 4,749.46 | |
| NJTS1-100053726 | Valid | $ 4,681.62 | |
| NJTS1-700000348 | Valid | $ 4,658.47 | |
| NJTS1-400000075 | Valid | $ 4,593.68 | |
| NJTS1-100421520 | Valid | $ 4,576.97 | |
| NJTS1-700001476 | Valid | $ 4,561.13 | |
| NJTS1-100354386 | Valid | $ 4,483.79 | |
| NJTS1-100502482 | Valid | $ 4,449.71 | |
| NJTS1-100698620 | Valid | $ 4,429.32 | |
| NJTS1-700000798 | Valid | $ 4,421.79 | |
| NJTS1-400000440 | Valid | $ 4,412.96 | |
| NJTS1-100502482 | Valid | $ 4,084.58 | |
| NJTS1-400000148 | Valid | $ 4,084.27 | |
| NJTS1-700000992 | Valid | $ 4,065.94 | |
| NJTS1-100655424 | Valid | $ 3,997.22 | |
| NJTS1-100539351 | Valid | $ 3,760.18 | |
| NJTS1-100530451 | Valid | $ 3,737.01 | |
| NJTS1-100053726 | Valid | $ 3,578.08 | |
| NJTS1-400000490 | Valid | $ 3,538.93 | |
| NJTS1-700000607 | Valid | $ 3,454.78 | |
| NJTS1-100149855 | Valid | $ 3,445.26 | |
| NJTS1-700000178 | Valid | $ 3,368.44 | |
| NJTS1-400000199 | Valid | $ 3,240.10 | |
| NJTS1-700000852 | Valid | $ 3,174.15 | |
| NJTS1-700000143 | Valid | $ 3,090.90 | |
| NJTS1-100580440 | Valid | $ 3,019.87 | |
| NJTS1-700000402 | Valid | $ 2,992.90 | |
| NJTS1-700000135 | Valid | $ 2,820.48 | |
| NJTS1-100223613 | Valid | $ 2,790.66 | |
| NJTS1-100179916 | Valid | $ 2,760.34 | |
| NJTS1-100616950 | Valid | $ 2,727.03 | |
| NJTS1-100747523 | Valid | $ 2,666.33 | |
| NJTS1-700001093 | Valid | $ 2,658.82 | |
| NJTS1-400000377 | Valid | $ 2,582.68 | |
| NJTS1-100304303 | Valid | $ 2,548.02 | |
| NJTS1-700000585 | Valid | $ 2,492.01 | |
| NJTS1-100499600 | Valid | $ 2,487.56 | |
| NJTS1-700000976 | Valid | $ 2,484.78 | |
| NJTS1-100303366 | Valid | $ 2,470.61 | |
| NJTS1-700001549 | Valid | $ 2,427.46 | |
| NJTS1-100552021 | Valid | $ 2,409.27 | |
| NJTS1-100225683 | Valid | $ 2,276.80 | |
| NJTS1-700001107 | Valid | $ 2,262.78 | |
| NJTS1-100224148 | Valid | $ 2,246.06 | |
| NJTS1-400000385 | Valid | $ 2,244.38 | |
| NJTS1-400000385 | Valid | $ 2,244.37 | |
| NJTS1-100048838 | Valid | $ 2,222.33 | |
| NJTS1-400000440 | Valid | $ 2,169.20 | |
| NJTS1-700000372 | Valid | $ 2,133.38 | |
| NJTS1-100053726 | Valid | $ 2,132.94 | |
| NJTS1-100693229 | Valid | $ 2,103.55 | |
| NJTS1-100636624 | Valid | $ 2,077.55 | |
| NJTS1-100153216 | Valid | $ 2,072.77 | |
| NJTS1-100502482 | Valid | $ 2,041.94 | |
| NJTS1-100048838 | Valid | $ 2,004.49 | |
| NJTS1-100494978 | Valid | $ 1,976.15 | |
| NJTS1-100530451 | Valid | $ 1,888.12 | |
| NJTS1-100540945 | Valid | $ 1,872.71 | |
| NJTS1-700001158 | Valid | $ 1,855.71 | |
| NJTS1-100546684 | Valid | $ 1,851.10 | |
| NJTS1-100546684 | Valid | $ 1,820.97 | |
| NJTS1-400000440 | Valid | $ 1,803.42 | |
| NJTS1-100074480 | Valid | $ 1,780.88 | |
| NJTS1-100346707 | Valid | $ 1,766.16 | |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-100835015 | Valid | $ 1,758.69 | |
| NJTS1-100189083 | Valid | $ 1,677.11 | |
| NJTS1-100169503 | Valid | $ 1,628.68 | |
| NJTS1-400000148 | Valid | $ 1,576.63 | |
| NJTS1-400000385 | Valid | $ 1,556.32 | |
| NJTS1-100223117 | Valid | $ 1,537.63 | |
| NJTS1-700001050 | Valid | $ 1,415.68 | |
| NJTS1-700000690 | Valid | $ 1,347.69 | |
| NJTS1-700001670 | Valid | $ 1,329.80 | |
| NJTS1-100731589 | Valid | $ 1,318.52 | |
| NJTS1-100140254 | Valid | $ 1,254.23 | |
| NJTS1-100484395 | Valid | $ 1,165.49 | |
| NJTS1-100546684 | Valid | $ 1,165.13 | |
| NJTS1-700000119 | Valid | $ 1,148.42 | |
| NJTS1-400000237 | Valid | $ 1,148.42 | |
| NJTS1-700000011 | Valid | $ 1,103.55 | |
| NJTS1-700000801 | Valid | $ 1,046.24 | |
| NJTS1-100613179 | Valid | $ 1,019.52 | |
| NJTS1-100656897 | Valid | $ 1,013.04 | |
| NJTS1-400000148 | Valid | $ 1,003.38 | |
| NJTS1-100053726 | Valid | $ 945.92 | |
| NJTS1-700001603 | Valid | $ 941.53 | |
| NJTS1-100179916 | Valid | $ 933.86 | |
| NJTS1-700001042 | Valid | $ 877.44 | |
| NJTS1-100058493 | Valid | $ 873.85 | |
| NJTS1-100759009 | Valid | $ 834.93 | |
| NJTS1-400000300 | Valid | $ 814.86 | |
| NJTS1-100720862 | Valid | $ 809.98 | |
| NJTS1-100550932 | Valid | $ 781.52 | |
| NJTS1-100027520 | Valid | $ 773.00 | |
| NJTS1-100417507 | Valid | $ 738.69 | |
| NJTS1-900000406 | Valid | $ 709.39 | |
| NJTS1-400000148 | Valid | $ 694.55 | |
| NJTS1-700000240 | Valid | $ 689.17 | |
| NJTS1-100416829 | Valid | $ 541.24 | |
| NJTS1-100556426 | Valid | $ 485.70 | |
| NJTS1-400000385 | Valid | $ 423.40 | |
| NJTS1-400000490 | Valid | $ 399.52 | |
| NJTS1-400000393 | Valid | $ 380.48 | |
| NJTS1-100466214 | Valid | $ 328.62 | |
| NJTS1-400000385 | Valid | $ 321.83 | |
| NJTS1-100530451 | Valid | $ 270.12 | |
| NJTS1-100121330 | Valid | $ 219.52 | |
| NJTS1-100337511 | Valid | $ 178.90 | |
| NJTS1-100337511 | Valid | $ 140.09 | |
| NJTS1-100346359 | Valid | $ 140.09 | |
| NJTS1-700001140 | Valid | $ 132.18 | |
| NJTS1-400000393 | Valid | $ 128.21 | |
| NJTS1-100233732 | Valid | $ 26.45 | |
| NJTS1-100331854 | Valid | $ 2.43 | |
| NJTS1-700000496 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700000488 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700000461 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100161596 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100161596 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100494480 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100333087 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-400000504 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700001247 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100667902 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700001310 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700001271 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700001301 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100325572 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-400000369 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-400000318 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700000100 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100083307 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100293123 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-400000113 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100601529 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100305490 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-400000326 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100325572 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700000160 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100417477 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-700000275 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100293123 | Invalid | $ - | Send First 2019 Def Letter and No Response | |
| NJTS1-100293123 | Invalid | $ - | Send First 2019 Def Letter and No Response | |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---------|--------|----------------|----------------|
| NJTS1-400000210 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100630995 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100325572 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-700000470 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-400000369 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-700000453 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100057349 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100618618 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-700000038 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100154832 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100735622 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-400000695 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-100456146 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-400000709 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-400000717 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-700000194 | Invalid | $    - | Send First 2019 Def Letter and No Response \| |
