**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com
*Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |
|---|---|

**NOTICE OF PLAINTIFFS' MOTION TO AUTHORIZE *CY PRES* DISTRIBUTION OF REMAINING SETTLEMENT FUND, OR, IN THE ALTERNATIVE, FOR A SECOND DISTRIBUTION OF SETTLEMENT FUND**

**TO: ALL COUNSEL IN THE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on July 6, 2020 at 9:00 am, or as soon thereafter as counsel may be heard, Plaintiffs will move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an order authorizing Plaintiffs to have the

1

Court-appointed claims administrator—Gilardi & Co, LLC ("Gilardi")—distribute the remaining amount from the Settlement Fund *cy pres* to the following four organizations, divided evenly: 1) Risklink.org; 2) the New Jersey Citizen Action Fund; 3) the Public Justice Foundation; and 4) Legal Services of New Jersey—Campaign for Justice, as well as authorizing a payment of $177,402.35 to Gilardi for the work Gilardi performed as claims administrator in this matter. In the alternative, Plaintiffs will move for an order to allow Gilardi to issue a second distribution of the remaining Settlement Fund to Settlement Class members that filed valid claims, along with authorizing a payment of $177,402.35 to Gilardi for the work Gilardi performed as claims administrator in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and the Third Supplemental Declaration of Kenneth Jue on Behalf of the Settlement Administrator. A proposed form of Order is also submitted herewith.

                                                    **LITE DEPALMA GREENBERG, LLC**

Dated: June 4, 2020                 */s/ Bruce D. Greenberg*_____
                                                Bruce D. Greenberg
                                                Steven J. Greenfogel
                                                570 Broad Street, Suite 1201
                                                Newark, New Jersey 07102-5003
                                                Telephone: (973) 623-3000
                                                Facsimile: (973) 623-0858

                                                *Interim Liaison Counsel*

829048.2

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman *(admitted pro hac vice)*<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com | **HAUSFELD LLP**<br>Michael D. Hausfeld *(admitted pro hac vice)*<br>James Pizzirusso *(admitted pro hac vice)*<br>Seth R. Gassman *(admitted pro hac vice)*<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201 |
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Jason A. Zweig *(admitted pro hac vice)*<br>555 Fifth Avenue, 17th Floor<br>New York, NY 10017<br>Telephone: (212) 752-5455<br>Facsimile: (917) 210-3980<br>Email: jasonz@hbsslaw.com | |

*Class Counsel*