# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NEW JERSEY TAX SALES CERTIFICATES ANTITRUST LITIGATION | Master Docket No. 3:12-CV-01893-MAS-TJB |

## DECLARATION OF BRUCE D. GREENBERG IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO THE MOTION OF THE HAMILTON LINCOLN LAW INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*

Bruce D. Greenberg, of full age, declares as follows:

1. I am an attorney at law of the State of New Jersey, and a member of the law firm of Lite DePalma Greenberg, LLC, liaison counsel for Plaintiffs and the Class in this matter. I have personal knowledge of the facts contained in this Declaration.

2. Attached as Exhibit A is a true copy of the claim information submitted to the Settlement Administrator by a class member whose claim number was NJTS1-100780946. It has been redacted to delete personal identifiers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2020.

                                                          /s/ *Bruce D. Greenberg*
                                                         Bruce D. Greenberg

833703.1

# EXHIBIT A

```
CITY OF TRENTON                                              PAGE    1
   OUTSIDE  LIEN REDEMPTION CALCULATION         PRINTED  3/22/11   08:32
-----------------------------------------------------------------------

PARCEL ID.    : 16308    0013                CERT. NO. 071811
LOCATION      :      S BROAD ST
PROPERTY OWNER:                              FOR: TX   WT  SW    CS
WTR/SWR ACCT(S):

SOLD TO:    CRUSADER LIEN SERVICES           DATE OF SALE :    6/27/07
            115 WEST AVENUE, STE 300         INTEREST RATE:    18.00 %
                                              PREMIUM:
            JENKINTOWN PA 19046
                                             REDEMPTION DATE:  3/25/11
-----------------------------------------------------------------------
                                             w/ Interest to:  4/08/11
CERTIFICATE AMOUNT..............  6,643.37   INTEREST         4,520.81

SUBSEQUENT CHARGES..............  6,542.49   INTEREST         3,420.07

INTEREST AMOUNT.................  7,940.88
ASSOCIATED FEES:
   CAN. FEE  ...................     23.00
   REDMPTN % ...................    265.73
   RECORD FEE...................     52.00
   ATT. FEE  ...................  1,093.78

TOTAL REQUIRED TO REDEEM........ 22,561.25   { CERTIFIED FUNDS ONLY }


              --- SUBSEQUENT CHARGES BY YEAR ---

                                             INTEREST TO
YR: 2007   DUE FROM    --BILLED-- PRINCIPAL DUE    4/08/11    TOTAL DUE
-----------------------------------------------------------------------
 TAXES      11/26/07    2,005.97    2,005.97      1,215.62     3,221.59
            11/26/07    1,920.60    1,920.60      1,163.88     3,084.48
-----------------------------------------------------------------------
YEAR TOTAL.........     3,926.57    3,926.57      2,379.50     6,306.07

                                             INTEREST TO
YR: 2008   DUE FROM    --BILLED-- PRINCIPAL DUE    4/08/11    TOTAL DUE
-----------------------------------------------------------------------
 TAXES       3/31/08    1,884.99    1,884.99      1,024.49     2,909.48
-----------------------------------------------------------------------
YEAR TOTAL.........     1,884.99    1,884.99      1,024.49     2,909.48

********** CONTINUED NEXT PAGE
```

*PAID MAR 28 2011 CITY OF TRENTON, TRENTON, NJ*

S. River Rd
Yardley, PA
19067