| NJTS1-700000097 | Invalid | $    - | Percent outside of range \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000062 | Invalid | $    - | Percent outside of range \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000070 | Invalid | $    - | Percent outside of range \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000089 | Invalid | $    - | Percent outside of range \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000232 | Invalid | $    - | Percent outside of range \| Duplicate of another claim \| |
| NJTS1-100244106 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100304303 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000350 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700000429 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100295100 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100548776 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100295100 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000784 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001190 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001387 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100140254 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100320074 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100342515 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000784 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100877656 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100179916 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100484840 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100239145 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100112544 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700000046 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000415 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001263 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100266185 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001328 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000172 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100275370 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001492 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001506 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001514 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001174 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000407 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700000054 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100215505 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100112544 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000245 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000253 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000261 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000270 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000440 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100357067 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000059 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700000534 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100302203 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100302203 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100355129 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100538061 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100538061 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100509460 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700001581 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100112544 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100429106 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100429106 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100533930 | Invalid | $    - | Percent outside of range \| |
| NJTS1-900000112 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000164 | Invalid | $    - | Percent outside of range \| |
| NJTS1-700000127 | Invalid | $    - | Percent outside of range \| |
| NJTS1-100214614 | Invalid | $    - | Percent outside of range \| |
| NJTS1-400000385 | Invalid | $    - | Percent outside of range \| |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-400000385 | Invalid | $ - | Percent outside of range \| |
| NJTS1-400000385 | Invalid | $ - | Percent outside of range \| |
| NJTS1-400000440 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100208622 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100499996 | Invalid | $ - | Percent outside of range \| |
| NJTS1-400000067 | Invalid | $ - | Percent outside of range \| |
| NJTS1-400000067 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100538061 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100538061 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100254748 | Invalid | $ - | Percent outside of range \| |
| NJTS1-700000020 | Invalid | $ - | Percent outside of range \| |
| NJTS1-700000682 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100354793 | Invalid | $ - | Percent outside of range \| |
| NJTS1-700001123 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100325564 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100099068 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100189652 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100257216 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100550614 | Invalid | $ - | Percent outside of range \| |
| NJTS1-400000806 | Invalid | $ - | Percent outside of range \| |
| NJTS1-400000105 | Invalid | $ - | Percent outside of range \| |
| NJTS1-700000526 | Invalid | $ - | Percent outside of range \| |
| NJTS1-900000546 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100698565 | Invalid | $ - | Percent outside of range \| |
| NJTS1-700000631 | Invalid | $ - | Percent outside of range \| |
| NJTS1-100035809 | Invalid | $ - | Percent outside of range \| |
| NJTS1-700000542 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-400000180 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000720 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000550 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000216 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000267 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000259 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000577 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-700000569 | Invalid | $ - | Outside of Class Period \| Send First 2019 Def Letter and No Response \| |
| NJTS1-100690696 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-900000066 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000445 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700001700 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-100871267 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000208 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000640 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700001115 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700001611 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000658 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000674 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000623 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-100387241 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-100152163 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-100683002 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-700000437 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-900000171 | Invalid | $ - | Outside of Class Period \| Percent outside of range \| |
| NJTS1-400000580 | Invalid | $ - | Outside of Class Period \| Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700000151 | Invalid | $ - | Outside of Class Period \| Duplicate of another claim \| |
| NJTS1-100481876 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100255779 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100237290 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100151698 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100151698 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100748457 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-400000300 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100140254 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100431569 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100135889 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001573 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001565 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-400000440 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100546684 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100157904 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100608574 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100098320 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001689 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001697 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-900000031 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100874126 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-400000458 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-400000458 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100151523 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700000747 | Invalid | $ - | Outside of Class Period \| |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-100169503 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700000615 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001204 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001212 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100514308 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001069 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-400000423 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100371132 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100261388 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100674178 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100355528 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100695302 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100761283 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100695302 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100695302 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100387241 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001522 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001530 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100155324 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-100101739 | Invalid | $ - | Outside of Class Period \| |
| NJTS1-700001808 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001794 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001786 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001778 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001832 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001840 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001824 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001816 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001859 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001743 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001751 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001760 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-700001166 | Invalid | $ - | Identified by KCC as fraudulent filer \| |
| NJTS1-400000342 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700000771 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001026 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001557 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001336 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-400000512 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700000283 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001441 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001409 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001450 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001425 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001395 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001417 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-700001433 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-100032559 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-400000385 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-400000385 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-100053726 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-100053726 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-100655424 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-100100570 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-100100570 | Invalid | $ - | Excluded Transaction for multiple claims for same year with different amounts w/o proof \| |
| NJTS1-400000288 | Invalid | $ - | Excluded because of different years claiming same amount \| |
| NJTS1-400000300 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-900000210 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-100215645 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-100211917 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-100535828 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-100302203 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-400000202 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-900000538 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-700000704 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-400000776 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-700000305 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-400000679 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-400000644 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-400000660 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-100554334 | Invalid | $ - | Claimed over $100K w/o docs \| |
| NJTS1-400000121 | Invalid | $ - | Claimed over $100K w/o docs \| |
| NJTS1-400000296 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-400000296 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-100179916 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-400000130 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-100048838 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-900000384 | Invalid | $ - | Duplicate of another claim \| |
| NJTS1-900000031 | Invalid | $ - | Documentation indicates not Defendant |

**New Jersey Tax Lien Settlements**
Calculation Summary

| ClaimID | Status | Payment Amount | Invalid Reason |
|---|---|---|---|
| NJTS1-100847668 | Invalid | $ - | No Dollar Amount Claimed and no docs |
| NJTS1-100542980 | Invalid | $ - | No Dollar Amount Claimed and no docs |
| NJTS1-100150470 | Invalid | $ - | No Dollar Amount Claimed and no docs |
| NJTS1-700001867 | Invalid | $ - | No Dollar Amount Claimed and no docs |
| NJTS1-400000016 | Invalid | $ - | Claimant is lien purchaser |
| NJTS1-100255779 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-100539262 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-100133339 | Invalid | $ - | Duplicate of another claim | |
| NJTS1-400000563 | Invalid | $ - | Duplicate of another claim | |
| NJTS1-400000687 | Invalid | $ - | Documentation indicates not Defendant |
| NJTS1-400000652 | Invalid | $ - | Send First 2019 Def Letter and No Response | |

**Total**
$      6,447,970.61